TO: THE, UNITED STATES DISTRICT COURT,     05-215
    FOR THE DISTRICT OF DELAWARE
    LOCKBOX 18
    844 KING STREET
    U.S. COURTHOUSE
    WILMINGTON,DELAWARE 19801,(In Accordance With,28 U.S.C. § 452 )

TO: THE, UNITED STATES DISTRICT ATTORNEY OFFICE,
    1201 MARKET STREET, SUITE 1100
    P.O.BOX 2046, WILMIMGTON, DELAWARE.19899, 2046

TO: THE, BUREAU OF PRISONS CENTRAL OFFICE,
    320 FIRST ST.
    N.W.WASHINGTON, DC.20537

DIRECTOR: DR.KATHLEEN HAWK SAWYER

GENERAL COUNSEL: CHRISTOPHER ERLEWINE

TO: THE, ATTORNEY GENERAL OF THE UNITED STATES,
    DEPARTMENT OF JUSTICE,
    950 PENNSYLVANIA AVE;
    N.W. WASHINGTON DC.20530

TO: THE, UNITED STATES MARSHAL'S SERVICE,
    OF DELAWARE TO BE TRANSMITTED TO THE,
    UNITED STATES MARHAL'S SERVICE OF MASSACHUSETTS,COMMONWEALTH
    AND THE SUPERIOR UNITED STATES MARSHAL'S OF WASHINGTON DC.

FROM: JOHN T.GEORGE-JOHN R.DALEY,Jr. Fed Reg#02384-015;
    (DOB-12/23/63)
    PRO SE
    MCI CEDAR JUNCTION WALPOLE
    P.O.BOX 100
    SOUTH,WALPOLE MA.02071

RE: "AWAITING COMMITMENT TO THE FEDERAL BUREAU OF PRISONS" ,

    AND "THE PROMPT COMMITMENT AND DESIGNATION OF FEDERAL

P:    PRISONER" ( A 92887 ) "AMENDMENT TO HEABEAS CORPUS"

DATED: 3/19/2005



[Number of Pages:4]

[Number of Exhibits: 1 ]

[ 1 ]

Now Here Comes (petitioner/prisoner) and <u>motions</u> to the, United States District Court, For The District of Delaware and to be "<u>Transmitted</u>" to the United States Marshal's Sevice with the proper authority. [P]risoner motions for the "<u>Warrant Removal of Prisoner</u>" pursuant to, 18 U.S.C. § 3049; also with espect to the <u>Congressional Authority</u>, in accordance with 18 U.S.C.§§ 2, 3049, 3626 (a)(1), 4083, 5003(a)(1) "<u>Specialized Treatment Needs, Transfers</u>"., --

18 U.S.C.A. §§ 2, 3049, 3626(a)(1), 4083, 5003(a)(1) "<u>Specialized Treatment Needs, Transfers</u>", [T]he (petitioner/prisoner) has already been sentence and (has/have) "<u>numerous civil actions</u>" against thee, (commonwealth/state) of massachusetts (DOC) Department of Corrections. In the United States District Court of Massachusetts, For The District of Massachusetts, pursuant to, 18 U.S.C. § 3626(a)(1)(3)(i)(ii)(B)(C). Because of the "<u>Dilatory Tactics</u>" [I]n [G]eneral, within the courts of massachusetts, (prisoner/petitioner) <u>has not been removed or issued</u> [A] <u>court order</u>, to be released from the (DOC) Department of Corrections of Massachusetts, <u>and the numerous violations continues</u>.

[T]he completion of, (petitioners/prisoners) state sentence in massachusetts,"<u>but</u>" [A] Federal Sentence of "<u>one year</u>", to serve, the United States Marshal's apparent "<u>designate</u>" pursuant to, 18 U.S.C. § 4013(c)(1) ; 18 U.S.C.A. § 4013(c)(1), is "<u>overriden</u>", pursuant to, 18 U.S.C. § 4083; --

[ 2 ]

-- 18 U.S.C.A. § 4083, (petitioner/prisoner) "shall" be entitled to thee, "prompt commitment", and thee"transferr" to the Federal Bureau of Prisons, . [P]etitioner/[P]risoner also motions pursuant to, Title:18 ; [A] "Writ" in accordance with, [T]itle:18 Appendix 2(IAD) § 2, Article.I., V(c),,(IAD)"Interstate Agreement On Detainers Or "Complaints" and Article VII,IX. [A]lso pursuant to, [T]itle:18 Appendix 2 (IAD) §§ 5,6 "Interstate Agreement On Detainers" Or Complaints". [I]n regards to The Government, "United States Marshal's Service", "Print Out On Warrents."

******* [A]ny [C]hallenge [T]o [F]ederal [A]gencies, "Shall" be brought in the, District of Columbia, For the District of Columbi a, DC. Circuit, pursuant to, 2 U.S.C. §§  2a (a), 922(a)(2)(3)(4)(5)-(b)(c)(g); U.S.C.S., U.S.C.A., Title:2; Title:47 U.S.C.S., U.S.C.A.; 5 U.S.C. §§ 701-706; U.S.C.S., U.S.C.A., and Title:18; U.S.C.S., U.S.C.A.

   [E]neclosing (petitioner/prisoner) prays for the "granting" of thee, "Warrant Removal of Prisoner" and "Thee Prompt Commitmen t And Designation of Federal Prisoner", --
John T.George-John R.Daley,Jr., Fed Reg. #02384-015,(DOB-12/23/63 ), pursuant to, 18 U.S.C. §§ 2, 3049, 3626(a)(1)(g)(2),4083, -5003(a)(1); U.S.C.A., U.S.C.A. Const.Amend.1,5,8,14(14 §§1,5), (petitioner/prisoner) "Shall" Be" removed from the ,"Massachusett s District" and placed in the, "New York District","New Jersey District","Pennsylvania District",Or "Maryland District".

                                        Respectfully Submitted,
cc/File
Dated:3/19/2005
J.T.G.-J.R.D,Jr.         *John T. George-John R. Daley, Jr.* (signature)
                                        John T.George-John R.Daley,Jr.
              [ 3 ]                     Fed Reg.#02384-015; A 92887

I, John T.George-John R.Daley,Jr. Fed Reg#02384-015, (DOB-12/23/63) Declare that I am the (petitioner/prisoner) in the enclosed matter, under the pairs and penalties of perjury that the foregoing is true and correct, I have read the foregoing and know the contents there-in that the same is true of my own Knowledge, On This,3rd Month,19th Day,2005th Year.

## CERTIFICATE OF SERVICE

I, John T.George-John R.Daley,Jr. Certify under the pairs and penalties of perjury that the enclosed matter, -- "Awaiting Commitment To The Federal Bureau Of Prisons" And "The Prompt Commitment And Designation Of Federal Prisoner" (was/were) mailed to thee, United States District Court, For the District of Delaware, LockBox 18; 844 King Street; U.S. CourtHouse; Wilmington Delaware 19801; Courts Clerk and Transmitted To The proper Administration.
On This,3rd Month, 19th Day,2005th Year,By Hand/By Regular Mail, PRO SE (petitioner/prisoner) record for each party.

Respectfully Submitted,

*[signature: John T. George-John R. Daley, Jr.]*

John T.George-John R.Daley,Jr.
(DOB-12/23/63)
Fed Reg.#02384-015; A 92887
PRO SE
MCI Cedar Junction Walpole
P.O.Box 100
South,Walpole MA.02071

cc/File
Dated:3/19/2005
J.T.G.-J.R.D,Jr.

**DANIEL A. DURKIN**
ATTORNEY AND COUNSELLOR AT LAW
521 WEST STREET
WILMINGTON, DELAWARE 19801

TELEPHONE: (302) 655-2500

DATE March 4, 1998

ATTENTION: Mr. John Robert Daley

FROM: (302) 419-7710

TO: Mr. John Robert Daley
Federal Inmate No. #043 84015
Lewes Hill Prison Facility
1301 East 17th Street

SUBJECT: USA v. Daley, USDC-Del., C.A. 91-73-2 — Revoc. of supervised release; 1yr mo sentence

MESSAGE

P.O. Box 5561
Helena, Del 19899

This note will confirm our understanding reached after your supervised release revocation and subsequent sentences to 12 months incarceration to run consecutively.

REPLY

to your Mass. sentences. On about that understanding is that you do not wish me to appeal your revocation and subsequent 1 mo. sentence to the Third Circuit Court of Appeals. I also informed him of Correa by telephone of the action taken by USDC-Del. in this matter.

SIGNED: Daniel A. Durkin

DATE _____

KEYSTONE PROCESS PRINTING CO., JAMAICA, N.Y. 11433 FORM NO. KS-2   THIS COPY FOR PERSON ADDRESSED



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*

Tel: (508) 660-8000   Fax: (508) 660-8009
www.mass.gov/doc



Kathleen M. Dennehy
*Commissioner*

James Bender
*Acting Deputy Commissioner*

David Nolan
*Superintendent*

To:         John Daley, W59561

From:       Sharon Blanchard, Records Manager

Date:       December 24, 2004

Re:         Release Date

Be advised that a Release Package has been submitted to Central Office with a projected release date of February 15, 2005.

Please be advised upon completion of your state sentence you will be released to the US Marshals.

Cc:     Inmate File

If not delivered in 10 days
Return to
Box 100, So. Walpole, MA 02071

John T.George-John R.Daley,Jr.
Fed Reg# 02384-015

A 92887

INDIGENT MAIL

LEGAL MAIL

To;The,U.S. District Court,
For the District of Delaware
LockBox 18
844 King Street
U.S. CourtHouse
Wilmington,Delaware 19801

Courts Clerk:Peter Deleo

[Inside:Legal Mail,#of Pages:5]

Mailed Out On:3 / 19/2005