Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

☐ MOVED - LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED ☐ REFUSED
☐ NO SUCH STREET - NUMBER
☐ DO NOT REMAIL IN THIS ENVELOPE
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ BOX CLOSED NO ORDER

RELEASED

RECEIVED
MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

02071-0100

John R. Daley, Jr
Fed Reg# 02384-015
MCI Cedar Junction Walpole
Box 100
So. Walpole, MA 02071

........................................................................................................................................................................................

........................................................................................................................................................................................

**Utility Events**
1:05-cv-00215-UNA Daley v. Federal Bureau of Prisons

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 4/20/2005 at 3:30 PM EDT and filed on 4/20/2005
**Case Name:** Daley v. Federal Bureau of Prisons
**Case Number:** 1:05-cv-215
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-215 Notice will be electronically mailed to:**

**1:05-cv-215 Notice will be delivered by other means to:**

John R. Daley, Jr
Fed Reg# 02384
MCI Cedar Junction Walpole
Box 100
So. Walpole, MA 02071