IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JOHN R. DALEY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-215-JJF |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| PRISONS, et. al, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

At Wilmington this 13 day of July, 2005;

IT IS ORDERED that:

1. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United District Court, 28 U.S.C. foll. § 2254, Petitioner's pro se document titled "Awaiting Commitment to the Federal Bureau of Prisons, and the Prompt Commitment and Designation of Federal Prisoner, Amendment to Habeas Corpus," which the Court construes to be a pro se Petition for a Writ of Habeas Corpus, is DISMISSED without prejudice. (D.I. 1.) Petitioner appears to allege that he has served a Massachusetts state sentence and is awaiting a transfer to a federal prison to serve a one-year federal sentence. Id. He asks the Court to "remove [him] from the 'Massachusetts District' and place [him]

in the 'New York District,' 'New Jersey District,' 'Pennsylvania District,' or Maryland District.'" Id.

Whether Petitioner is challenging the execution of his sentence under 28 U.S.C. § 2241 or 28 U.S.C. § 2254, this Court does not have jurisdiction to review his habeas Petition. Petitioner is not in custody in the State of Delaware and he does not challenge a sentence or conviction imposed by the State of Delaware. See 28 U.S.C. § 2254. Second, Petitioner does not challenge a sentence or conviction imposed by this Court. See 28 U.S.C. § 2241(d)(petition may be filed either in the district "wherein such person is in custody or . . . the district within which State court was held which convicted and sentenced him"); 28 U.S.C. § 2242; Rules Governing Section 2254 Cases in the United District Court, Rule 2(a).

2. The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); *United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. Local Appellate Rule 22.2 (2000).

3. The clerk of the court is directed to mail a copy of this Order to Daley at his address of record and to the Respondent.

    UNITED STATES DISTRICT JUDGE