TO: THE, UNITED STATES DISTRICT COURT,
    FOR THE DISTRICT OF DELAWARE
    LOCK BOX 18
    U.S. COURTHOUSE
    WILMINGTON, DELAWARE 19801

DATE: 7/19/2005
# OF PAGES: 6

TO; COURTS CLERK, PETER T. DALLEO   AND
    "JUDGES CHAMBERS" JUDGE JOSEPH J. FARNAN, JR. (JJF)

RE: "RECONSIDERATION MOTION" OR "THE GRANTING OF, [A]
    CERTIFICATE OF APPEALABILITY":
    (CIVIL ACTION No. 05-215-JJF), "ORDER" FILED: 7/13/2005
    JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
                    PETITIONER
                         -v-
    FEDERAL BUREAU OF PRISONS, et. al.
                   RESPONDENTS


FILED
AUG 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: THE, U.S. DEPARTMENT OF JUSTICE
    CIVIL RIGHTS + CIVIL LIBERTIES COMPLAINTS
    OFFICE OF THE INSPECTOR GENERAL
    ROOM 4322, WASHINGTON, DC. 20530

FROM: JOHN T. GEORGE (a.k.a. ADOPTED) JOHN R. DALEY, JR.
      PRO SE
      FED. REG. # 02384-015   a.k.a.   03284-015
      FCI SCHUYLKILL
      P.O. BOX 759
      MINERSVILLE, PA. 17954-0759

[1]

NOW HERE COMES PETITIONER, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., AND "MOTIONS" IN REGARDS TO THE, "<u>ORDER</u>", AT WILMINGTON, DELAWARE, U.S. DISTRICT COURT, BY JUDGE JOSEPH J. FARNAN, JR. (JJF) IN REGARDS TO: JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PETITIONER

V     CIVIL ACTION No. - 05-215-JJF

FEDERAL BUREAU OF PRISONS, et. al.
RESPONDANTS

\*\*\*\*\*\*\*  [P]URSUANT TO THEE, JURISDICTIONS, WHICH WERE ALSO INCLUDED IN PETITIONERS. HABEAS CORPUS, ART. I, §8, CON 18 U.S.C. §§ 3049, 4083, 4086. INWHICH OVERRIDES THE JURISDICTION OF THE, UNITED STATES MARSHALS SERVICE 18 U.S.C. § 4013(a)(1)(2)(<u>3</u>)(b), 3(c)(1).....
  PART III - PRISONS AND PRISONERS, IS ALSO A PART OF REVIEW BY THE, UNITED STATES DISTRICT COURTS FOR ALL DISTRICTS. TITLE: 5., 5 U.S.C.A. "<u>GENERAL ADMINISTRATION</u>" AND U.S.C.A. CONST. AMENDS. 5, 14. "DUE PROCESS OF LAW", ("GARUNTEED DUE PROCESS OF LAW" 14§§ 1,5 ) ENFORCES THE JURISDICTION OF PETITIONERS ORIGINAL, <u>PRO SE</u> DOCUMENT TITLED "AWAITING COMMITMEN AND DESIGNATION OF FEDERAL PRISONER, AMENDMENT TO HABEAS CORPUS", PETITIONER SHALL BE GRANTED SUCH REVIEW AND COMMITMENT.

[2]

[P]ETITIONER, "WAS GRANTED" THE COMMITMENT AND DESIGNATION TO THE FEDERAL BUREAU OF PRISONS. ******* SEE: CLERK OF COURT FILE, DATED: APRIL 21, 2005 BY "CHIEF JUDGE" SUE L. ROBINSON, ******* LET THE RECORD REFLECT, IN REGARDS TO --

JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PETITIONER
V
FEDERAL BUREAU OF PRISONS, et. al.
RESPONDENTS

CIVIL ACTION No. 05-215-JJF

ENTERED ON 4/20/2005 AT 3:30 PM EDT AND FILED ON 4/20/2005., ALSO DOCUMENT 3-1 FILED 7/13/2005 PAGE 1 OF 2.

******* THE CHIEF JUDGE, "SUE L. ROBINSON" (SLR) IN REGARDS TO: UNITED STATES -V- JOHN R. DALY
CRIM. No. 91-73-SLR.

DATED: APRIL 21, 2005 SAID PETITIONER WAS GRANTED THE DESIGNATION TO THE, FEDERAL BUREAU OF PRISONS IN ACCORDANCE WITH THE OTHER "MANDATED" STATUTORY AUTHORITY AND CONSTITUTIONAL AUTHORITY IN THEE, PRO SE DOCUMENT TITLED "AWAITING COMMITMENT TO THE FEDERAL BUREAU OF PRISONS, AND THE PROMPT COMMITMEN AND DESIGNATION OF FEDERAL PRISONER, AMENDMENT TO --

[3]

- HABEAS CORPUS. [P]URSUANT TO, 28 U.S.C. § 2241(a)(3), "[A] WRIT" PROVIDES THE AUTHORITY FOR THE HABEAS CORPUS, [A] STATUTE MUST BE READ IN ITS ENTIRETY

THE, "JURISDICTION" TO REVIEW THE, PETITIONERS MOTION ALONG WITH MEMORANDUM OF LAW PROVIDES THE U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, TO "REMOVE" PETITIONER FROM THE MASSACHUSETTS DISTRICT AND PLACE [ME/HIM] IN THE "NEW YORK DISTRICT, NEW JERSEY DISTRICT; PENNSYLVANIA DISTRICT, OR MARYLAND DISTRICT." Id. [T]HE MEMORANDUM OF LAW IN PETITIONERS PRO SE DOCUMENT TITLE, [A] DISMISSED WITHOUT PREJUDICE, VIOLATES THE "MANDATED" STATUTORY LAWS OF CONGRESS AND THE UNITED STATES CONSTITUTION OF AMERICA, U.S.C.A. Const. AMENDS.

\*\*\*\*\*\*\*\* [T]HE COURT DECLINE TO ISSUE A CERTIFICATE OF APPEALABILITY, PURSUANT TO, 28 U.S.C. § 2253(c)(2).
\*\*\*\*\*\*\* [P]URSUANT TO, 28 U.S.C. § 2253(a)(2)(3), 28 U.S.C.S. § 2253(a)(2)(3), 28 U.S.C.A. § 2253(a)(2)(3), THE, PRO SE ("PETITIONER-APPELLANT") "MOTIONS" FOR [A] CERTIFICATE OF APPEALABILITY, WHICH "SHALL BE GRANTED", IN ACCORDANCE WITH, 28 U.S.C. § 2253(c), 28 U.S.C.S. § 2253(c), 28 U.S.C.A. § 2253(c), FED. R. APP. RULE. 22(b)(1).,

[4]

"[T]HE DISTRICT JUDGE, JOSEPH J. FARMAN, JR. (JJF), WHO RENDERED THE ORDER, "MUST" EITHER ISSUE [A] CERTIFICATE OF APPEALABILITY OR STATE WHY A CERTIFICATE SHOULD NOT ISSUE......("THE ENTIRE HABEAS CORPUS"), [T]HE APPLICANT MAY REQUEST [A] CIRCUIT JUDGE TO ISSUE THE CERTIFICATE, ******* [S]TATUTES MUST BE READ IN ITS ENTIRETY.

(PETITIONER-APPEALANT) MOTIONS FOR [A] CIRCUIT JUDGE TO ISSUE CERTIFICATE, IN ACCORDANCE WITH, "EXCEPTIONAL CIRCUMSTANCES" AND THE, "INTEREST OF JUSTICE" WHICH STRONGLY URGES SO, AND PURSUANT TO THE, U.S. Const. AMENDTS. 5,14., U.S.C.A. CONST. AMENDS. 5,14. (14 §§ 1,5 "GARUNTEED DUE PROCESS"), "ARTICLES", WHICH PROVIDES [A] EVEN MORE GREATER FOUNDATION TO GRAN-SUCH CERTIFICATE.
 (PETITIONER-APPEALLANT) PRO SE "MOTIONS" FOR [A] RECONSIDERATION, OR THE GRANTING OF THE CERTIFICATE OF APPEALABILITY BY THE DISTRICT JUDGE PRESIDING (JJF) OR [A] CIRCUIT JUDGE. [T]HE "COMPLETE READING" OF THE "AWAITING COMMITMENT TO THE FEDERAL BUREAU OF PRISONS AND THE PROMPT COMMITMENT AND DESIGNATION OF FEDERAL PRISONER AMENDMENT OF HABEAS CORPUS."

[5]

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR. DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT IN THE ENCLOSED MATTER

cc/FILE

DATED: 7/19/2005

J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED,

John T. George (a.k.a ADOPTED) John R. Daley, Jr.

JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.

FED. REG. #02384-015 a.k.a. #03284-015

PRO SE

FCI SCHUYLKILL

P.O. BOX 759

MINERSVILLE, PA. 17954-0759

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., FED. REG. #02384-015 a.k.a. #03284-015, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR) OF 7TH MONTH, 19TH DATE, 2005TH YEAR, DID (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, (CIVIL ACTION NO. 05-215-JJF), "ORDER" FILED: 7/13/2005, "JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR. (PETITIONER)

-V-

FEDERAL BUREAU OF PRISONS, et. al. (RESPONDENTS)

[T]HE ENCLOSED MATTER WAS/MAIL OUT BY HAND/BY REGULAR MAIL/.

cc/FILE

DATED: 7/19/2005

J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED,

John T. George a.k.a. John R. Daley

JOHN T. GEORGE a.k.a. JOHN R. DALEY

P.O. BOX 759

MINERSVILLE, PA. 17954-0759

[6]

JOHN T. GEORGE (ADAPTED) JOHN R. DALEY
#03284-015

FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759



LEGAL MAIL

TO THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
LOCK BOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

TO: PETER T. DALLEO, COURTS CLERK AND
JOSEPH


U.S.M.S. X-RAY