COVER SHEET


RECEIVED
AUG 2 2 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

ENCLOSED, IS AN APPEAL TO THE, UNITED STATES COURT OF APPEALS, FOR THE THIRD CIRCUIT., 21400 U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA. 19106.

IN REGARDS TO, [A]NY DENIAL OF (PETITIONERS) HABEAS CORPUS REVIEW, REGARDING [A] TRANSFER BY THE FEDERAL BUREAU OF PRISONS (BOP) TO A COMMUNITY CORRECTIONS CENTER (CCC), OR HALF-WAY HOUSE CASE NUMBER: 1:91CR00073-003

BECAUSE TIME IS MOVING VERY QUICKLY BEFORE THE RELEASE OF SAID PRISONER, AND THERE IS STILL NOT ANY RESPONSE TO THE PETITIONERS ORIGINAL HABEAS CORPUS IN THE, U.S. DISTRICT COURT, ENCLOSED IS THE APPEAL, IF THE CHIEF JUDGE, SUE L. ROBINSON DOES NOT ORDER THE MUCH NEEDED COURT ORDER.

CC/FILE
DATED: 8/12/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED BY
John T. George a.k.a. John R. Daley, Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. # 02384-015   a.k.a. # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

TO: THE, UNITED STATES COURT OF APPEALS,
    FOR THE THIRD CIRCUIT
    21400 U.S. COURTHOUSE
    601 MARKET ST.
    PHILADELPHIA, PA. 19106

TO: COURTS CLERK:

RE: APPEAL BY (PETITIONER-APPELLANT), THE DENIAL OF THEE, TRANSFER BY THE FEDERAL BUREAU OF PRISONS (BOP), TO A COMMUNITY CORRECTIONS CENTER (CCC), OR HALF-WAY HOUSE CASE NUMBER: 1-91CR00073-003

TO: THE, U.S. ATTORNEY OFFICE,
    NEMOURS BUILDING, P.O. BOX 2046,
    WILMINGTON, DE. 19899-2046

TO: THE, DEPARTMENT OF JUSTICE
    OFFICE OF THE INSPECTOR GENERAL
    P.O. BOX 27606
    WASHINGTON, DC. 20534

TO: THE, CENTRAL OFFICE
    FEDERAL BUREAU OF PRISONS
    320 FIRST STREET N.W.
    WASHINGTON, D.C. 20534

[NUMBER OF PAGES: 7]
"DOUBBLE SIDED"

[1]

FROM: JOHN T. GEORGE (a.k.a.)(ADOPTED) JOHN R. DALEY, JR.
PRO SE
FED. REG. #02384-015  a.k.a. #03284-015, (D.O.B - 12/23/63)
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

DATE: 8/12/2005

NOW HERE COMES, (PETITIONER-APPELLANT) JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., PRO SE, FED. REG. #02384-015 a.k.a. #03284-015; IN REGARDS TO THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, DISTRICT JUDGE, _____ _____ _____. DECISION IN REGARDS TO, [A] TRANSFER BY THE FEDERAL BUREAU OF PRISONS (BOP) TO [A] COMMUNITY CORRECTIONS CENTER (CCC), OR HALF-WAY HOUSE.

******* [T]HE APPEAL AS OF RIGHT, PURSUANT TO; FED. R. APP. PROC. RULE. 3(a)(1)., 5(a),(3)(b)(1)(A)(B)(C)(D)(E)(i)(ii 28 U.S.C. §§ 1291, 1295(a)(2)., TITLE:18 AND 5., "INTEREST IN JUSTICE." (PETITIONER-APPELLANT), "MOTIONS" TO APPEAL IN, "FORMA PAUPERIS ACT", 28 U.S.C.A. §§ 753(b)(f), 1915(a)(1),(2)(1), 1917

[2]

BACK GROUND: [O]N THE (MONTH/DATE/YEAR) OF 4/27/2005, SAID (PETITIONER-APPELLANT), PRISONER WAS COMMITTED TO THE (BOP), THE FEDERAL BUREAU OF PRISONS, AS A REQUEST OF THE, VIOLATION OF SUPERVISE RELEASE. [I]N WHICH (I/HE) WAS SENTENCED TO (12) MONTHS INCARCERATION, WHICH (STARTED/COMMENCED) ON FEBUARY 16, 2005. ******** [A]FTER THE COMPLETION [A] STATE PRISON INCARCERATION OF (10) TEN-YEARS IN THE COMMONWEALTH STATE OF MASSACHUSETTS.

(PETITIONER-APPELLANT) HAD TO COMPLETE PRISON SENTENCE OF (10) "TEN YEARS", WITHOUT EVER PROSPERING TO [A] (LOWER LEVEL SECURITY FACILITY/ STATE PRISON TERM: "MINIMUM SECURITY) BECAUSE OF THE, "FEDERAL DETAINER", THAT WAS LODGED AGAINST (PETITIONER-APPELLANT) WHILE, "IN STATE PRISON INCARCERATION". [U]PON THE RELEASE FROM STATE CUSTODY, (PETITIONER-APPELLANT) WAS COMMITTED TO THE (BOP) FEDERAL BUREAU OF PRISONS TO DO THE (12) TWELVE MONTHS OF CONFINEMENT FOR THE SUPERVISE RELEASE VIOLATION.

(PETITIONER-APPELLANT) WAS PLACED IN AN (FCI) FEDERAL CORRECTIONAL INSTITUTION [A] HIGH MEDIUM LEVEL SECURITY, FCI SCHUYLKILL., P.O. BOX 759; MINERSVILLE, PA. 17954-0759;

(I/HE) WAS ALSO GIVEN [A] "SENTENCE MONITORING COMPUTATION DATA AS OF: 06-08-2005", WHICH PROVIDED THEE, "STATUTORY RELEASE DATA PROJECTED OF:" 02-14-2006; ALSO INCLUDED WAS THEE, ******* ("SIX MONTH/ 10% DATE") IN WHICH WAS MARKED, (N/A) NOT APPLICABLE.

[3]

\*\*\*\*\*\*\* [T]HE [P]RE-[R]ELEASE [P]REPARATION DATE OF: 01-10-2006 WAS ALSO LISTED.

([P]ETITIONER-[A]PPELLANT) THEN EXHAUSTED (BOP) ADMINISTRATIVE REMEDY, BUT STILL WAS NOT GRANTED, THE MUCH NEEDED "SIX MONTH OF [A] COMMUNITY CORRECTIONS CENTER (CCC) OR [A] HALF-WAY HOUSE", THAT (I/HE) IS ENTITLED TO, PURSUANT TO, \*\*\*\*\*\*\* 18 U.S.C. §§ 3624(c)(d)(1)(2)(3), 4081, 4082(a)(b)(1)(c).; U.S. CONST. AMENDTS. 5, 14., U.S.C.A. CONST. AMENDS. 5, 14. (14 §§ 1,5 "GARUNTEEN DUE PROCESS") [A]FTER BEING INCARCERATED FOR (10) TEN YEARS IN [A] STATE PRISON.

\*\*\*\*\*\*\* WITH [A] "FEDERAL DETAINER LODGED", AGAINST SAID PRISONER ONE NEEDS THE, "ADJUSTMENT, "PROPER ADJUSTMENTS BACK INTO SOCIETY". AS STATED PREVIOUSLY IN SAID APPEAL TO THE HONORABLE JUDGE PRESIDING, PETITIONER-APPELLANT WAS NEVER INCARCERATED IN ANY LOWER LEVEL SECURITY FACILITIE WHILE IN STATE PRISON CUSTODY FOR THE PAST TEN YEARS. [A] HALF-WAY HOUSE OR [A] COMMUNITY CORRECTIONS CENTER (CCC) IS THE, NOT ONLY "CONSTITUTIONAL AUTHORITY", BUT ALSO STATUTORY LAWS OF CONGRESS. (PETITIONER-APPELLANT), \*\*\*\*\*\*\* IN THE YEAR OF, "2000 EARLY "2000" WAS IN FACT ELIGITABLE FOR [A] "LOWER LEVEL SECURITY", "STATE TERM": MINIMUM SECURITY LEVEL", THE "FEDERAL DETAINER", PREVENTED SUCH LEVEL.

[4]

\*\*\*\*\*\*\* [A] PRISONER WHEN RE-ENTERING SOCIETY NEEDS TIME MORE THAN THE (BOP) FEDERAL BUREAU OF PRISONS "10 %0 DATE" WHICH GIVES A COMMITTED OFFENDER ONLY ONE MONTH, OR FIVE WEEKS TO PREPARE FOR THE FUTURE IN SOCIETY.

[A] PRISONER NEEDS THE SIX MONTHS FOR, JOB INTERVIEWS, HOUSING, PLACE TO GET SITUATED AND CALL HOME, ONE MONTH, OR FIVE WEEKS ALONG WITH THE "MANDATED" STATUTORY LAW, PURSUANT TO, 18 U.S.C. §§ 2, 3621(a)(b), 4081, 4082(a)(b)(1)(c), RELEASE OF A (PRISONER/COMMITTED OFFENDER) IS GIVEN THE MAXIMUM U.S. CURRENCY OF, $500.00 AND CLOTHING HAS NO FOUNDATION FOR REBUILDING ONES LIFE INTO SOCIETY,

18 U.S.C. §§ 241, 242, 3624(c),(d)(1)(2)., U.S.C.A. Const. AMEND. 8TH "PROTECTION" ("HOMELESSNESS"), 18 U.S.C.S. APPX. §§ 241, 242, "OPPRESSED, DEPRIVED, VULNERABLE." [P]ROPER DUE PROCESS OF LAW, PURSUANT TO, U.S.C.A. Const. AMENDS. 5, 14., U.S. Const. AMENDTS. 5, 14., AND (14 §§ 7, 5 "GARUNTEED DUE PROCESS") \*\*\*\*\*\*\* [P]URSUANT TO, 18 U.S.C. § 2, "WHICH RELATES TO THE (BOP) FEDERAL BUREAU OF PRISONS ALSO 18 U.S.C. § 3626(a)(1)(B)-(ii)(iii)(2) "LIVING CONDITIONS",

(PETITIONER-APPELLANT) IS ALSO PRO SE, IN ALL OF (MY/HIS) "CIVIL AND CRIMINAL MATTERS", AND IS BEING DENIED ACCESS TO THE LAW LIBRARY, PURSUANT TO, U.S. Const. AMENDTS. 1,5,6,14TH, U.S.C.A. Const. AMENDS. 1,5,6,14TH. "ONE MIGHT HAVE TO PREPARE FOR TRIAL" {14 §§ 1,5 "GARUNTEED DUE PROCESS").

[5]

\*\*\*\*\*\*\* [P]URSUANT TO, 5 U.S.C. §§ 101, 105, 551, 552, 701-706; 5 U.S.C.A. §§ 101, 105, 551, 552, 701-706 " GENERAL ADMINISTRATION." ALSO, TITLE: 2, "UNITED STATES SUPREME COURT, "EMERGENCY REVIEW", 2 U.S.C.A.., ALSO TITLE: 47., --47 U.S.C.A., IN ACCORDANCE WITH THE ENCLOSED MATTER

\*\*\*\*\*\*\* [I]N THE, STATUTORY AUTHORITY AND CONSTITUTION AUTHORITY GIVEN BY (PETITIONER-APPELLANT) THE, "MANDATORY LANGUAGE" OF, "SHALL" WHICH "MANDATES" THE REQUESTED TRANSFER OF SAID; (PRISONER/PETITIONER-APPELLANT), BY "COURT ORDER" OF THE, UNITED STATES COURT OF APPEALS, FOR THE THIRD CIRCUIT, HONORABLE JUDGE PRESIDING. "TO BE TRANSFERED "FROM" THEE, FCI SCHUYLKILL, P.O. BOX 759, MINERSVILLE, PA. 17954-0759., TO [A] COMMUNITY CORRECTIONS CENTER (CCC) OR [A] HALF-WAY HOUSE IN (MY/HIS) (STATE-CITY) OF RESIDENCE WHICH WOULD BE NEW YORK CITY DISTRICT.

[T]HE "AFFIRMATIVE, TRANSFER. BY THE FEDERAL BUREAU OF PRISONS (BOP), THROUGH THE, "CENTRAL OFFICE", (BOP), 320 FIRST STREET N.W. WASHINGTON, D.C. 20534.

\*\*\*\*\*\*\* (PETITIONER-APPELLANT) ALSO MOTIONS FOR THE REVERSE AND REMAND OF THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE DECISION TO, DECLINE TO ORDER THE MUCH NEED "MANDATED" AFFIRMATIVE TRANSFER OF SAID (PRISONER/PETITIONER-APPELLANT). SEE: -- -- SERAFINI -V- DODRILL: 325 F. SUPP. 2d. 535    ALSO

SCOTT -V- FEDERAL BUREAU OF PRISONS: 317 F. SUPP. 2d. 529

[6]

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR. FED. REG. # 02384-015 a.k.a. 03284-015 DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ON THIS 8TH MONTH, 12TH DAY, 2005TH YEAR.

CC/FILE
DATED: 8/12/2005
J.T.G. a.k.a. JRD JR.

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley, Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE (a.k.a. ADOPTED) JOHN R. DALEY, JR., FED. REG. # 02384-015 a.k.a. # 03284-015, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR) OF, 8TH MONTH, 12TH DAY, 2005TH YEAR. DID (MAIL/SERVE THE ENCLOSED MATTER IN REGARDS TO, THE APPEAL BY (PETITIONER-APPELLANT), "IF ANY" DENIAL OF THEE TRANSFER BY THE FEDERAL BUREAU OF PRISONS (BOP), TO [A] COMMUNITY CORRECTIONS CENTER (CCC)", OR HALF-WAY HOUSE CASE NUMBER: 1:91CR00073-003. TO THE, U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE, CHIEF JUDGE, SUE L. ROBINSON (SLR), U.S. COURTHOUSE, WILMINGTON, DELAWARE 19801. [T]HE PRO SE LITIGANT RECORD FOR EACH PARTY, WAS MAILED /BY HAND /BY REGULAR MAIL.

CC/FILE
DATED: 8/12/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED,
John T. George a.k.a. John R. Daley
PRO SE
FCI SCHUYLKILL
P.O. BOX 759

[7]

EORGE (ADOPTED) JOHN R. DALEY
ill
9
PA 17954-0759

# 03284-015



TO "CHIEF JUDGE," SUE L. ROBINSON (SLR)
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
WILMINGTON, DELAWARE. 19801



19801+3715