TO: THE, UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
LOCK BOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801            05-215

TO: COURTS CLERK, PETER T. DALLEO AND "ASSIGNED" JUDGES CHAMBERS

RE: "ATTORNEY FEES", HEARING AND FILING CLAIMS FOR, ATTORNEY FEES, IN REGARDS TO [A] PRO SE, PETITIONER.

TO: THE, U.S. DEPARTMENT OF JUSTICE,
SOLICITOR GENERAL OFFICE
AND THE OFFICE OF INSPECTOR GENERAL, ROOMS
WASHINGTON, D.C. 20530

TO: THE, UNITED STATES ATTORNEY

FROM: JOHN T. GEORGE (ADOPTED) (a.k.a) JOHN R. DALEY, JR.
PRO SE
FED. REG. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

DATE: 9/2/2005

[NUMBER OF PAGES: 8]

[1]

NOW HERE COMES PETITIONER, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., AND RESPECTFULLY SUBMITTS TO THEE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, COURTS CLERK PETER T. DALL ALSO, U.S. ATTORNEY et. al. AND CHIEF JUDGE, SUE L. ROBINSON (SLR), IN REGARDS TO THEE, "FILING CLAIMS FOR, "ATTORNEY FEES", OF [A] PRO SE "PETITIONER" IN THE, WRIT OF HABEAS CORPUS REVIEWS, "TITLED", "AWAITING COMMITMENT TO THE FEDERAL BUREAU OF PRISONS, AND THE PROMPT COMMITMENT AND DESIGNATION OF FEDERAL PRISONER, AND THE AMENDMENT TO SAID HABEAS CORPUS,

WHICH THE COURT CONSTRUED TO BE A, PRO SE PETITION FOR A WRIT OF HABEAS CORPUS. CIVIL ACTION No. 05-215-JJI 4/20/2005, ENTERED AND FILED, ALSO "[T]HE ORDER" DATED JULY 13, 2005 AND THEE, RECONSIDERATION MOTION" OR "THE GRANTING OF, [A] CERTIFICATE OF APPEALIBILITY" BY PRO SE PETITIONER, DATED: 7/19/2005., NUMBER OF PAGES: 6 "DOUBBLE SIDED" HAND WRITTEN, ADDRESSED TO, THE U.S. DISTRICT JUDGE, JOSEPH J. FARNAN, JR. (JJF) AND COURTS CLERK:- PETER T. DALLEO., FOR THE DISTRICT OF DELAWARE.

\*\*\*\*\*\*\*\* [T]HE, RESPONSE BY, "CHIEF JUDGE", SUE L. ROBINSON (SL FOR THE DISTRICT OF DELAWARE., DATED: 4/21/2005 "AFTER" THE, ENTERED AND FILING OF., GEORGE-DALEY-V-FEDERAL BUREAU OF PRISONS., CIVIL ACTION No. 05-215-JJF., "CHIEF JUDGES" RESPONSE (ADOPTED) IN REGARDS TO: UNITED STATES-V- JOHN T. GEORGE -(a.K.a.) JOHN R. DALEY., (CRIM.No. 91-73-SLR) "THE "DESIGNATION AND THE REMOVAL FROM STATE PRISON CUSTODY AND MOVED TO A FEDERAL PRISON IN THE NEAR FUTURE."

[2]

PURSUANT TO, 18 U.S.C. §§ 3049, 4083, 4086., IN WHICH OVERRIDES THE, U.S. MARSHALS SERVICE, 18 U.S.C. § 4013(a)(1)(2)(3)(b), 3(c)(1)... AND U.S. DISTRICT JUDGE, JOSEPH J. FARNAN, JR.., "ORDER" DATED: 7/13/2005., CIVIL ACTION No. 05-215-JJF.., 28 U.S.C. foll. § 2254., 28 U.S.C. § 2241 OR 28 U.S.C. § 2254, JURISDICTION TO REVIEW HABEAS PETITION, WHICH WAS "MISPLACED" BY U.S. DISTRICT JUDGE. ALSO 28 U.S.C. § 2241(d) AND 28 U.S.C. § 2242., RULES GOVERNING SECTION 2254 CASES IN THE U.S. DISTRICT COURT, RULE 2(a).

\*\*\*\*\*\*\* [A]LSO INCLUDED IN THEE, PRO SE PETITIONERS, WRIT OF HABEAS CORPUS REVIEW, WAS THEE PETITIONER'S PRO SE DOCUMENT TITLED " TIME CREDITED UPON MY RELEASE DATE FROM STATE PRISON SENTENCE TOWARDS PETITIONER'S FEDERAL SENTENCE"., DATED: 6/7/2005, NUMBER OF PAGES: 5., NUMBER OF EXHIBITS: 5., ADDRESSED TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, COURTS CLERK:- PETER T. DELLEO AND JUDGES CHAMBERS.

\*\*\*\*\*\*\* [T]HE NEXT WRIT OF HABEAS CORPUS REVIEW, WAS THEE PETITIONER'S PRO SE PETITION, DISTRICT TITLED, TRANSFER BY THE FEDERAL BUREAU OF PRISONS (BOP) TO [A] COMMUNITY CORRECTIONS CENTER (CCC), OR HALF-WAY HOUSE /- CASE NUMBER: 1:91CR00073-003., DATE: 5/ /2005 ALSO AGAIN 6/26/2005., INCLUDING RECENTLY WAS [A]N [A]PPEAL BY (PETITIONER - APPELLANT), "IF" THE TRANSFER WAS NOT GRANTED BY THE, U.S. DISTRICT JUDGE PRESIDING, - -

[3]

-- IT WAS ADDRESSED TO, THE CHIEF JUDGE, SUE L. ROBINSON (SLR) AND FORWARDED TO, U.S. DISTRICT COURTS CLERK: PETER T. DELLEO, DATED: 8/ /2005 AND [A] "NEW COMPLAINT FORM" IN REGARDING TO THE FEDERAL HABEAS PETITION THAT (I/HE) WISHED TO FILE MAILED BY CHIEF JUDGE, SUE L. ROBINSON (SLR) AND COURTS CLERK: PETER T. DELLEO., DATED: AUGUST 18, 2005.

******* [T]HE FILING OF ANY HABEAS CORPUS REVIEW, WITH COURTS CLERK PROVIDES THE, "INQUIRY, OR ABILITY OR INDIGENCY OF PETITIONER", 28 CFR §§ 0.50(2)(b)(d)(e)., 28 U.S.C.A. §§ 452, 753(b)(f).
   [A]TTORNEY [F]EES FOR [A] PRO SE PETITIONER WHO IS, "FINANCIALLY", UN ABLE, INELIGIBLE, TO PAY FOR AN ATTORNEY.******* "INDIGENCY GENERALLY" PURSUANT TO, 18 U.S.C. §§ 3006, 3006A(a),(1)(E)(I),(2)(B),(3)(B)(b)(d)(1)(2),(4)(A. PROVIDES THE STATUTORY LAWS OF CONGRESS TO GRANT SUCH RELIEF TO PETITIONER.

   18 U.S.C. § 3006A (4)(A) "LEGAL RESEARCH AND BRIEF WRITINGS ALSO "HOURLY RATE" ******* IN ALL THREE (3) WRIT OF HABEAS CORPUS REVIEW, ADDRESSED TO THE U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, [N]EITHER [A] BAR ASSOCIATION, LEGAL AID OR COMMUNITY AID DEFENDER WA EVER ADDRESSED, ASSIGNED TO SAID PRO SE PETITIONER, FOR ANY OF SUCH PROCEEDINGS. PETITIONER IS ENTITLED TO THE MAXIMUM RATE OF: $3,500.00., WHICH IS FOR EACH ATTORNEY, THERE WAS ONLY "ONE" (1) PRO SE PETITIONER IN ALL (3) "THREE" PETITIONS, TO THE U.S. DISTRICT COURT.

[4]

\*\*\*\*\*\*\*[T]HE STATUTORY AUTHORITY OF CONGRESS SHEADS MORE LIGHT TO PRO SE PETITIONERS, "MOTION" AND "MEMORANDUM OF LAW" IN REGARDS TO, "ATTORNEY FEES", IN ACCORDANCE WITH, 28 U.S.C. §§ 1915(a), 2412(2)(d)(1)(A), (D)(2)(A), 2414.,

\*\*\*\*\*\*\* 28 U.S.C. § 2412(2)(d)(1)(A) "WHICH IS DEFINED AS, "INCLUDING FOR JUDICIAL REVIEW OF AGENCY ACTION, BROUGHT BY OR AGAINST THE UNITED STATES."

\*\*\*\*\*\*\* 28 U.S.C. § 2412(D)(2)(A) "WHICH IS DEFINED AS, "FEES AND OTHER EXPENSES", STUDY, ANALYSIS, ENGINEERING REPORTS, PREPARATION OF PARTY'S CASE".

\*\*\*\*\*\*\* 28 U.S.C. § 2414 "WHICH IS DEFINED AS, "PAYMENT OF JUDGMENTS etc..."

\*\*\*\*\*\*\* [A] STRONGER AUTHORITY OR AN ENHANCEMENT TO, PRO SE PETITIONER'S "MOTION" AND MEMORANDUM OF LAW, ARE THEE, [P]ROPER DUE PROCESS OF LAW" AND [E]QUAL PROTECTION OF LAW". U.S. Const. Amendts. 1, 5, 14TH., U.S.C.A., Const. Amends. 1, 5, 14TH. § 14 §§ 1, 5 "GARUNTEED DUE PROCESS"}., NOT ENOUGH COURT APPOINTED ATTORNEYS TO [R]REPRESENT EVERY FILING OF [A] WRIT OF HABEAS CORPUS REVIEW, AS STATED BEFORE, PETITIONER WAS NEVER ISSUED, OR COURT ORDERED A LEGAL REPRESENTATIVE IN ANY OF THE THREE PROCEEDINGS.

[5]

\*\*\*\*\*\*\*\* ARTICLE. I., §§ 1, 9 "WHICH IS DEFINED, "PREAMBLE" AND ALL LEGISLATIVE POWER OF CONGRESS, ALSO "THE PRIVILEGE OF THE WRIT OF "HABEAS CORPUS" SHALL NOT BE SUSPENDED, UNLESS IN CASES OF REBELLION OR INVASION THE PUBLIC SAFETY MAY REQUIR It." \*\*\*\*\*\*\* PRO SE PETITIONER DID NOT HAVE [A] VIOLENT CRIME IN (MY/HIS) CONVICTION OR SUPERVISE RELEASE VIOLATION. OTHER ARTICLES INCLUDED, ART. II., §§ 2, 4 AND ART. III., §§ 1, 2.

\*\*\*\*\*\*\*\* "[T]HE [C]ONSTITUTION" OF, ARTICLE. I., "ABRIDGING FREEDOM OF SPEECH OR PRESS., AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES"., ALSO ARTICLE V. "NOR BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW., NOR SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE, WITHOUT JUST COMPENSATION".

ENCLOSING, AS STATED IN THE ENCLOSE, PRO SE PETITIONER, "MOTIONS" AND "FILES CLAIMS" FOR "ATTORNEY FEES" IN ACCORDANCE WITH THE STATUTORY AUTHORITY OF CONGRESS AND CONSTITUTIONAL AUTHORITY OF THE UNITED STATES OF AMERICA. EQUAL PROTECTION OF LAW AND PROPER DUE PROCESS OF LAW, AND \*\*\*\*\*\*\* PURSUANT TO, 28 U.S.C. §§ 452, 453, "JUDGES OATH", PRO SE PETITIONER PRAYS FOR SUCH RELIEF.

[6]

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR. DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IN REGARDS TO, "ATTORNEY FEES", HEARING AND FILING CLAIMS FOR, ATTORNEY FEES, IN REGARDS TO [A] PRO SE PETITIONER, IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION, ON THIS 9TH MONTH, 2ND DAY, 2005TH YEAR.

CC/FILE
DATED: 9/2/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED BY,
John T. George (a.k.a.) (ADOPTED) John R. Daley, Jr.
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[7]

Case 1:05-cv-00215-JJF    Document 8    Filed 09/22/2005    Page 8 of 9

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., PRO SE PETITIONER HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 9TH MONTH, 2ND DAY, 2005TH YEAR., "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, "ATTORNEY FEES", HEARING AND FILING CLAIMS FOR, ATTORNEY FEES, IN REGARDS TO [A] PRO SE, PETITIONER, TO THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, COURTS CLERK: PETER T. DELLEO AND JUDGES CHAMBERS, ASSIGNED CHIEF JUDGE (SLR)., U.S. COURTHOUSE. WILMINGTON, DELAWARE. 19801. [T]HE PRO SE LITIGANT RECORD FOR EACH PARTY, WAS MAILED/BY HAND/BY REGULAR MAIL.

CC/FILE
DATED: 9/2/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED BY,
*John T. George a.k.a. John R. Daley, Jr.*
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FED. REG. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[8]



JOHN T. GEORGE (a.k.a. ADOPTED)
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

JOHN R. DALEY
#03284-015

LEGAL MAIL
HARRISBURG PA 171
19 SEP 2005 PM 1 L

U.S.M.S.
X-RAY

TO THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
LOCK BOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE. 19801