TO: THE, UNITED STATES DISTRICT COURT,
    FOR THE DISTRICT OF DELAWARE
    LOCK BOX 18
    U.S. COURTHOUSE
    WILMINGTON, DELAWARE. 19801

DATE: 9/29/2005
# OF PAGES: 7

TO: COURTS CLERK, PETER T. DALLEO AND "JUDGES CHAMBERS"
    OF, U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN, JR. (JJF)

RE: THE, "AMENDMENT" OF THE MEMORANDUM AND ORDER, BY UNITED
    STATES DISTRICT COURT JUDGE, JOSEPH J. FARNAN, JR. (JJF)
    DATED, SEPTEMBER 16, 2005., PURSUANT TO, 28 U.S.C. §§ 753(b)(g).,
    1653., CIVIL ACTION No. 05-215-JJF
    JOHN T. GEORGE (ADOPTED a.k.a.) JOHN R. DALEY, JR.
                     PETITIONER
                      - V -
    FEDERAL BUREAU OF PRISONS, et. al.,
                      RESPONDENTS.

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

TO: THE, UNITED STATES ATTORNEY OFFICE
    1007 ORANGE STREET / SUITE 700 / WILMINGTON, DE. 19899

TO: THE, U.S. DEPARTMENT OF JUSTICE
    SOLICITOR GENERAL AND OFFICE OF THE INSPECTOR GENERAL
    950 PENNSYLVANIA, AVE., N.W., ROOMS
    WASHINGTON, DC. 20535

FROM: JOHN T. GEORGE (ADOPTED a.k.a.) JOHN R. DALEY, JR.
     PRO SE
     FED. REG. # 02384-015   a.k.a. 03384-015
     FCI SCHUYLKILL / P.O. BOX 759 / MINERSVILLE, PA. 17954-0759

NOW HERE COMES (PETITIONER-APPELLANT), JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., AND "MOTIONS" IN REGARDS TO THEE, "MEMORANDUM AND ORDER", BY U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN (JJF), DATED 9/16/2005., "FOR THE "TRUE" RECORD TO REFLECT, PURSUANT TO, 28 U.S.C. §§ 753, 1653.

IN REGARDS TO: JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PETITIONER
-V-
FEDERAL BUREAU OF PRISONS, et. al.
RESPONDANTS

CIVIL ACTION NO. 05-215-JJF

*******[M]EMORANDUM OF SPECIAL FACTS, REASON, AN ISSUES SUPPORTING ISSUANCE OF CERTIFICATE., 28 U.S.C. § 2253(c)(2) REGARDS TO THE, "MEMORANDUM AND ORDER", DATED: SEPTEMBER 16, 2005., TOTAL PAGES: (5) FIVE., PAGE: (3) THREE, "SECOND PARAGRAPH" UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE., U.S. DISTRICT JUDGE, JOSEPH J. FARNAN (JJF), "STATED"; ******** "LET THE RECORD REFLECT," [T]HE STATUTES PETITIONER CITES PROVIDES THE COURT WITH, NO SUCH AUTHORITY, AND THEREFORE, THE COURT CONCLUDES THAT PETITIONER'S ARGUMENT UNDER THESE STATUTES IS, WITHOUT MERIT.

[2]

[P]URSUANT TO, 18 U.S.C. §§ 3049, 4083, AND 4086, INWHICH ARE THE STATUTORY LAWS OF CONGRESS OF THE UNITED STATES OF AMERICA. WHICH GIVES THE, U.S. DISTRICT COURT THE STATUTORY AUTHORITY TO REVIEW THE PETITIONERS JURISDICTI-ONAL CITES, INWHICH ARE "WITH MERIT", AMENDMENT, CORRECTIVE ACTION MUST BE MADE BY PRESIDING JUDGE, (JJF.)

\*\*\*\*\*\*\* PURSUANT TO, 28 U.S.C. § 2241(a), (c)(2)(3) "LEGALITY OF EXECUTION OF FEDERAL SENTENCE TO BE SERVED, 28 U.S.C.A PETITIONER-APPELLANT, HAD "COMPLETED" A STATE PRISON SENTENCE IN MASSACHUSETTS, ON FEBUARY 15, 2005. ON THE MONTH OF "DECEMBER 2004", PETITIONER-APPELLANT WAS GIVEN A "RELEASE DATE EXPECTATION OF, 2/15/2005 BY THE, "RECORDS DEPARTMENT OF MASSACHUSETTS, COMMONWEALTH (DOC) DEPARTMENT OF CORRECTIONS.

\*\*\*\*\*\*\* PETITIONER-APPELLANT "DID" COPY AND MAIL TO THE, UNITED STATES MARSHALS SERVICE OF DELAWARE AND THE OFFICE OF, U.S. ATTORNEY IN WILMINGTON, DELAWARE ALONG WITH OTHER LEGAL DOCUMENTS TO SHOW CAUSE FOR THE "RETRIEVAL" OF SAID PETITIONER-APPELLANT UPON THE COMPLETION OF (MY/HIS) STATE SENTENCE. THE, (MONTH/DATE/YEAR) OF, 2/15/2005 CAME AND THE UNITED STATES MARSHALS SERVICE, OF MASSACHUSETTS, "NEVER CAME" FOR SAID PRISONER, TO BE TRANSPORTED TO THE, AIR-LIFT TO BE, "COMMITED TO THE FEDERAL BUREAU OF PRISONS.

[3]

MARCH 28, 2005 PETITION FILED, IN THE U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, PROVIDED THAT THE PRISONERS "DUE PROCESS" WAS VIOLATED, U.S.C.A. Const. Amend. 1, 14TH, ALSO SAID PRISONER WAS RELEASED FROM A STATE PENITENTIARY IN MASSACHUSETTS, 2/15/2005 BUT WAS "DETAINED" BECAUSE OF THE FROM AND AFTER SENTENCE OF 12 MONTHS, PURSUANT TO, 18 U.S.C. §§ 3049, 4083.

ON THE, (MONTH/DATE/YEAR) OF, "MARCH 1998" (I/HE) WAS SENTENCED IN THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, PURSUANT TO, 18 U.S.C. § 4086 "PROMPT COMMITMENT AND DESIGNATION OF A FEDERAL PRISONER. PRISONER WAS IN THE CUSTODY OF THE, U.S. MARSHALS SERVICE OF MASSACHUSETTS EVENTHOUGH (I/HE) IS THE PROPERTY OF DELAWARE, WILMINGTON. FEDERAL PRISONER, 18 U.S.C. §§ 3049, 4083, 4086 "OVERRIDES" THE JURISDICTION OF MASSACHUSETTS, U.S. MARSHAL SERVICE PURSUANT TO, 18 U.S.C. § 4013(a)(1)(2)(3)-(b), 3(c)(1). "AUTHORITY OF THE, U.S. MARSHALS SERVICE." WHICH WAS NEVER MENTIONED IN THE, U.S. DISTRICT COURT, JUDGE MEMORANDUM OF LAW, DATED: 9/16/2005.

IT TOOK "72 DAYS" FOR PETITIONER-APPELLANT TO BE TAKEN OUT OF THE STATE PENITENTIARY IN MASSACHUSETTS AND TO BE TAKEN TO THE FEDERAL BUREAU OF PRISON DETENTION CENTER IN NEW YORK.

[4]

\*\*\*\*\*\*\* FOR THE RECORD TO REFLECT IN REGARDS TO THE SEPTEMBER 16, 2005 MEMORANDUM AND ORDER BY, U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN (JJF), PAGE (3) THREE, THE COURT CONCLUDES THAT PETITIONERS "<u>RECONSIDERATION</u>" OF THE COURTS PREVIOUS ORDER, DATED: JULY 13, 2005 <u>IS</u> <u>NOT WARRANTED</u>, "MUST" BE CORRECTED BY SAID COURT.

\*\*\*\*\*\*\* PAGE (4) FOUR, "IV. CONCLUSION:" <u>HEREBY ORDERED</u> PETITIONERS, MOTION FOR RECONSIDERATION <u>IS</u> <u>DENIED</u>. MUST BE CORRECTED FOR THE TRUE RECORD TO REFLECT.

PETITIONER FAILED TO MAKE A SUBSTANTIAL SHOWING OF THE DENIAL OF CONSTITUTIONAL RIGHT. PURSUANT TO, 28 U.S.C. § 2253(c)(2), THE COURT CONCLUDES THAT A CERTIFICATE OF APPEALIBILITY IS NOT WARRENTED.

\*\*\*\*\*\*\* PURSUANT TO, U.S.C.A. CONST. AMENDS. 1, 14TH. DUE PROCESS OF LAW, 14 §§ 1, 5 "GARUNTEED DUE PROCESS OF LAW" IS THE "<u>MANDATED CONSTITUTIONAL LAW</u>" WHY THE CERTIFICATE OF APPEALIBILITY SHALL BE GRANTED PURSUANT TO 28 U.S.C. § 2253(a)(2)(3)., FED. R. APP. RULE. 22(b)(1)., EXCEPTIONAL CIRCUMSTANCES AND THE INTREST OF JUSTICE "<u>TRUE RECORD TO REFLECT</u>." WHEN THE CONSTITUTIONAL LAW OF THE UNITED STATES OF AMERICA AND THE, STATUTORY LAWS OF CONGRESS OF THE UNITED STATES OF AMERICA, <u>ARE IN CONFLICT</u>, CONSTITUTIONAL LAW SHALL" "<u>PREVAIL</u>".

[5]

CIVIL ACTION NO. 91-73, WHICH WAS REASSIGNED TO THE COURT FROM ANOTHER JUDGE, SEPT. 1, 2005., VIOLATION OF SUPERVISE RELEASE PROVIDES THE "EXTENTION" OF PETITIONERS CIVIL ACTION, No. 05-215-JJF :

JOHN T. GEORGE (ADOPTED) (a.k.a.) JOHN R. DALEY, JR.

PETITIONER

-V-

FEDERAL BUREAU OF PRISONS, et.al.,

RESPONDENTS

\*\*\*\*\*\*\*  SEE: DOCKET No. 05-3887
DALEY VS. FED. BUR. PRISONS
D.C. No. 05-CV-00215

IN THEE, U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, 21400 U.S. COURTHOUSE., 601 MARKET STREET., PHILADELPHIA 19106-1790

ENCLOSING PETITIONER-APPELLANT, MOTIONS FOR THE CORRECTION, AMENDMENT" PURSUANT TO, 28 U.S.C. § 1653, THE MEMORANDUM AND ORDER, BY U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN (JJF), DATED, 9/16/2005, "FOR THE "TRUE" RECORD TO REFLECT, PURSUANT TO, 28 U.S.C. § 753(b)(g)

[6]

I, JOHN T. GEORGE (ADOPTED) (a.k.a.) JOHN R. DALEY, JR.., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE ENCLOSED MATTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION, ON THIS, 9TH MONTH, 29TH DAY, 2005TH YEAR.

cc/FILE
DATED: 9/29/2005
J.T.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED BY,
_John T. George a.k.a. John R. Daley, Jr._
JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE

CERTIFICATE OF SERVICE

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.., FED. REG. # 02384-015 a.k.a. # 03284-015 HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR) OF, 9TH MONTH, 29TH DAY, 2005TH YEAR. DID (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, (CIVIL ACTION NO. 05-215-JJF) MEMORANDUM AND ORDER, BY U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN, JR. (JJF) DATED, 9/16/05. PETITIONER-APPELLANT "MOTION" FOR JUDGES "AMENDMENT" OF HIS MEMORANDUM AND ORDER, PURSUANT TO 28 U.S.C. §§ 753(b)(9), 1653. [T]HE ENCLOSED MATTER WAS/MAIL OUT BY HAND/BY REGULAR MAIL.

cc/FILE
DATED: 9/29/2005
J.T.P.G. a.k.a. J.R.D, JR.

RESPECTFULLY SUBMITTED,
_John T.P.-George a.k.a. John R. Daley, jr._
JOHN T.P.-GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FCI SCHUYLKILL
P.O. Box 759
MINERSVILLE, PA. 17954-0759

[7]

Case 1:05-cv-00215-JJF    Document 9-2    Filed 10/04/2005    Page 8 of 8

