IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN R. DALEY, JR.,              :
                                 :
        Petitioner,              :
                                 :
v.                               :    Civil Action No. 05-215-JJF
                                 :
FEDERAL BUREAU OF                :
PRISONS, et. al,                 :
                                 :
        Respondents.             :

## O R D E R

WHEREAS, Petitioner filed a document entitled "Attorney Fees, Hearing And Filing Claims For, Attorney Fees, In Regards To [A] Pro Se, Petitioner" (D.I. 8) which the Court has construed as a motion for attorneys' fees;

WHEREAS, Plaintiff's petition in this case was dismissed without prejudice, and therefore, the Court concludes that no basis exists upon which to award Plaintiff attorneys' fees;

NOW THEREFORE, IT IS HEREBY ORDERED this 5 day of October 2005, that Plaintiff's Motion For Attorneys' Fees (D.I. 8) is **DENIED**.

                                     _____
                                     UNITED STATES DISTRICT JUDGE