FPS-004                                                                                     October 6, 2005
        UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 05-3887

Daley v. Bureau of Prisons
(D. Del. 05-cv-215))

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted



Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 7, 2005
par/cc: Mr. J.R.D., Esq.
      S.M.B., Esq.