IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JOHN R. DALEY, JR., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 05-215-JJF |
| | : | |
| FEDERAL BUREAU OF PRISONS, et. al, | : | |
| | : | |
| Respondents. | : | |

## O R D E R

WHEREAS, Petitioner filed a document entitled "The, 'Amendment' Of The Memorandum And Order, By United States District Court Judge, Joseph J. Farnan, Jr. (JJF) Dated, September 16, 2005, Pursuant To 28 U.S.C. §§ 753(b)(g), 1653, Civil Action No. 05-215-JJF" which the Court construes, based upon the content of the document, as a request for a certificate of appealability under 28 U.S.C. § 2253(c);

WHEREAS, to the extent a certificate of appealability was required for the Court's denial of Petitioner's initial motion and the Court's denial of his subsequent motion for reconsideration, the Court concluded that such a certificate was not warranted;

WHEREAS, Petitioner has provided the Court with no reason to reconsider its denial of a certificate of appealability, and the Court is persuaded that its decision not to issue such a certificate was not erroneous;

NOW THEREFORE, IT IS HEREBY ORDERED this 14 day of October 2005, that:

1. The document entitled "The, 'Amendment' Of The Memorandum And Order, By United States District Court Judge, Joseph J. Farnan, Jr. (JJF) Dated, September 16, 2005, Pursuant To 28 U.S.C. §§ 753(b)(g), 1653, Civil Action No. 05-215-JJF" which the Court construes as a request for a certificate of appealability under 28 U.S.C. § 2253(c) is **DENIED**.

2. Because this matter is currently on appeal, the Court will deny any further applications filed by Plaintiff without consideration until the appeal is resolved and with leave to renew once a decision on the appeal is issued.

                                                                             /s/ Joseph J. Farnan, Jr.
                                                                       UNITED STATES DISTRICT JUDGE