To: THE, U.S. DISTRICT COURT,
    FOR THE DISTRICT OF DELAWARE
    LOCK BOX 18
    U.S. COURTHOUSE
    WILMINGTON, DELAWARE 19801

DATE: 10/14/2005



FILED

OCT 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: COURTS CLERK, PETER T. DALLEO AND
    "JUDGES CHAMBERS" JUDGE JOSEPH J. FARNAN, JR. (JJF)

RE: "RECONSIDERATION MOTION" OR "THE GRANTING OF, [A] CERTIFICATE
    OF APPELLABILITY" (CIVIL ACTION No. 05-215-JJF)., "ORDER"
    DATED: 10/5/2005., JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR.
                                        PETITIONER
                                        .V.
            FEDERAL BUREAU OF PRISONS, et. al,
                                    RESPONDENTS

"MOTION FOR ATTORNEY FEES"

To: THE, U.S. DEPARTMENT OF JUSTICE
    EXECUTIVE DEPARTMENT/ATTORNEY GENERAL/ SOLICITOR GENERAL/ AND-
    INSPECTOR GENERAL
    950 PENNSYLVANIA AVENUE, N.W.
    ROOM 5., WASHINGTON DC. 20530-0001

FROM: JOHN T. P·GEORGE a.k.a JOHN R. DALEY, JR.
    PRO SE
    FED. REG # 02384-015 a.k.a. 03284-015
    FCI SCHUYLKILL
    P.O. BOX 759
    MINERSVILLE, PA. 17954-0759

[NUMBER OF PAGES]
[1]

NOW HERE COMES PETITIONER, JOHN T. GEORGE a.K.a. JOHN R. DALEY, JR,
AND "MOTIONS" TO THEE, UNITED STATES DISTRICT COURT, FOR
THE DISTRICT OF DELAWARE, COURTS CLERK: PETER T. DELLEO
AND U.S. DISTRICT JUDGE, JOSEPH J. FARNAN, JR. (JJF). IN
REGARDS TO THE, "ORDER", DATED: 10/5/2005, PERTAINING TO
PETITIONER'S "MOTION" DATED: 9/2/2005, FOR "ATTORNEY FEES" IN
CIVIL ACTION No. 05-215-JJF: JOHN T. GEORGE a.K.a. JOHN R. DALEY, JR.

                                                        PETITIONER
                                                        - V -

                              FEDERAL BUREAU OF PRISONS, et. al.
                              RESPONDANTS

****** "[T]HE "RECONSIDERATION MOTION" BY PETITIONER IS AS FOLLOWS,
ON THE, (MONTH/DATE/YEAR) OF, 7/13/2005 AN "ORDER" BY U.S.
DISTRICT JUDGE (JJF) DISMISSED WITHOUT PREJUDICE" PETITIONERS
WRIT OF HABEAS CORPUS IN REGARDS TO [A] PRO SE DOCUMENT
TITLED "AWAITING COMMITMENT TO THE FEDERAL BUREAU OF PRISONS,
AND THE PROMPT COMMITMENT AND DESIGNATION OF FEDERAL PRISONER,
AMENDMENT TO HABEAS CORPUS".

[O]N THE, (MONTH/DATE/YEAR) OF, 9/16/2005 [A] "MEMORANDUM AND
ORDER" TOTAL NUMBER OF PAGES (5) FIVE, WAS GIVEN BY, U.S.
DISTRICT JUDGE, JOSEPH J. FARNAN, JR. (JJF), CIVIL ACTION No 05-
215-JJF PAGE (2) TWO, "III. DISCUSSION", AND PAGE (3) THREE
TOP OF PAGE, "PETITIONER ONLY REQUESTED THE COURT TO ORDER THE
FEDERAL BUREAU OF PRISON TO TRANSFER HIM TO A FEDERAL PRISON.
THE JUDGE STATED COURT CONCLUDES THAT THE UNDERLYING PETITION,
IS NOW MOOT" BECAUSE PETITIONER WAS TRANSFERED. TO THE (BOP)
FEDERAL BUREAU OF PRISONS (72 DAYS) AFTER FILING THE PETITIONS
****** THERE WAS (2) TWO" HABEAS CORPUS PETITIONS TO SAID COURT.

[2]

"BUT", PAGE (4) FOUR, "IV CONCLUSION" ORDER DENIED PETITIONERS' RECONSIDER-ATION MOTION TO THE, US DISTRICT COURT, ******* [T]HE COURT ALLOW THE CASE TO GO TO THEE, "THIRD CIRCUIT FOR REVIEW".

******* SEPTEMBER 29, 2005 PETITIONER AGAIN "MOTIONED" TO THE, U.S DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, TO THE "AMENDMENT" OF MEMORANDUM AND ORDER, BY U.S. DISTRICT COURT JUDGE, JOSEPH J. FARNAN, JR. (JJF) DATED, SEPTEMBER 16, 2005., PURSUANT TO, 28 U.S.C. §§ 753(b)(g), 1653, CIVIL ACTION NO. 05-215-J.J.F. ******* [A] COPY WAS ALSO "FORWARDED" TO THE U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, 21400 U.S. COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA. 19106-1790., COURTS CLERK: MARCIA M. WALDRON. DATED: 9/29/2005, (8) EIGHT PAGES TOTAL.

PETITIONER STILL HAS NOT RECEIVED [A] RESPONSE FROM THE, U.S. DISTRICT JUDGE, JOSEPH J FARNAN, JR. (JJF). ******* [P]URSUANT TO, THE US DISTRICT COURT JUDGE JOSEPH J. FARNAN (JJF) "ORDER" DATED: 10/5/2005. (PETITIONER-APPELL-ANT) JOHN T. GEORGE A.K.A JOHN R. DALEY, JR. "MOTIONS" FOR "RECONSIDERATION" OF PETITIONERS FILED DOCUMENT ENTITLED "ATTORNEY FEES, HEARING AND FILING CLAIM FOR, ATTORNEY FEES, IN REGARDS TO [A] PRO SE PETITIONER, "OR" [A] REQUEST FOR [A] CERTIFICATE OF APPELLABILITY

******* [P]URSUANT TO, U.S.C.A. CONST. AMENDS. 1,14 "EQUAL PROTECTION OF LAW". U.S. CONST. AMENDTS. 1,14. [14 §§ 1.5 "GARUNTEED DUE PROCESS" PETITIONER IS ENTITLED" TO "ATTORNEY FEES". [T]HE "MEMORANDUM AND ORDER" DATED. 9/16/2005, PAGE (3) THREE PROVIDES THAT THE PRO SE PETITIONER DID PROCEED WITHOUT GOVERNMENT APPOINTED COUNSEL AND PETITIONER WAS GRANTED THE TRANSFER AS A

[3]

RESULT OF THEE PETITIONERS PETITION AND THE, U.S. DISTRICT COURT, "CIHEF JUDGE" SUE L. ROBINSON (SLR), DATED: 4/21/2005. PURSUANT TO, 28 U.S.C.A. §§ 136(a)(1),(A),(c)(1)(b), 2412(2)(d)(i)(A) (D)(2)(A), 2414 "CHIEF JUDGES PRECEDENCE OF DISTRICT JUDGE, ART. I, § 8cl.8 ART. II, § 2, cl. 2,4." APPOINTMENT CLAUSE, BULWARK CLAUSE." 18 U.S.C.A. §§ 2, 241, 3006A(a),(1)(e)(I),(2)-B),(3)(B)(b)(d)(1)(2), (4)(A) "JUDICIAL IMMUNITIES IS OVERRIDEN" TITLE: 18 "GENERALLY".

[P]URSUANT TO, 28 U.S.C.A. § 2253(a)(2)(3), THE (PETITIONER-APPELL-ANT) "MOTIONS" FOR, CERTIFICATE OF APPEALABILITY WHICH "SHALL" BE GRANTED. [A]LSO IN ACCORDANCE WITH, 28 US.C.A. § 2253(c), FED. R. APP. RULE. 22(b)(1), 28 U.S.C.A., "THE DISTRICT JUDGE WHO RENDERED THE JUDGEMENT "MUST" EITHER ISSUE A CERTIFICATE OF APPEALABILITY or STATE WHY A CERTIFICATE SHOULD NOT ISSUE ... ,,. [T]HE APPLICANT MAY REQUEST [A] CIRCUIT JUDGE TO ISSUE THE CERTIFICATE, IN ACCORDANCE WITH, EXCEPTIONAL CIRCUMSTANCES" AND THE "INTEREST OF JUSTICE" WHICH STRONGLY URGES SO.

[E]NCLOSING PETITIONER PRAYS FOR THE GRANTING OF THE RECONSIDERATION MOTION or THE GRANTING OF, [A] CERTIFICATE OF APPELLABILITY" (Civil Action No. C5-215-JJF.) "ATTORNEY FEES".

[4]

I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., PRO SE DECLARE UNDER THE PAINS AND PENALTIES OF PURJURY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION AND KNOWLEDGE ON THIS 10TH MONTH, 14TH DAY, 2005TH YEAR.

CC/FILE
DATED: 10 /14/ 2005
J.T.P-G a.k.a. J.R.D,JR

RESPECTFULLY    SUBMITTED,
(ADOPTED)
John T. P. George (a.k.a.) John R. Daley, jr.
JOHN T. P. GEORGE a.k.a. JOHN R DALEY, JR.
PRO SE


CERTIFICATE    OF    SERVICE


I, JOHN T. GEORGE a.k.a. JOHN R. DALEY, JR., PRO SE. HEREBY CERTIFY, THAT ON THIS 10TH MONTH, 14TH DAY, 2005TH YEAR. (ON SERVE/- MAILED) THE ENCLOSED MATTER, IN REGARDS TO [A] "RECONSIDERATION MOTION" OR "THE GRANTING OF, [A] CERTIFICATE OF APPELLABILITY IN, (CIVIL ACTION No. C5-215-JJF) OF U.S DISTRICT JUDGE,(J.J.F) FOR THE DISTRICT OF DELAWARE, [T]HE ENCLOSED MATTER WAS/- MAILED OUT BY HAND / BY REGULAR MAIL.

CC/FILE
DATED: 10/14/2005
J.T.P-G a.k.a. J.R.D,JR

RESPECTFULLY    SUBMITTED,
John T. P. George a.k.a. John R. Daley, jr
JOHN T. P. GEORGE a.k.a. JOHN R. DALEY, JR.
PRO SE
FCI  SCHUYLKILL
P.O. Box 759
MINERSVILLE, PA. 17954 -0759

[5]

JOHN T. P. GEORGE (ADOPTED) JOHN R. DALEY, JR.
#03289-015
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

LEGAL MAIL

HARRISBURG PA 171 
17 OCT 2005 PM 3 L

U.S.M.S.
X-RAY

TO THE, U.S. DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
LOCK BOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE. 19801

TO: COURTS CLERK, PETER T. DELLEO   AND
JUDGES _____ JR. (JJF).