IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. DALEY, JR., | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 05-215-JJF |
| FEDERAL BUREAU OF PRISONS, et. al, | : | |
| Respondents. | : | |

**O R D E R**

WHEREAS, Petitioner filed a motion entitled "'Reconsideration Motion' Or 'The Granting Of, [A] Certificate Of Appealability'" (D.I. 13);

WHEREAS, the Court has notified Petitioner that further applications filed by Petitioner will be denied without consideration and with leave to renew once the appeal is resolved;

WHEREAS, with respect to the instant Motion, however, it is evident to the Court that relief is not warranted, because the Court has previously concluded that neither reconsideration nor a certificate of appealability is warranted;

NOW THEREFORE, IT IS HEREBY ORDERED this __1__ day of November 2005, that Plaintiff's Motion entitled "'Reconsideration Motion' Or 'The Granting Of, [A] Certificate Of Appealability'" (D.I. 13) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE