TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE. 19801-3570

TO: PETER T. DALLEO

RE: RECEIVING MAIL THAT DOES NOT BELONGS TO THE PRISONER WHICH RECEIVED SAID MAIL.

FROM: JOHN T. PICQUIN-GEORGE (ADOPTED) JOHN R. DALEY, JR.
PRO SE
FED. REG. # 02384-015   a/k/a   # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954

DATE: 11/22/2005


FILED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[NUMBER OF PAGES: 3]

[1]   [NUMBER OF EXHIBITS: 16] "PAGES"

[A]T THIS PRESENT TIME, THE NAMED PRO SE LITIGANT/PRISONER WOULD LIKE TO "RETURN" TO THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, 844 N. KING STREET, LOCKBOX 18, WILMINGTON, DELAWARE. 19801-3570.,

[C]OURTS [C]LERK, PETER T. DALLEO, IN REGARDS TO [A] CIVIL ACTION., THAT WAS "FILED" IN THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE.

RUSSELL GRIMES (PLAINTIFF)
- V -
CHARLES CUNNINGHAM,
THOMAS CARROLL, AND } (DEFENDANTS)
MARRISSA McFADDEN

C.A. No. 03-437-JJF

******* UPON THE "RECEIPTION" OF THEE, "RETURNED LEGAL DOCUMENTS" BY PRO SE LITIGANT/PRISONER, JOHN T. PICQUINGEORGE (ADOPTED) JOHN R. DALEY, JR., "FEDERAL PRISONER" (I/HE) "MOTIONS" FOR THEE, "ACKNOWLEDGEMENT RECEIPT", THAT SAID COURTS CLERK "DID" RECEIVE THE ENCLOSED DOCUMENTS. [P]URSUANT TO, 28 U.S.C.A. §§ 451, 452., 18 U.S.C.A. §§ 2071(a)(b), 2075, 2076., U.S. CONST. AMENDT. 14TH "DUE PROCESS OF LAW", "CLERICAL ERROR" BY SAID COURTS CLERK.



FILED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[2]

I, JOHN T. PICQUIN-GEORGE (ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY THAT THE ENCLOSED MATTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION, ON THIS, 11TH MONTH, 22ND DAY, 2005TH YEAR.

CC/FILE
DATED: 11/22/2005
J.T.P-G, a/k/a J.R.D, JR.

RESPECTFULLY SUBMITTED,
*John T. Picquin-George a/k/a John R. Daley, Jr.*
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
PRO SE

CERTIFICATE OF SERVICE

I, JOHN T. PICQUIN-GEORGE (ADOPTED) JOHN R. DALEY, JR., CERTIFY THAT ON, THE, 11TH MONTH, 22ND DAY, 2005TH YEAR, "DID" (MAIL/SERVE/RETURNED) THE ENCLOSED "LEGAL DOCUMENT" THAT DOES NOT BELONG TO THE ENCLOSED NAMED PRO SE LITIGANT/PRISONER, "RETURNED" TO THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, 844 N. KING STREET, LOCKBOX 18, WILMINGTON, DELAWARE. 19801-3570., COURTS CLERK, PETER T. DALLEO. WITH [A] "MOTION" OF [A] "RETURNED ACKNOWLEDGMENT RECEIPT" BY SAID COURTS CLERK. THE, PRO SE LITIGANT/PRISONER "RECORD" MAILED BY HAND/BY REGULAR MAIL.

CC/FILE
DATED: 11/22/2005
J.T.PG, a/k/a J.R.D, JR.

RESPECTFULLY SUBMITTED,
*John T. Picquin-George a/k/a John R. Daley, Jr.*
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR
PRO SE
FED. REG. # 02384-015 a/k/a # 08284-015
FCI SCHUYLKILL
P.O. BOX 759 / MINERSVILLE, PA. 17954

[3]