LEGAL MAIL

From: John T. Picquin-George (Adopted) -
-John R. Daley, Jr.

Fed. Reg. # 03284-015
FCI Schuylkill
P.O. Box 759
Minersville, PA. 17954

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware. 19801-3570

To: Peter T. Dalleo
Courts Clerk.

U.S.M.S. X-RAY

11-23-05

FPC SCHUYLKILL
P.O. BOX 700
MINERSVILLE PA 17954
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH
[illegible] THE MATERIAL FOR FURTHER INFORMATION
[illegible] ON. IF THE WRITER ENCLOSES CORRESPON-
[illegible] ANOTHER ADDRESSEE,
[illegible] THE ABOVE ADDRESS.

FPC SCHUYLKILL
P.O. BOX 700
MINERSVILLE PA 17954
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE [illegible] A QUESTION OR PROBLEM OVER
[illegible] JURISDICTION, YOU MAY WISH
[illegible] FOR FURTHER INFORMATION
[illegible] ENCLOSES CORRESPON-
[illegible] ANOTHER ADDRESSEE,
[illegible]

Mead