OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

NOTICE REGARDING PERSONAL INFORMATION

    On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

    **It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

                                               Peter T. Dalleo, Clerk of Court

In THE United States District Court
For THE District of Delaware

Russell Grimes
    Plaintiff

V

Charles Cunningham,
Thomas Carroll, and
Marrissa McFadden
    Defendants

C.A. No 03-437-JJF



FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Plaintiff's Rebuttal Motion Against Summary Judgement

    Plaintiff respectfully request that his honor continue the civil litigation in this case, So that Justice may be served equally and evenly upon all who break the law. Especially those who are in charge of securing those accused and convicted of committing crimes. Their standard should be held higher and not be able to hide from misdeeds that are crimes that they continue to do right now to this day. Without Justice gross injustices will continue. To support my Rebuttal motion and pro se claim I offer the following:

(1) Defendants directly and indirectly were responsible for Plaintiff's continued abduction in the SHU.

(2) Defendants directly and indirectly violated Plaintiffs due process by not affording him a hearing as to why he was housed in the SHU. McFadden aided and abetted when she neglected her duty as the counselor for the area we were housed in.

(3) I will supeona witnesses who will swear under oath that I had absolutely nothing to do with the situation on Feb.14, 2003 at Gander Hill in no way shape form or fashion.

(4) I will supeona the mental Health staff at Delaware Correctional Center that noted my emotional and mental decline in the months I was housed at the SHU unjustly as a result of a violation of my Due process. (*Note Deposition page 74 Line 12-23 has been misstated somehow tampered with - Also the whole deposition is out of context, why not include the whole deposition.)

⑤ Because of gross mishandling of the investigation plaintiff was unfairly assigned to the harshest possible punishment without any form of due process. Defendants simply neglected they duty and as a result plaintiff suffered mental anguish, emotional stress and pain and suffering which was due directly as a result of the defendants failure to do their jobs collectively.

⑥ The pain and suffering serious mental and emotional anguish, included but not limited to anxiety attacks, severe depression, weight loss and paranoia, as witnessed and documented by the dept of corrections own mental health staff, is guaranteed proof of the state of mind plaintiff was placed in as a result of the Defendants failure to do their job. (See Attachment 3 for a steady decline in plaintiffs emotional well being) once I wanted to see the doctor there are no more reports of my progress    5-5-03 on Attachment 3 + 3A

⑦ States attorney consciously skips over the real issues in this civil suit which is the pain and suffering directly linked to the plaintiffs housing in the SHU.

⑧ Plaintiff strongly asserts that had the depts. defendants done their job and therefore not violate the plaintiffs due process there would have been no pain and suffering to speak of. But because they have a lack of regard of the law they do as they please and it is this honorable courts job to see that justice is served.

⑨ The defendants say in there deposition that they were not aware that their housing Rules for the SHU affected plaintiffs rights to religious services. Thus proving they are indeed negligent and non-caring as to plaintiffs rights. The SHU doesn't allow religious services where fellowship forms, a congregation setting.

⑩ The state adamantly contends that plaintiff was a security threat yet never proved their allegations as to involvement in riot that occurred, that caused his placement in the SHU.

(10) cont - Furthermore plaintiff asserts that these practices are still in place in the D.O.C. of assigning inmates to the SHU just because they feel like it.

(11) Defense attorney request of summary judgement without defending the prime issue of the case. The violation of plaintiff's civil rights that caused emotional injury which gives plaintiff the right to sue for Punitive damages in the amount of 1 million dollars.

(12) When the matter was investigated, The dept of corrections investigator was told by several other inmates being investigated that I had nothing to do with the matter at all. As well as a letter written by Carlos Austin, whom I will subpoena as a witness, who was housed in the cell block of 2-C on Feb. 19, 2003 which states that he witnessed the whole event and I had nothing to do with it. (See Attachment #1 and 1A)

(13) Marrissa McFadden told me and another inmate Robert Garvey, whom I will subpoena, That we were being "Punished" for the incident that happened at Gander Hill. The States Attorney is trying to mix and match words, as lawyers are trained to do, as to punitive and administrative segregation. Yet McFadden doesn't seem to believe there is a difference either when she makes her admission to Robert Garvey and I when she says we are being "Punished" (see #2, +"2A")

(14) Until this date and even in there motion for summary Judgement they have not found that I was involved in the incident. Which is gross negligence which I am entitled to damages do to the fact I suffered mentally due to their neglect.

(15) I have witnesses that participated on both sides who will testify that I was not involved. Also spectators who were standing where I was standing during the incident, that will testify on my behalf that I played no part in the whole matter and also that it wasn't any issue dealing with gangs as the states keeps eluding to.

16) The state contends that the fight was due to a gang fight involving a "threat group" The Bloods and they contend I am a member, also that one side of the fight was this threat group. Yet out of all of the other participants (actual) no one is or was a member of any gang Bloods, Crips, Latin Kings, nada. So there lame excuse of a threat group situation is dubious at best, they have no evidence of a threat group situation occurring.

17) Delaware Correctional Center received me as a Code 1, meaning I was in for Murder, Rape, kidnapping, Car Jacking, ETC. They never investigated my status as witnessed by my status sheet, Dated 2-19-03 (Attachment #4) + (Attachment #7A)

18) Compensation is entitled for the punishment wrongfully imposed with regards to mental anguish loss of freedom and priviledges. (Laws and Rules of Civil Procedure 2003) At trial I will supoena the neccesary individuals to prove that I faced severe emotional injury. Punitive damages are also available to be awarded as defendants easily showed a reckless indefererence to the plaintiffs rights

19) Administrative segregation cannot be used as a pretext for punitive confinement. (Willoughby v. Luster, 717 F. Supp 1439, 1441 D Nev, 1989

20) Keeping a prisoner in Administrative segregation based on a misconduct charge of which he has been cleared denies due process. Apparently I was cleared, yet for 6 months I was in the SHU held intentionally for no cause. Allegations notwithstanding as Plaintiff was never formally charged with or found guilty of any violation, gross violation of my due process.

21) Plaintiff was never given notice of charges against him. Was not given a hearing although he was entitled to one. Right to be heard was denied. Wasn't given the right to respond to any allegations. No written evidence was given to me in a written deposition. Case law

(21) cont — Suggest for the reason of not violating civil rights and due process that such evidence must be disclosed to the prisoner, with a chance to respond to it before a decision is made.

(22) I was not given notice, the right to be heard or the chance to call witnesses. All violations of my due process. I wasn't given a prompt hearing period which violated my liberty interest and violated my due process. These false accusations and charges did not follow required procedural motions (Sprouse v. Babcock, 870 F.2d 450, 452 (8th cir. 1989)

(23) I will at trial easily prove that because of the defendants neglect that they caused emotional injury that is entitled to punitive and compensatory damages.

As these "genuine issues of material facts" attest to I wish for your honor to deny the defendants motion for Summary Judgement and Procede with the Pre-Trial Conference on December 8th and the Civil trial within 60 Days after that.

Signed: Russell Grimes
Russell Grimes
Plaintiff

I, Russell Grimes, do hereby state that I have sent a true copy of this motion to the States Attorney, Aaron Goldstein

State of Delaware
Dept. of Justice
State Office Building
820 N. French St.
Wilmington, De. 19801

My name is Carlos Austin and on the date of Feb. 19, 2003 I was on 2C Pod at Gander Hill. I had just returned from video court and when I got back everybody was in there cell for clean up, but my door was open cause my celly was a tier man so he had the door open cause he was the only one there. When I got back it wasn't 10min before they crack the door and I was down there next to Russell Grimes cell talking to my friend telling him what happen in court when out of no where they crack the door for tier rec and guys came out of there cells and just start running at each other throwing punches so I walk to the end of the tier next Russell Grimes cell and had my back to the wall so no one would hit me cause I didn't know what was going on but if they came my way I had to protect myself but they all head to the front of the tier but the person back there with me was Russell Grimes and a couple other in mates. So when the C.O came on the tier I was shocked to see them take Russell off the tier cause that man didn't do anything at all he wasn't even involved. So when they took him off the tier I yelled out my cell

Attachment #1

WHY YOU CHARGING THAT GUY HE WASN'T EVEN INVALVED BUT THEY LOOK AT ME ALL CRAZY LIKE YOU BETTER SHUT UP BEFORE YOU BE GOING TO BUT FOR C.O HUBEN TO TAKE Russell WITH THAT GROUP OF GUYS WAS WRONG CAUSE HE COULDN'T EVEN SEE THROUGH THE CROWD OF PEOPLE IN FRONT OF THE BUBBLE SO HE JUST PICK PEOPLE OUT AND I'M JUST GLAD HE DIDN'T TAKE ME AS A MATTER OF FACT THEY ASK HUBEN IF I WAS INVOLED AND HE COULDN'T REMEMBER I HAD TO SAY I JUST RETURN FROM COURT AND THEN THAT'S WHEN HE REMEMBER I CAME ON THE TIER FROM COURT

Carlos Austin

9/16/04

Attachment #1A

From: Robert Garvey
Attachment #2

D.; I just told DA mother fucker gottie Don't mention no civil Rights violation and he did, DAtz why I'm mad, but whats done is done with that issue (Gottie)

Check this: "on the date of 4-28-03 I spoke to counciler Malissa McFadden and she stated that the only reason I Am being held in the Shu is because the officals at Gander Requested I be held in max/punished for the incident that I was allegedly involved in at Gander &. the only reason I am being held in max is because I was allegedly involved in that incident and basicly I'm being punished for that now. and also there is no way at all of me leaven the Shu/maxium second because of the incident. I either beat my case or get sentenced so I'm basicly stuck here untill my case is over."

Now gottie heard how I asked her these questions but I acted like I aint no my Rights are being violated & he wants to do the same. my point fa him is u can't keep leting these people know you know ya Rights cause they make they own laws as they go on &, the last thing we need is a write up or charges brought up agenst us for that bull-shit, cause the only reason we aint get no paperwork is because they forgot & (those cats where sentenced) we do keep Reminding them they wrong, now we collect for DA

(nxt side)

CNSIR. Bldg 18 76-30-25
Attachment #2A

Miss McFadden,

How is it that I am still in the shu and I don't even have enough points (15) to be classified in the shu. I don't have co-defendants. I haven't been found guilty on any institutional rules, so why are my rights being blatantly disregarded. I know I'm being held in the shu illegally. One, I was never written up or found guilty for what I was accussed of alleged to have did. Two, my points don't warrant my being housed in the shu. You stated yourself I shouldn't be back here when you classified me to the M.u. Now that my time has expired in back in the same hole I started. I can't even get a call until Saturday, so that I can make bail. I need a call TODAY. So that I can arrange to make bail. I am going to file a Federal Civil Rights Lawsuit. Because since Feb. 18 my rights have been violated and still are until this day. People who are in charge of correcting people who are accused of breaking the law, should not be breaking the law. And then they wonder why people go back and forth to jail. Corrections officials are breaking the law, knowingly and flagrantly, and that's the sad part. I wish to be moved to regular pre-trial, A.S.A.P.

Thank you

Russell Grimes
237158

C.C. A.C.L.U.

# SOLITARY/PREHEARING FLOW SHEET

**FIRST CORRECTIONAL MEDICAL**

| NAME: GRIMES, RUSSELL | | | | | | | CONTRACT: | |
|---|---|---|---|---|---|---|---|---|
| NUMBER: 227158 | | | | | | | HOUSING: 18 DL6 | |
| DATE/TIME | HEALTH STATUS * or √ | PRESCRIPTION MEDS GIVEN | IBU | TYL | CTM | AA | COMPLAINT/DISPOSTION | COMMENTS |
| 3-10-03 11:23 | √ MG | | | | | | | med that |
| 3-12-03 1052 | √ MM | | | | | | | woke pain – I'm ok |
| 3/14/03 1038 | √ OA | | | | | | | Good. |
| 3/17/03 7:37 | √ | | | | | | | |
| 3/19/03 | MM | | | | | | | count |
| 3/21/03 1122 | OA | | | | | | | OK. |
| 3/24/03 0738 | d AC | | | | | | | |
| 3/26/03 9:32 | √ mc | | | | | | | Sleeping |
| 3/28/03 10:12 | √ mc | | | | | | | sleep |
| 3/31/03 0945 | √ | | | | | | Seen in intern rm for eval form intv | Full compliance |
| 4/2/03 1121 | OA | | | | | | not in cell | |
| 4-4-03 11:07 | * mc | | | | | | getting discouraged / | |
| 4-7-03 1201 | * OA | | | | | | Need ??? | Depressed |
| 4/8/03 1035 | * | | | | | | on bunk wrapped in blanket | door |
| 4/11/03 1136 | √ OA | | | | | | Angry | Get away from |
| 4/14/03 10:01 | √ C | | | | | | OK | |
| 4-16-03 9:40 | * mc | | | | | | can't sleep | |
| 4-18-03 9m | * | | | | | | not in cell | |
| 4-21-03 0946 | √ | | | | | | In shower | mental? |
| 4-23-03 9:20 | √ mc | | | | | | sleeping | |
| 4/25/03 1020 | * OA | | | | | | Depressed | I'm fucked up now |
| 4/28/03 10:15 | * | | | | | | Says turned in a sick call | |
| 4-30-03 8:35 | * mc | | | | | | fucked up in need | already |
| 5-2-03 1003 | √ | | | | | | not in cell | |
| 5-5-03 11:07 | * mc | | | | | | Want to see Dr | KH |

**Code for Clinicians**
JS = Jim Simms, LPCMH; KH = Kevin Hoffecker, LCSW; OA = Olufemi Adessemolu, MA; MM = Marci MacKenzie, PhD, LCSW; MB = Martha Boston, PhD, Licensed Psychologist; IJ = Imad Jarwan, MS; BP = Bill Precourt, MSCC; JM = McEntire, MA; MG = Melissa Gatlin, MSW

( ) gnificant Findings    (√) No Significant Findings
Nurse initials in column with (*) asterisk or (√) check.
Significant findings are documented on the Progress Notes in the Health Record.
All prescription medicines given are documented on Medication Chart Record (1-BC)
Upon completion of solitary/prehearing status, this form will be placed into the health record.
MR-1010

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  **MENTAL HEALTH**

Name (Print): Russell Grimes

Housing Location: Bldg 18 DL6

Date of Birth: 9/14/70

SBI Number: 227158

Date Submitted: 4-29

**Complaint (What type of problem are you having)?** I need a one on one as requested in previous letters and personally when I see you on M/W/F weekly.

Inmate Signature: Russell Grim

Date: 4-29

---

The below area is for medical use only. Please do not write any further.

S: I/m seen Bldg 18 interview room 4-30-03 @ 9:45am. I/m depressed about my legal situation, I can't access the law library. I'm not suppose to be here. These conditions are making my mind messed up.

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ I/m appears alert, oriented x3, calm, angry tone. I/m reported depression, difficulty sleeping, lack of family support daily confusion. I/m copes by writing

B: music, working out and working on music projects. Currently inmate is depressed due to current environment

A) Axis I Adjustment D/O Depressed Mood; Axis II 799.9 Deferred

P: I/m received brief focused therapy relaxation exercises. I/m appears to be coping by writing music, occasional exercise. Currently I/m is not at imminent risk harm to self or others. I/m having difficulty adjusting to SHU environment. I/m KYTE MH PRN no f/u required. I/m KYTE MH PRN

E: Melissa Gatlin MBS/MSW

Provider Signature & Title: Melissa Gatlin MBS/MSW

Date & Time: April 30 M6 ~~May, 2003~~ 4-30-03 @ 945am

3/1/99 DE01
FORM#:
MED

# Offender Status Sheet

Date: 02/19/2

| SBI #: | 00227158 | Name: RUSSELL M GRIMES | | |
|---|---|---|---|---|
| Location(s): | MPCJF,DO52 | Level(s): 2,0 | Race: BLACK | DOB: 09/14/1970 |
| AKA: | RUSSELL GRIMES | | | |
| Offender Type: | Detentioner, Sentenced Probationer | | Officer(s): Smith, David (Do52) B. (52) | |

## Detentioner Charge Information

| Start Date | CASE# | CRA# | Description | Active | Court | Judge | Bail Amc |
|---|---|---|---|---|---|---|---|
| 01/09/2003 | 0301005026 | 0301005026 | ATTEMPTED BURGLARY THIRD DEGREE | Y | SCNC | | $1,00( |
| 01/09/2003 | 0301005026 | 0301005026 | CONSPIRACY SECOND DEGREE-AGREEM | Y | SCNC | | $50( |
| 01/09/2003 | 0301005026 | 0301005026 | ATTEMPTED Theft Under $1000 (Deprive Per | Y | SCNC | | $1,00 |
| 01/09/2003 | 0301005047 | 0301005047 | RECEIVING STOLEN PROPERTY-OVER $10 | Y | U7 | | $2,00 |
| 01/09/2003 | 0301005047 | 0301005047 | RESISTING ARREST | Y | U7 | | $1,00 |
| 01/09/2003 | 0301005047 | 0301005047 | Driving Across a Median | Y | U7 | | $ |
| 01/09/2003 | 0301005047 | 0301005047 | DISREGARDING A POLICE OFFICER'S SIGN | Y | U7 | | $50 |
| 01/09/2003 | 0301005047 | 0301005047 | Driving a Vehicle Under the Influence of Alcoh | Y | U7 | | $2,00 |
| 01/09/2003 | 0301005047 | 0301005047 | FICTITIOUS OR CANCELLED REGISTRATIO | Y | U7 | | $5 |
| 01/09/2003 | 0301005047 | 0301005047 | OPERATION OF AN UNREGISTERED MOTC | Y | U7 | | $1 |
| 01/09/2003 | 0301005047 | 0301005047 | RECKLESS DRIVING- | Y | U7 | | $1,00 |
| 01/09/2003 | 0301005047 | 0301005047 | FAILURE TO STOP AT A RED LIGHT | Y | U7 | | $3,00 |
| 01/09/2003 | 0301005047 | 0301005047 | DRIVING ON THE WRONG SIDE OF THE RC | Y | U7 | | |
| 01/09/2003 | 0301005047 | 0301005047 | UNREASONABLE SPEED- | Y | U7 | | |
| 01/09/2003 | 0301005047 | 0301005047 | FAILURE TO STOP AT A RED LIGHT | Y | U7 | | |
| 01/09/2003 | 0301005047 | 0301005047 | FAILURE TO STOP AT A RED LIGHT | Y | U7 | | |
| 01/09/2003 | 0301005047 | 0301005047 | FAIL TO YIELD RIGHT OF WAY- | Y | U7 | | |
| 01/09/2003 | 0301005047 | 0301005047 | WHEN LIGHTED LAMPS ARE REQUIRED | Y | U7 | | |
| 01/13/2003 | DACS00001 | 0207003712 | SUP CRT CAPIAS | Y | SCNC | | $5,0 |

05/14/2004  08:01  MPCJF WARDENS → 95775866  Attachment #4A  NO.073  D02

# MULTI-PURPOSE CRIMINAL JUSTICE FACILITY

## MEMORANDUM

**TO:** Concerned Personnel

**FROM:** Tysha Bryant, Inmate Classification Officer II

**DATE:** 2/19/03

**SUBJ:** Transfers *Out* This Facility

The offender(s) listed below is (are) approved for transfer out of this facility to:

DCC **XXX**   SCI ___   WCF ___   PCCC ___   MCCC ___   CVOPC ___   SCVOP ___
Other (specify) _____

1. Canty, Tiwan # 268904
2. Grimes, Russel # 227158 **(CODE 1)**
3. Jones, Michael # 417267 **(CODE 1)**
4. Henriguez, Goan # 452650
5. Pena, Jose # 492328
6. Garvey, Robert # 429485 **(CODE 1)**
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

They will be transported by the Transportation Unit: _____   Facility Personnel: _____
Other (specify) **DCC CERT**
On (Date): 2/19/03   At (time): 2:00pm (ASAP)
Confirmation: Major Phelps

**Approving Authority:**

**XXX** _____ Administrative
_____ Classification
_____ Facility Personnel. Specify name and rank of person from both institutions.

Sending: _____
Receiving: _____ *high bail over $100,000*

*rape/murder*
*att murder/*
*Kidnapping 1st*

**DISTRIBUTION**
Warden            Booking and Receiving (2)    Health Care Unit
Deputy Warden     Classification Supervisor    Records
Primary Control   Secondary Control            File
Business Office   Mailroom

Revised 7/2002

I/M Russell Grimes
SBI# 227158    UNIT 17AL/D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE $00.83 PITNEY BOWES
02 1A
0004395355  NOV 14 2005
MAILED FROM ZIPCODE 19977

Office of the Clerk of the Court  C.A.# No 03-437-JJF J.S.M.S.-RAY
United States District Court, Lock Box 18
844 N. King Street
Wilmington, De.    19801