CPS-62

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3887

JOHN R. DALEY,
          Appellant

v.

FEDERAL BUREAU OF PRISONS

On Appeal From the United States District Court
For the District of Delaware
(D. Del. Civ. No. 05-cv-00215)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Possible Summary
Action under Third Circuit LAR 27.4 and I.O.P. 10.6
November 23, 2005

Before: BARRY, SMITH and NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered July 14, 2005, be and the same is hereby AFFIRMED. All of the above in

accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: December 9, 2005

Certified as a true copy and issued in lieu of a formal mandate on 1/17/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit