TO: THE, U.S. DISTRICT COURT,
   FOR THE, DISTRICT OF DELAWARE
   LOCK BOX 18
   U.S. COURTHOUSE
   WILMINGTON, DELAWARE. 19801

05-215(JJF)

TO: COURTS CLERK, PETER T. DALLEO AND
   "JUDGES CHAMBERS", JOSEPH J. FARNAN, JR. (JJF)

TO: THE, U.S. COURT OF APPEALS,
   FOR THE THIRD CIRCUIT
   21400 UNITED STATES COURTHOUSE
   601 MARKET STREET
   PHILADELPHIA, 19106-1790

FILED
JAN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: COURTS CLERK: MARCIA M. WALDRON

RE: "ATTORNEY FEES" AND (COMMAND/ORDER) "OF,
MONEY DISBURSMENT TO PETITIONER"
DALEY -V.- FEDERAL BUREAU OF PRISONS
C.A. No. 05-3887
(D. DEL. CIV. No. 05-CV-00215)

TO: THE, U.S. DEPARTMENT OF JUSTICE,
EXECUTIVE DEPT./ATTORNEY GENERAL/SOLICITOR GENERAL/ AND
INSPECTOR GENERAL
950 PENNSYLVANIA AVENUE, N.W.
ROOMS., WASHINGTON, DC. 20530-0001

DATE: 1/11/2006

[1] [NUMBER OF PAGES: 6 ]

TO: THE, U.S. ATTORNEY,
COLM F. CONNOLLY AND
ASSISTANT U.S. ATTORNEY,
SETH M. BEASANG
"OFFICE"., 1007 ORANGE STREET
SUITE 700
WILMINGTON, DE. 19899

FROM: JOHN T. PICQUIN-GEORGE, (a/k/a ADOPTED) JOHN R. DALEY, JR.
PRO SE
FED. REG. # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759


[N]ow [H]ere [C]omes, "PETITIONER" AND RESPECTFULLY SUBMITTS, TO THEE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, "ALSO" TO BE "TRANSMITTED" TO THEE, U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, UPON ANY DENIAL OF, [A] (COMMAND/ORDER) BY, U.S. DISTRICT JUDGE PRESIDING IN SAID MATTER.

[O]N THE, (MONTH/DATE/YEAR) OF, NOVEMBER 2, 2005, PETITIONER RECIEVED "AN ACKNOWLEDGE RECEIPT" BY THE, U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, 21400 U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA. 19106-1790., ADMINISTRATIVE ASSISTANT, JO-ANN EDWARDS. [I]T WAS ALSO IN REGARDS TO, PETITIONER'S "MOTION FOR ATTORNEY FEES". DATED: SEPTEMBER 21, 2005 AND OCTOBER 19, 2005.

[T]HE OPPOSING COUNSEL WERE ALSO SERVED. [O]N THEE, (MONTH/DATE/YEAR) OF, NOVEMBER 23, 2005 ALSO "FILED" DECEMBER 9, 2005. "AN OPINION" BEFORE: BARRY, SMITH AND NYGAARD, CIRCUIT JUDGES, "JUDGMENT" WAS ALSO AFFIRMED, ON, DECEMBER 9, 2005.

******* [A]PPELLEE'S MOTION FOR SUMMARY AFFIRMANCE PURSUANT TO THIRD CIRCUIT LOCAL APPELLATE RULE 27.4 + REQUEST FOR DEFERRAL OF BRIEFING SCHEDULE. DATED: — — OCTOBER 12, 2005., ****** [P]AGE (5) LINE NUMBER 7 AND 8, PROVIDES THAT. "EXACT RELIEF PETITIONER REQUESTED IN PETITION". EVEN THOUGH THE PETITIONL BECAME, "MOOT" BECAUSE PETITIONER OBTAINED THE TRANSFER TO A FEDERAL FACILITY, LINE 8, PAGE 5.

****** PRO SE PETITIONER IS ENTITLED TO, "ATTORNEY FEES" PURSUANT TO, 18 U.S.C.S. APPX. §§ 3006, 3006A(a),(1)(E)(I),(2)(B) -(3)(B)(b)(d)(1)(2),(4)(A)., "FEDERAL GENERAL APPENDIX"., 18 U.S.C.A. §§ 3006, 3006A.

[3]

IN ACCORDANCE WITH, THE, "U.S. FEDERAL CONSTITUTION" "EQUAL PROTECTION of LAW", PRO SE PETITIONER IS ENTITLE TO, ATTORNEY FEES, PURSUANT TO, 18 U.S.C.S. APPX. §§ 3006 A.-(a),(2)(B),(3)(d) "PAYMENT HOURLY RATE"., 18 U.S.C.A. §§ 3006 A

[P]ROCEEDINGS "DID" ACCURE IN BOTH COURTS, U.S. DISTRICT COURT, DELAWARE DISRICT, AND THE, U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, PHILADELPHIA, "GIVING A TOTAL OF, $7,000.00 "SEVEN THOUSAND DOLLARS" IN ATTORNEY FEES., ****** "LEGAL RESEARCH, ANALYSIS, BRIEF WRITTINGS, ENGINEERING REPORTS, AND PREPARATION OF PETITIONERS CASE, PURSUANT TO, 18 U.S.C.S. APPX. § 3006A (a),(2)(B) ALSO MANDATES SAID FEES FOR PETITIONER, 18 U.S.C.A. § 3006 A., [T]HE PROPER DUE PROCESS OF LAW ALSO GARUNTEED DUE PROCESS OF LAW AND EQUAL PROTECTION OF LAW PURSUANT TO,

U.S. CONST. AMENDS. 1,5,14TH., U.S.C.A. CONST. AMENDS. 1,5,14TH {14 §§ 1,5} NOT ENOUGH COURT APPOINTED ATTORNEY S TO REPRESENT EVERY FILING OF [A] WRIT OF HABEAS CORPUS REVIEW. PETITIONER WAS NEVER ISSUED, OR COURT ORDERED A LEGAL REPRESENTATIVE,

[4]

I, JOHN T. PICQUIN-GEORGE (a/k/a ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IN REGARDS TO, "ATTORNEY FEES" "MONEY DISBURSMENT" (COMMAND/ORDER) IT TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ON THIS, 1ST MONTH, 11TH DAY, 2006TH YEAR.

CC/FILE
DATED: 1/11/2006
J.T.P-G, a/k/a J.R.D, JR.

RESPECTFULLY SUBMITTED,
John T. Picquin-George a/k/a John R. Daley, Jr.
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
PRO SE
FED. REG. # 03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

[5]

CERTIFICATE OF SERVICE

I, JOHN T. PICQUIN-GEORGE (A/K/A ADOPTED) JOHN R. DALEY, JR., PRO SE PETITIONER HERE BY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 1ST MONTH, 11TH DAY, 2006TH YEAR., "DID" (MAIL/SERVE) THE ENCLOSED, MATTER IN REGARDS TO, "ATTORNEY FEES" (COMMAND/ORDER) OF, "MONEY DISBURSMENT TO PETITIONER" DALEY -V.- FEDERAL BUREAU OF PRISONS CA. No. 05-3887 (D.DEL. CIV. No. 05-CV-00215)

"DID" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, COURTS CLERK AND JUDGES CHAMBERS, [T]HE, PRO SE PETITIONER RECORD FOR EACH PARTY, WAS MAILED / BY HAND / BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Picquin-George a/k/a John R. Daley, Jr.
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
PRO SE
FED. REG. #03284-015
FCI SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

CC/FILE
DATED: 1/11/2006
J.T.P-G, a/k/a J.R.D,JR.

[6]

JOHN T. PICQUIN-GEORGE (ADOPTED) JOHN R. DALEY, JR.
#03284-015
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

LEGAL MAIL

TO: THE, U.S. DISTRICT COURT,
FOR THE, DISTRICT OF DELAWARE
Lock Box 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE. 19801

To: COURTS CLERK, PETER T. DALLEO AND
"JUDGES CHAMBER", JOSEPH J. FARNAN, JR. (JJF).