IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN R. DALEY, JR.,           :
                              :
        Petitioner,           :
                              :
v.                            :     Civil Action No. 05-215-JJF
                              :
FEDERAL BUREAU OF             :
PRISONS, et. al,              :
                              :
        Respondents.          :

**ORDER**

At Wilmington this 31 day of January, 2006;

IT IS HEREBY ORDERED that:

Pro se petitioner John R. Daley, Jr.'s Motion For Attorney's Fees is **DENIED**. (D.I. 17.) Generally, non-lawyer pro se litigants are not entitled to attorney's fees. See Kay v. Ehrler, 499 U.S. 432, 435 (1991)(holding that pro se litigant is not entitled to fees under Civil Rights Attorney' Fees Award Act, 42 U.S.C. 1988); Zucker v. Westinghouse Elec., 374 F.3d 221, 227 (3d Cir. 2004)(discussing the rule precluding attorney's fees for pro se plaintiffs). Further, the Hyde Amendment (18 U.S.C. § 3006A) does not authorize the Court to award attorney's fees to Petitioner because he is not a prevailing party in a criminal case and the position of the United States was not vexatious,

frivolous, or in bad faith.  <u>See</u> 18 U.S.C. 3006A (historical and statutory notes).

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE