To: THE, U.S. DISTRICT COURT,
   DISTRICT OF DELAWARE
   LOCK BOX 18
   U.S. COURTHOUSE
   WILMINGTON, DELAWARE 19801

To: COURTS CLERK, PETER T. DALLEO

RE: PRO. SE PETITIONER, "RELEASE DATE NOTIFICATION" FROM
   INCARCERATION IN THE (BOP) BUREAU OF PRISONS.
   DALEY-V- FEDERAL BUREAU OF PRISONS
   C.A. No. 05-3887
   D.DEL. CIV. No. 05-CV-00215
   "ATTORNEY FEES"

TRANSMIT TO: THE, U.S. COURT OF APPEALS,
            FOR THE THIRD CIRCUIT
            21400 UNITED STATES COURTHOUSE
            601 MARKET STREET
            PHILADELPHIA, PA. 19106-1790

To: COURTS CLERK: MARCIA M. WALDRON
   (TRANSMIT TO: -)

[NUMBER OF PAGES: 4]

To: U.S. DEPARTMENT, OF JUSTICE
    ATTORNEY GENERAL / SOLICITOR GENERAL / INSPECTOR GENERAL
    950 PENNSYLVANIA AVE., N.W.
    Room 2, WASHINGTON, DC. 20530-0001 (TRANSMITT You~ )

To: THE, U.S. ATTORNEY,
    COLM F. CONNOLLY Esq.
    ASSISTANT U.S. ATTORNEY
    BETH M. REASONS
    "OFFICE", 1007 ORANGE STREET
    SUITE 700
    WILMINGTON, DE. 1980?

FROM: John T. Progani-George, (a/k/a) (ADOPTED) John K. DALEY, JR.
    John T. GEORGE a/k/a John K. DALEY JR.
    PRO SE
    FED. REG. #03284-015   a/k/a #03284-015
    FCI SCHUYLKILL
    P.O. Box 759
    MINERSVILLE, PA. 17954-0759

DATE: 2/4/2006

[N]ow [H]ere [C]omes, Petitioner . Pea se In Regards
To, "RELEASE DATE NOTIFICATION", From INCARCERATION IN
THEE, (BOP) Federal Bureau of Prisons., THE "EXPIRATION
DATE, OF INCARCERATION", IS ON THE , (MONTH/DATE/YEAR) of,
2-16, 2006. UPON (MY, HIS) ARRIVAL TO, "FUTURE ADDRESS",
THE COURTS , AND ADMINISTRATIONS ENCLOSED WILL BE
NOTIFIED.

[T]He CIVIL Nos. ARE AS FOLLOWS,
    Docket  No. 05-3589
DALEY -V- FEDERAL BUREAU OF PRISONS. et al.
I.C. No. 05-CV-00215-(JJF).
    U.S. DISTRICT JUDGE, JOSEPH J. FARNAN

ENCLOSING, PETITIONER "PRISONS" IN THE "TRANSMITTION"
of THE ENCLOSURE TO THE U.S. CLERK AND U.S. ATTORNEY
OFFICE ALSO U.S. DEPARTMENT OF JUSTICE, WASHINGTON DC.
[P]URSUANT TO, FED.R.CIV.P. 4 (SUPP. 2005) "TRANSMITTION", 28 U.S.C.A.

[3]

I, JOHN T. PICQUIN-GEORGE (a/k/a ^(ADOPTED)) JOHN R. DALEY, JR., _Pro SE_
DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT
THE FOREGOING ENCLOSED MATTER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE AND RECOLLECTION ON THIS,
2ND MONTH. 4TH DAY, 2006TH YEAR.

CC/FILE
DATED : 2/4/2006
J.T. P-G, a/k/a J.R.D.JR.

RESPECTFULLY SUBMITTED,
John T. Picquin-George a/k/a John R. Daley, Jr.
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.

## CERTIFICATE OF SERVICE

I, JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR. _Pro SE_
HEREBY CERTIFY THAT ON THIS (DATE/DATE, YEAR) of, 2ND MONTH,
4TH DAY 2006TH YEAR. DID (MAIL/SERVE) THE ENCLOSED MATTER
IN REGARDS TO: "RELEASE DATE NOTIFICATION" FROM INCARCERATION
TO THE (BOP), "EXPIRATION DATE OF INCARCERATION" (I.E. M.R.)
TO THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, LOCK BOX 18,
U.S. COURTHOUSE, WILMINGTON, DELAWARE 19801., COURT CLERK;
PETER T. DALLEO, AND TO A, "TRANSMITTED" TO OTHER COURTS
AND ADMINISTRATIONS. _Pro SE_ (PETITIONER/PRISONERS) RECORD FOR EACH
PARTY, WAS MAILED/BY HAND BY REGULAR MAIL.

CC/FILE
DATED : 2/4/2006
J.T. P-G, a/k/a J.R.D.JR.

RESPECTFULLY SUBMITTED,
John T. Picquin-George a/k/a John R. Daley, Jr.
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
_Pro SE_
Fed. Res. #03284-013
P.O. Box 759
MINERSVILLE PA. 17954-0759

[4]

JoHN T. PICQUIN GEORGE (ADOPTED) JOHN R. DALEY, JR.
# 03284 -015

FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

U.S.M.S.
X-RAY

TO THE, U.S. DISTRICT COURT

DISTRICT OF DELAWARE

LOCK BOX 18

U.S. COURTHOUSE

WILMINGTON, DELAWARE 19801

To: COURTS CLERK, PETER T. DALLEO

15939+00i8 8001