To: THE, U.S. DISTRICT COURT,
    FOR THE DISTRICT OF DELAWARE
    LOCK BOX 18
    U.S. COURTHOUSE
    WILMINGTON, DELAWARE 19801

To: COURTS CLERK, PETER T. DALLEO

RE:" THE , OBJECTION, REPLY, RESPONSE", BY PRO SE PETITIONER , TO
    U.S. ATTORNEY AND ASSISTANT U.S. ATTORNEY'S MEMORANDUM IN
    OPPOSITION TO PETITIONER'S MOTION FOR ATTORNEY'S FEES.
    CIVIL ACTION No. 1:05-CV-00215-JJF
        JOHN R. INLEY, JR.
            PETITIONER,
        V.
    FEDERAL BUREAU OF PRISONS,
        RESPONDANT.



FILED

FEB 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRANSMIT? TO: U.S. ATTORNEY, COLM F. CONNOLLY ALSO.
            ASST. U.S. ATTORNEY, SETH M. BEAUSANG (I.D. No. 4071)
            ATTORNEY FOR THE UNITED STATES
            THE NEMOURS BUILDING
            1007 ORANGE STREET, SUITE 700
            P.O. BOX 2046
            WILMINGTON, DE. 19899-2046

DATE: 2/8/2006

[NUMBER OF PAGES: 5]

[1]

TRANSMITT TO: THE, U.S. COURT OF APPEALS,
         FOR THE THIRD CIRCUIT
         21400 U.S. COURTHOUSE
           601 MARKET STREET
         PHILADELPHIA, 19106-1790

COURTS CLERK: MARCIA M. WALDRON

TRANSMITT TO: THE, U.S. DEPARTMENT OF JUSTICE,
         EXECUTIVE DEPT./ATTORNEY GENERAL/SOLICITOR GENERAL/-
         AND INSPECTOR GENERAL
         950 PENNSYLVANIA AVENUE, N.W.
         ROOM S., WASHINGTON, DC. 20530-0001

TRANSMITT TO: U.S. DEPARTMENT OF JUSTICE,
         CIVIL DIVISION, TORTS BRANCH
         POST OFFICE BOX 888
         BENJAMIN FRANKLIN STATION
         WASHINGTON, DC. 20044

DIRECTOR, PHYLLIS J. PYLES

FROM: JOHN T. PICQUIN-GEORGE, (a/k/a ADOPTED) JOHN R. DALEY, JR.
       PRO SE
       FED. REG. #03284-015  a/k/a  # 02384-015
       FCI SCHUYLKILL
       P.O. Box 759
       MINERSVILLE, PA. 17954-0759

[ 2 ]

[N]ow [H]ERE [C]omes, <u>PRO SE</u> PETITIONER, AND RESPECTFULLY SUBMITTS, TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, "<u>ALSO</u>" <u>TO BE</u>, "<u>TRANSMITTED</u>" TO THEE, ENCLOSED ADDRESSED (ADMINISTRATIONS / DEPARTMENTS)

[T]HE REPLY RESPONSE BY, <u>PRO SE</u> PETITIONER, IN REGARDS TO, THEE U.S. ATTORNEY AND ASST. U.S. ATTORNEY MEMORANDUM IN "<u>OPPOSITION</u>" TO PETITIONER'S MOTION FOR ATTORNEY'S FEES. CIVIL ACTION No. 1: 05-CV-00215-JJF

[B]ECAUSE PETITIONER'S "<u>MOTION</u> <u>AND</u> <u>MEMORANDUM OF LAW</u>" WERE, "<u>STATUTORY</u> <u>PROVISIONLLY</u> <u>FILED</u>", "<u>STATUTORY</u> <u>FORMULAS</u>", ALSO IN ACCORDANCE WITH THEE, "<u>CONSTITUTIONALITY</u> <u>APPLIED</u>" IN PETITIONER'S MOTION AND MEMORANDUM OF LAW, WHICH "<u>MANDATES</u>" ATTORNEY'S FEE TO [A] <u>PRO SE</u> PETITIONER, U.S. FEDERAL CONSTI- ITUTION, ALSO "<u>MANDATES</u>" [E]QUAL [P]ROTECTION [O]F [L]AW, [D]UE [P]ROCESS [O]F [L]AW,

[G]ARUNTEED [D]UE [P]ROCESS [O]F [L]AW "AND" [J]UST [C]OMPENSATION, TO [A] <u>PRO SE</u> PETITIONER, U.S. Const. AMENDTS. 1, 5, 14TH., U.S. FEDERAL Const. AMENDTS. 1, 5, 14TH, U.S.C.A. Const. AMENDS. 1, 5, 14TH., U.S. Const. ART<u>S</u>.., PROVIDES FOR PETITIONERS "<u>OBJECTION</u>" TO THE, U.S. ATTORNEY, ASST. U.S. ATTORNEYS, MEMORANDUM IN OPPOSITION TO PETIONER'S MOTION FOR ATTORNEY'S FEES. ENCLOSING, SAID <u>PRO SE</u> PETITIONER PRAYS FOR THE "<u>GRANTING</u>" OF PETITIONERS MOTION FOR ATTORNEY'S FEES.

[3]

ENCLOSING, SAID <u>PRO</u> <u>SE</u> PETITIONER PRAYS FOR THE
"<u>GRANTING</u>" OF PETITIONERS MOTION FOR ATTORNEY'S FEES.

I, JOHN T. PICQUIN-GEORGE (a/k/a ADOPTED) JOHN R. DALEY, JR.,
DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY
THAT THE FOREGOING ENCLOSED, IT IS TRUE AND CORRECT
To THE BEST OF MY KNOWLEDGE AND RECOLLECTION ON
THIS, 2<u>ND</u> MONTH, 8<u>TH</u> DAY, <u>2006TH</u> YEAR.

RESPECTFULLY   SUBMITTED,

<u>John T. Picquin-George   a/k/a John R. Daley, Jr.</u>
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.

<u>PRO</u> <u>SE</u>

FED. REG. #03384-015   a/k/a #02384-015

FCI SCHUYLKILL

P.O. BOX 759

MINERSVILLE, PA. 17954 - 0759

CC/FILE
DATED: 2/8/2006
J.T.P-G, a/k/a J.R.D,JR.

[4]

CERTIFICATE   OF   SERVICE

I, JOHN T. PICQUIN-GEORGE (a/k/a ADOPTED) JOHN R. DALEY, JR..., PRO SE
PETITIONER HERE BY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR)
OF, 2ND MONTH, 8TH DAY, 2006TH YEARS, "DIO" (MAIL/SERVE) THE
ENCLOSED MATTER IN REGARDS TO, "THE OBJECTION, REPLY,
RESPONSE", BY PRO SE PETITIONER, TO U.S. ATTORNEY AND
ASSISTANT U.S. ATTORNEY, MEMORANDUM IN OPPOSITION TO
PETITIONERS MOTION FOR ATTORNEY'S FEE.
CIV. ACT. No. 1:05-CV-00215-JJF.

        JOHN R. DALEY, JR.
          (PETITIONER)

     V.

     FED. BUR. OF PRISONS.
        (RESPONDANT.)

"DIO" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT
OF DELAWARE, COURTS CLERK, PETER T. DALLEO AND TO BE "TRANSMITTED"
TO THE, "PROPER ADMINISTRATIONS AND DEPARTMENTS" FOR PROCESSING.
THE, PRO SE PETITIONER RECORD FOR EACH PARTY, WAS MAILED/BY
HAND/BY REGULAR MAIL.

                    RESPECTFULLY   SUBMITTED,
                    John T. Picquin-George a/k/a John R. Daley, Jr.
                    JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
cc/FILE
DATED: 2/8/2006        PRO SE
J.T.P-G, a/k/a J.R.D,JR.   FED. REG. #03284-015   a/k/a #02384-015
                    FCI SCHUYLKILL
                    P.O. BOX 759
            [5]     MINERSVILLE, PA. 17954-0759.

JOHN T. PICQUET-GEORGE (ADOPTED) JOHN R. DALEY, JR.
#03200-015

FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

U.S. MAIL
X-RAY

TO THE U.S. DISTRICT COURT,
DISTRICT OF DELAWARE
LOCK BOX 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

To: COURT CLERK, PETER T. DALLEO