To: THE, U.S. DISTRICT COURT,
FOR DISTRICT OF DELAWARE
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801

DATE: 2/20/2006

To: COURTS CLERK, PETER T. DALLEO



RE: "APPEAL FROM A JUDGMENT OR ORDER OF A DISTRICT COURT", (ATTORNEY FEES, CONSTITUTIONALITY) "[A]PPEAL AS OF RIGHT", PURSUANT TO, FED. R. APP. PROC. RULE. 3(a)(1), 5(a), (3)(b)(1)(A)-(E)(i)(ii)., 28 U.S.C.A. §§ 1291, 1295(a)(2), 2253(a)(2)(3), FED. R. APP. RULE. 22(b)(1)

TITLE: 18 U.S.C.A. AND 5 U.S.C.A., "INTEREST IN JUSTICE" (PETITIONER-APPELLANT), "MOTIONS" TO APPEAL IN, "FORMA PAUPERIS ACT", 28 U.S.C.A. §§ 753(b)(f), 1917

DALEY -V- FEDERAL BUREAU OF PRISONS
D. DEL. CIV. No. 05-CV-00215
C.A. No. 05-3387

[NUMBER OF PAGES: 6]

[1]

TRANSMITTED To: THE, U.S. DEPARTMENT OF JUSTICE,
EXECUTIVE DEPT./ATTORNEY GENERAL/SOLICITOR GENERAL/-
AND INSPECTOR GENERAL
950 PENNSYLVANIA AVENUE, N.W.
ROOM S., WASHINGTON, DC. 20530-0001

TRANSMITTED To: THE, U.S. COURT OF APPEALS,
FOR THE THIRD CIRCUIT
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, 19106-1790

To: COURTS CLERK: MARCIA M. WALDRON

TRANSMITTED To: THE, U.S. ATTORNEY,
COLM F. CONNOLLY AND
ASSISTANT U.S. ATTORNEY,
SETH M. BEASANG
"OFFICE"., 1007 ORANGE STREET
SUITE 700
WILMINGTON, DE. 19899

[2]

FROM: John T. Picquin-George, (a/k/a) (ADOPTED) John R. Daley, Jr.
PRO SE
18 Hinsdale Lane
Willingboro, NJ 08046

DATE: 2/20/2006

[N]ow [H]ere [C]omes, (Petitioner-Appellant) "WITH MOTION" SUBMITTED, IN REGARDS TO, "APPEAL FROM A JUDGMENT OR ORDER OF A DISTRICT COURT". (ATTORNEY FEES, CONSTITUTIONALITY APPLIED)

"[A]PPEAL AS OF RIGHT", PURSUANT TO, FED. R. APP. PROC. RULE. 3(a)(1), 5(a), (3)(b)(1)(A)-(E)(i)(ii)., 28 U.S.C.A. §§ 1291, 1295(a)(2), 2253(a)(2)(3), FED. R. APP. RULE. 22(b)(1).
TITLE: 18 U.S.C.A. AND 5 U.S.C.A., INTEREST IN JUSTICE" (PETITIONER-APPELLANT), "MOTIONS" TO APPEAL IN, "FORMA PAUPERIS ACT" 28 U.S.C.A. §§ 1917.-, BECAUSE OF APPELLANTS PREVIOUS RELEASE FROM INCARCERATION.

(PETITIONER-APPELLANT) ALSO "MOTIONS", TO THE COURTS CLERK, FOR THEE, "FORWARDING THE RECORD" IN ACCORDANCE WITH, FED. R. APP. PROC. RULE. 11(a), (b)(1)(A)-(D), (2); (g).

[3]

\*\*\*\*\*\*\* [B]ECAUSE PETITIONER-APPELLANT, "MOTION AND MEMORANDUM OF LAW", IN REGARDS TO, "ATTORNEY FEE", WERE, "STATUTORY PROVISIONLLY FILED", "STATUTORY FORMULAS" ALSO IN ACCORDANCE WITH THEE, "CONSTITUTIONALITY APPLIED" IN PETITIONER'S MOTION AND MEMORANDUM OF LAW, WHICH "MANDATES" ATTORNEY'S FEE TO [A] PRO SE PETITIONER, U.S. FEDERAL CONSTITUTION, ALSO "MANDATES" [E]QUAL [P]ROTECTION [O]F [L]AW, [D]UE [P]ROCESS [O]F [L]AW, [G]ARUNTEED [D]UE [P]ROCESS [O]F [L]AW "AND" [J]UST [C]OMPENSATION, TO [A] PRO SE PETITIONER, U.S. CONST. AMENDTS. 1, 5, 14TH,

U.S. FEDERAL CONST. AMENDTS. 1, 5, 14TH.,
U.S.C.A. CONST. AMENDS. 1, 5, 14TH., U.S. CONST. ARTS.,
PROVIDES FOR PETITIONERS "OBJECTION" TO THE,
U.S. ATTORNEY, ASST. U.S. ATTORNEYS, MEMORANDUM IN OPPOSITION TO PETITIONER'S MOTION FOR ATTORNEY'S FEES, AND ALSO THEE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, "ORDER" AT WILMINGTON, ON JANUARY 31, 2006., CIVIL ACTION NO. 05-215-JJF, U.S. DISTRICT JUDGE. JOSEPH J. FAIRNAN (JJF).

[4]

I, JOHN T. PICQUIN-GEORGE (a/k/a ADOPTED) JOHN R. DALEY, JR. DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IT TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION ON THIS, 2ND MONTH, 20TH DAY, 2006TH YEAR.

RESPECTFULLY SUBMITTED,

*John T. Picquin-George a/k/a John R. Daley, Jr.*

JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.

PRO SE

18 HINSDALE LANE
WILLINGBORO, NJ 08046

cc/FILE
DATED: 2/20/2005
J.T.P-G, a/k/a J.R.D,JR.

[5]

CERTIFICATE OF SERVICE

I, JOHN T. PICQUIN-GEORGE (A/K/A ADOPTED) JOHN R. DALEY, JR., PRO SE PETITIONER-APPELLANT HERE BY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 2ND. MONTH, 20TH DAY, 2006TH YEAR, "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, ("APPEAL FROM A JUDGMENT OR ORDER OF A DISTRICT COURT"), "[A]PPEAL AS OF RIGHT"

"PETITIONER-APPELLANT MOTION FOR ATTORNEY'S FEE"
D. DEL. CIV. ACT. NO. 1:05-CV-00215-JJF
    CA. No. 05-3387
DALEY -V- FEDERAL BUREAU OF PRISONS

"DID" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE, COURTS CLERK, PETER T. DALLEO AND TO BE "TRANSMITTED" TO THE, "PROPER ADMINISTRATIONS AND DEPARTMENTS" FOR PROCESSING. THE, PRO SE PETITIONER-APPELLANT RECORD FOR EACH PARTY, WAS MAILED /BY HAND/ BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

*John T. Picquin-George a/k/a John R. Daley, Jr.*
JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
PRO SE
18 HINSDALE LANE
WILLINGBORO, NJ 08046

CC/FILE
DATED: 2/20/2006
J.T.P-G, a/k/a J.R.D, JR.

[6]



LEGAL MAIL
TRENTON NJ 085
21 FEB 2006 PM 4

FROM: JOHN T. PICQUIN-GEORGE
A/K/A JOHN R. DALEY, JR.
18 HINSDALE LANE
WILLINGBORO, NJ. 08046

TO: THE U.S. DISTRICT COURT,
FOR DISTRICT OF DELAWARE
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801

TO: COURTS CLERK, PETER T. DALLER
19801+3519

888B