FPS-212                                                                                    DATE: March 10, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-1737

Daley v. Fed Bur Prisons

To:     Clerk

1)     Motion by Appellant for leave to appeal in forma pauperis

_____
        The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).


For the Court,


/s/Marcia M. Waldron
Clerk

Dated:  March 13, 2006
CMH/cc:  JRD, USAW



A True Copy:

Marcia M. Waldron, Clerk