APS-301

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 06-1737
_____

JOHN R. DALEY, JR.

v.

FEDERAL BUREAU OF PRISONS

John T. Picquin-George a/k/a John R. Daley, Jr.,

Appellant
_____

On Appeal From the United States District Court
For the District of Delaware
(D.C. No. 05-215)
District Judge: Honorable Joseph J. Farnan, Jr.
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
August 10, 2006

Before: SLOVITER, McKEE and FISHER, CIRCUIT JUDGES

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(b) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court entered February 1, 2006, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron, Clerk

DATED: August 25, 2006

**Certified as a true copy and issued in lieu of a formal mandate on 10/16/06**

Testee: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**