OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4952 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

October 16, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


RE: Docket No. 06-1737
    Daley  vs. Fed Bur Prisons
    D.C. No. 05-cv-00215


Dear Mr. Dalleo:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.




                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Carmen M. Hernandez
                              Case Manager


Enclosure

cc:
        Mr. John R. Daley, Jr. a/k/a John T. Picquin-George
        Seth M. Beausang, Esq.