To: THE, U.S. DISTRICT COURT                    DATE: 4/27/2008
    FOR THE DISTRICT OF DELAWARE
    U.S. COURTHOUSE
    LOCKBOX 18
    844 KING STREET
    WILMINGTON, DELAWARE 19801

                                    05-215 (JJF)

To: COURTS CLERK, PETER T. DALLEO
    AND JUDGES CHAMBERS

RE: REINSTATEMENT OF CIVIL ACTION No. D.C. No. 05-215,
    No. 05-3887, No. 06-1737, ALSO RELIEF FROM JUDGMENT,
    MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE
    THE ACTION TO DOCKET, "ATTORNEY FEES", COSTS


    JOHN R. DALEY, JR.
            (PETITIONER)

    V.

    FEDERAL BUREAU OF PRISONS
            (RESPONDENT)



    JOHN T. PICQUIN-GEORGE  a/k/a  JOHN R. DALEY, JR.
            (APPELLANT)



                        [NUMBER OF PAGES: 81]

TRANSMITT TO: ATTORNEY GENERAL
               U.S. DEPARTMENT OF JUSTICE
               950 PENNSYLVANIA AVENUE, N.W.
               WASHINGTON, DC. 20530

TRANSMITT TO: OFFICE OF THE INSPECTOR GENERAL
               U.S. DEPARTMENT OF JUSTICE
               INVESTIGATIONS DIVISION, ROOM: 4706
               950 PENNSYLVANIA AVENUE, N.W.
               WASHINGTON, DC. 20530

TRANSMITT TO: UNITED STATES ATTORNEY'S OFFICE
               JUDICIARY CENTER BUILDING
               555 FOURTH STREET, N.W.
               WASHINGTON DC. 20530

TRANSMITT TO: UNITED STATES ATTORNEY
               COLM F. CONNOLLY AND
               SETH M. BEAUSANG (DE I.D. No. 4071)
               1007 N. ORANGE STREET, SUITE. 700
               P.O. BOX 2046
               WILMINGTON, DE 19899 - 2046

TRANSMITT TO: DEPARTMENT OF THE TREASURY
               1500 PENNSYLVANIA AVE., SUITE. 3000
               N.W., WASHINGTON DC. 20220

      TO: GENERAL COUNSEL: ROBERT HOYT

[2]

TRANSMITT To: OFFICE OF THE COMPTROLLER OF CURRENCY.
                    250 E. St. S.W.
                    WASHINGTON, D.C. 20219

TRANSMITT To: OFFICE OF THE EXECUTIVE DIRECTOR
              CHARLES H. SCHNEIDER, ROOM: 426
              DUPUTY EXECUTIVE DIRECTOR
              SONNA L. STAPONE, ROOM: 418
              600 PENNSYLVANIA AVENUE, N.W.,
              WASHINGTON, DC. 20580.

TRANSMITT To: FEDERAL BUREAU OF INVESTIGATION
              U.S. DEPARTMENT OF JUSTICE
              J. EDGAR HOOVER BUILDING,
              935 PENNSYLVANIA AVENUE,
              ROOM: 7176, "PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE"
              WASHINGTON, DC. 20535-0001

TRANSMITT To: OFFICE OF GOVERNMENT ETHICS
              1201 NEW YORK AVE.
              SUITE. 500, N.W.
              WASHINGTON, DC. 20005-3917

TRANSMITT To: COPORATE FRAUD TASK FORCE
              950 PENNSYLVANIA AVENUE,
              ROOM: 2107, N.W
              WASHINGTON, DC. 20530

TRANSMITT TO: DEPARTMENT OF JUSTICE
　　　　　　ANTITRUST DIVISION
　　　　　　ASSISTANT ATTORNEY GENERAL: THOMAS O. BARNETT

"CIVIL DIVISION"
950 PENNSYLVANIA AVE.
ROOM: 3141, N.W
WASHINGTON, DC. 20530

"CIVIL RIGHTS DIVISION"
950 PENNSYLVANIA AVE.　　　　"SECURE ENFORCEMENT OF
ROOM: 3623, N.W.　　　　　　 FEDERAL CIVIL RIGHTS"
WASHINGTON, DC. 20530

TRANSMITT TO: U.S. COURT OF FEDERAL CLAIMS
　　　　　　717 MADISON PLACE.
　　　　　　N.W., WASHINGTON DC. 20005

FROM: JOHN T. PICKERING-GEORGE
　　　(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
　　　PRO SE
　　　2726 DECATUR AVE. APT. #3
　　　BRONX N.Y. 10458

[4]

[N]ow HERE COMES, <u>PRO SE</u>
(PETITIONER-APPELLANT) " <u>WITH MOTION</u>", TO THEE
U.S. DISTRICT COURT, DISTRICT OF DELAWARE,
U.S. COURTHOUSE, LOCKBOX 18, 844 KING STREET,
WILMINGTON, DELAWARE. 19801 ., IN REGARDS
TO THEE,

"<u>REINSTATEMENT</u>", <u>RE-OPENING</u>, <u>RELIEF FROM JUDGMENT</u>,"
MOTION TO VACATE THE PREVIOUS JUDGMENT
AND RESTORE THE ACTION TO DOCKET, FOR,
"<u>ATTORNEY FEES</u>", <u>COSTS</u>, "<u>MISCELLANEOUS COSTS</u>"
IN, CIVIL ACTION No. <u>D.C. No.05-215</u> ., No. <u>05-3887</u> ., No. <u>06-1737</u>

# TABLE OF CONTENTS

PAGE-NUMBERS

I. INTRODUCTION . . . . . . . . . . . . . (5)

II. FACTS . . . . . . . . . . . . . . . (6)

III. TABLE OF FEDERAL CASES . . . . . . .. (1-7N)

IV. TABLE OF AUTHORITIES . . . . . . . . . (8-11)

A. THE MEMORANDUM OF LAWS AND RULES . . . .(12-39)

1. JUDICIAL RELIEF AGAINST ADMINISTRATIVE ACTION..(12-13)

2. RE-OPEN, CASE INSUFFICIENCY OF VERDICT OR FINDINGS..(14-14)

3. ACTION, CONSTITUTIONAL LAW . . . . . . . . . . (14-15)

4. MOTION TO VACATE . . . . . . . . . . . . (15-16)

5. COURSE AND CONDUCT OF TRIAL OR "PROCEEDINGS"..(16-16)

6. JUDGMENT AND EXECUTION . . . . . . . . . . (17-17)

7. EQUITABLE RELIEF IN ACTION AT LAW . . . . (17-19)

8. PLENARY CONSIDERATION, WRIT OF ERROR, BILL OF EXCEPTION(19-20)

9. [A] FULL HEARING PROCEEDING . . . . . . . . . (21-22)

10. STENO GRAPHIC REPORT OF THE ORAL OPINION..(22-24)

11. ERROR IN PROCEEDINGS . . . . . . . . . (24-24)

12. UNFAIR HEARING . . . . . . . . . . . (24-29)

13. CERTIFICATE OF IMPORTANCE . . . . . . (29-30)

14. GENERAL VERDICT, VERDICT AND FINDINGS . . . (30-30)

15. FRAUD OR ACCIDENT . . . . . . . . . (31-31)

16. ADDITIONAL FINDINGS . . . . . . . . (31-32)

17. DEFECTS AND OBJECTIONS . . . . . . (32-33)

18. JUDGMENT, IN GENERAL & BILL OF REVIEW . . (33-33)

19. CONSOLIDATION AND MERGER . . . . . . (34-34)

B. THE CLOSING ARGUMENT . . . . . . . . .(35-39)

# TABLE OF FEDERAL CASES

PAGE-NUMBER

AETNA INS. Co. -V-KENNDY TO USE OF BOGASH:US.R:
301 U.S. 389-396, 389-390 "FACTS", 390-396, 393-394, 395, 396 .. (30)

AMERICAN BOSCH MAGNETO CORP. -V- UNITED STATES: Ct. Cl.:
6 F. SUPP. 455-462 . . . . . . . . . . (14)

APPROPRIATIONS CLAUSE:
110 LEd 2d 773-784, 774 "INDEX", CONCLUSION: 783-784 .. (20)

ASHTON -V- KENTUCKY:
16 LEd 2d 1231-1245, 1231 "INDEX", 1232-1242 . . . . (37)

BANK OF COLUMBIA-V-OKELY:
17 U.S. 235-246, 235-240 "FACTS", 240-246 . . . . (17)(28)

BANKERS LIFE AND GAS CO. -V- CRENSHAW:
108 S.Ct 1645, 1649-1654 . . . . . . . . . (26)(28)

BARIRO -V- UNITED STATES:
96 U.S. 430-432, 430-431 "FACTS", 431-432 . . . . (14)

BAXSTROM -V-HEROLD:
86 S.Ct 760, 762, 763 , CONCLUSION: 764-765 . . . . (26)(37)

BAYARD -V- LOMBARD: U.S. Pa.:
50 U.S. 530-552, 530-548 "FACTS-ARGT", 548-552 . . . . (19)

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

BIRD-V-ARIZONA : 27 LEd 2d 953-970, 953-954 "INdex" ...(37)

BLACK-V-WISTAR : Pa .1863 : 4 U.S. 267-271  . . . . . .(17)

BRIGGS-V-WALKER :
171 U.S. 466-474 ,  CONCLUSION : 472-474 . . . . . (37)

BROCKETT-V-BROCKETT : U.S. DIST. COL. 1844 :
43 U.S. 238-241, 238-240"FACTS", 240-241 . . . . . .(15)

BURKE-V-MORPHY : C.C.A. V+ :
109 F.2d 572-576, 572, 574 . . . . . . . . .(15)

CARTER-V-CARTER  COAL  CO. : 80 LEd 1160 . . . .(28)

CATE-V-GOOD  BROS : C.A. Pa. 1950 : 181 F.2d 146-150 . . ..(30)

CHURCH-V-HUBBART : 6 U.S. 187-239"FACTS", 232-239 . . .(29)

CLARK-V-CALIFORNIA :
78 LEd 2d 780-899, 783-786"INDEX" §§ 5, 10, 35 . . .(21)

COMMISSIONER -V- MUNTER :
331 U.S. 210-211 "INDEX", 211-217 , CONCLUSION : 217 . . .(54)

COMMISSIONER OF INTERNAL REVENUE-V-BEDFORD :
89 LEd 1611 -1618, 1615 -1616 . . . . . . . .(30)(33)

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

CONN-V-PENN : U.S. Pa : 18 U.S. 424 -427 . . . . .(22)(29)

COOK-V-MOFFIT + CURTIS : 12 LEd 159 . . . , (28)

CRAIG-V-BUREN :
50 LEd 2d 902-912, 903 INDEX ?? 3-8, 36 . . ,(37)

CROWN COAT FRONT CO.-V-UNITED STATES :
386 U.S. 503-522 . . . . . . . . . (14)

DE GROOT - V-UNITED STATES :
18 LEd 700-704, 702-704 . . . . . . . (36)

DEWAR-V-BROOKS, DC.NEU. :
16 F. SUPP. 636-644, 636, 638-642 . . . . .(15)

DOUGLAS-V-REYNOLDS, BYRNE + Co. : U.S. Miss :
32 U.S. 113-129, 113-117 "FACTS-ARGT", 117-129 . . .(22)

ENDICOTT-JOHNSON CORPORATION -V-ENCYLOPEDIA PRESS :
266 US. 285, 285 "INDEX", 288-290 . . . . . .(24)

FARETTA-V-CALIFORNIA : 95 SCt 2525, 2541 #13, 14(1975) ...(26)

FARMER-V-ARABIAN AM. OIL.Co.: N.Y. (1964) :
85 S.Ct. 411, 413-419 . . . . . . . .(26)

[7-C]

TABLE    OF    FEDERAL    CASES

PAGE-NUMBER

FAW -V- ROBERDEAU'S    EX'R : U.S. DIST. COL. :
7 U.S. 174 - 178, 174 - 178  .  .  .  .  .  .  . (22)

FISHGOLD -V- SULLIVAN   DRYDOCK + REPAIR   CORP. : U.S. N.Y. 1946:
90 L Ed 1230—1243, 1230 -1236 "FACTS-ARGT", 1236-1243  .-.(36)

FUENTES -V- SHEVIN : U.S. Pa. 1972 :
32 L Ed 2d 556—580, 556-564 "FACTS-SYLLABUS", 564-580 .. (21)

GARLAND -V- DAVIS : U.S - DIST. Col. 1846:
45 U.S. 131-155, 131-143 "FACTS", 143-155  .  .  .  . .(18)(30)

GARRETT -V- MOORE - MC CORMACK   Co. : U.S. Pa. 1943:
317 U.S. 239 - 249, 239-240 "FACTS", 243-245, 249  .  . .(18)

GOTZ -V- UNIVERSAL   PRODUCTS  Co. : D.C. Del. 1943:
3 F.R.D. 153-156, 153 -154 "FACTS", 154 -156  .  .  .  . .(23)(35)

GRANADA   TEL. INTERN, Ltd.-V- LORINDY  PICT. INTERNl INC:
- D.C. N.Y. : 606 F. SUPP. 68, 72  .  .  .  .  .  .  . .(16)

GREGG   BY CRAIG -V- SAYRES   LESSEE : U.S. Pa. :
33 U.S. 244 -255, 244-245 "FACTS", 245-255  .  . .(29)

GRIER   BROS  Co. -V- BALDWIN : C.C.A. 3. 1920 :
265 F. 481 -488  .  .  .  .  .  .  .  .  , .(18)

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

HARRIS-V-NELSON:(1969): 89 S.Ct. 1082-1091 . . . .(27)

HARTFORD-EMPIRE Co.-V- HAZEL-ATLAS GLASS Co.:
C.C.A. Pa.1942: 125 F.2d 976 . . . . . . . .(29)

HARTFORD-EMPIRE Co.-V- SHAW: 163 F.2d 474 . . .(12)

HARVEY-V-UNITED STATES: 105 U.S. 671-691 . . .(22)

HAZEL-ATLAS Co.-V-HARTFORD-EMPIRE Co.:U.S.Pa.1944:
322 U.S. 238-251, 238-239 "FACTS", 239-251
REVERSING 137 F2d 764 . . . . . . . .(31)(33)

HELVERING-V-CARTER:(U.S.1936): 17 AFTR 1344 . .(28)

HICKMAN-V-TAYLOR : C.C.A.Pa.1946:
329 U.S. 495-514, 495-497 "FACTS", 497-515 . . . . .(23)

HILL-V-HAWES : 132 F.2d 569 , 76 U.S. APP. DC. 308
REVERSED, 320 U.S. 520-524, 520 "FACTS", 520-524 . . .(32)

HOFFMAN-La ROCHE, INC.-V- KLEINDIENST: C.A.3.1973:
478 F.2d 1-28, 22-24 . . . . . . . . .(21)

HUBBARD-V- TOD :
174 U.S. 474-494, 474 "FACTS", CONCLUSION: 493-494 ...(37)

[7-E]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

IN re AUGHENBAUGH ᷃ c.c.A.Pa᷃ <u>125 F.2d 887,890</u> . . .(22)

IN re A. MAGGIOLI CO. ᷃
<u>3 F.R.D. 83-86</u>, 83 "FACTS", <u>83-86</u> . . . . . . . .(36)

IN re BOWEN ᷃ CCA. Pa. 1945 ᷃ <u>151 F.2d 690-694</u> . . .(31)

JENKINS-V-McKEITHEN ᷃
<u>23 LEd 2d 404-423</u>, 404-412 "FACTS", <u>412-423</u> . . .(34)

JOHN SIMMONS CO.-V-GRIER BROS. CO. ᷃ U.S.Pa ᷃
<u>66 LEd 475-480</u>, 475-478 "FACTS-ARGT", <u>475-480</u> . . .(18)

KAHN-V-CENTRAL SMELTING CO. ᷃ U.S. UTAH ᷃
<u>102 U.S. 641-647</u>, 641 "FACTS", <u>642-647</u> . . . . .(31)

KING-V-UNITED STATES ᷃ <u>99 U.S. 229-234</u> . . . .(20)

KIRK-V-UNITED STATES ᷃ U.S. Ct. Cl. 1896 ᷃
<u>163 U.S. 49-56</u>, 49-53 "FACTS", <u>53-59</u>, <u>54</u> . . . .(15)

KHOLYAVSKIY-V-SCHLECHT ᷃ (E.D. WIS. 2007) ᷃
<u>479 F. Supp. 2d 897-910</u>, 897-898 "FACTS", <u>898-909</u>, <u>909-910</u> .(12)(15)(37)

KOWALSKI-V-TESMER ᷃ (2004) ᷃
<u>125 S.Ct 564-570</u> . . . . . . . . ..(26)

[7-F]

TABLE  OF  FEDERAL  CASES

PAGE-NUMBER

LAND-V- DOLLAR: U.S. Dist. Col. 1947:
91 LEd 1209-1218, 1209-1213 "FACTS-ARGT", 1213-1218, CON:1218,.(18)

LAW-V- NATIONAL  SCREEN  SERVICE :
349 U.S. 322-330, 327-328, CONCLUSION: 330 . . . .(15)

LEES-V- UNITED  STATES: U.S. Pg. :
150 U.S. 476-483, 476-477 "FACTS", 477-483 . . . . .(19)

LEVIT-V- FILMWAYS, INC. D.DEL. 1985:
620 F.SUPP. 421-428, 427-428 . . . . . . .(18)

LICENSING-ATTORNEY  FREE  SPEECH:
27 LEd 2d 953, 961-968, 970 . . . . . . .(26)

LOVELL-V-CITY  OF  GRIFFIN, SUPRA. 303 U.S. at 450,
58 S.Ct. AT 668 + CASES  CITED 669 . . . . .(38)

LOVETT-V-CARROLL (D. DEL. JUNE. 27, 2002):
2002 WL 1461730, AT #2 . . . . . . . . .(21)

LOWRANCE-V-MACKER: 966 F.2d 1153-1158 . . . .(34)

MALLARD-V-U.S. DIST. COURT FOR SOUTHERN DISTRICT:
109 S.Ct. 1814-1823 . . . . . . . . .(27)

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

MARSCHNER-V-DEPARTMENT OF STATE, etc.:
470 F SUPP 196-201 . . . . . . . . . (32)(37)

McFADDEN-V-PARKER: Pa. 1803: 4 U.S. 275-278 ... ..(17)

McGOWAN-V-PARISH: U.S. DIST. Col.:
59 LEd 955-965, 955-959 "FACTS-ARGT", 959-965 . . (36)

MEAD-V-PARKER: 464 F2d 1108-1112 (1972) AT 1110-1113 ..(12)(15)(37)

MICHEL-V-MEIER: D.C.Pa. 1949:
8 F.R.D. 464-477, CONCLUSION: 477 , . . . . .(33)

MILLER ET.AL., EXECUTORS-V-MILWAUKEE:
272 U.S. 713-718 . . . . . . . . . .(34)

MONSANTO CO.-V-SPRAY-RITE SERVICE CORP.:
79 LEd 2d 775-788, 775-780 "SUMMARY, SYLL.", 780-788..(28)

NADLER-V- I.N.S.:(D.D.C.1984): 737 F. SUPP. 658-662 . .(32)(37)

NASH-V-RAUN: 67 F. SUPP. 212-218, 214-215 . . . . .(23)(36)

NEWTON-V-CONSOLIDATED GAS CO. OF N.Y.: U.S.N.Y. 1924:
68 LEd 909-912, 909 "FACTS", 909-912 . . . . .(35)

TABLE OF FEDERAL CASES

PAGE-NUMBER

NEW YORK-V-FCC: 100 L Ed 2d 48  .  .  .  .  .(28)

NORDLINGER-V-HAHN: (1992):
112 S.Ct. 2336, 2331-2332 .  .  .  .  .  .  .(26)

O'DONOGHUE-V-UNITED STATES: Ct.Cl.:
77 L Ed 1356-1372, 1356-1372  .  .  .  .  .  .(14)

PARKS-V-TURNER, La: 13 L Ed 883-887, 884  .  .  .(16)

PENNOYER-V-NEFF:
95 U.S. 714-748, 714-719 "FACTS", 719-736  .  .  .  .  .(25)

PHILADELPHIA + T.R. Co. -V- STIMPSON: U.S. Pa.:
39 U.S. 448-463, 448-457 "FACT-ARGT", 457-463 . . .(14)(16)

PHILLIPS-V-NEGLEY: U.S. Dist.Col.:
117 U.S. 665-679, 665-671 "FACTS-ARGt", 671-679  .  .(24)(31)

PIERCE-V-UNDERWOOD: U.S. CAL. 1988:
108 S.Ct. 2541, 2547-2562  .  .  .  .  .  .  .(28)

PLANNED PARENTHOOD OF SOUTHEASTERN PENN-V-CASEY:
-U.S. PENN. 1992: 947 F2d 682-729 CERT GRANT IN
PART 117 L Ed 2d 104 ON REMAND ..
822 F. SUPP. 227-238 (E.D.Pa.1993) .  .  .  .  .(13)

[7-I]

# TABLE OF FEDERAL CASES

PAGE-NUMBER

PRESSED STEEL CAR Co.-V-STEEL CAR FORGE Co.:
CCA.Pa.: 149 F.182, 79 CCA.130 . . . . .(32)

PULLMAN-STANDARD – SWINT :
72 LEd 2d 890-893, 893#-895, 898(c)-899, con: 901-902 (31)

REESIDE-V-WALKER :
13 LEd 693-701, 693-699 "FACT-ARGT", 699-901 . . .(33)(36)

ROMERO-V-INTERNATIONAL OPERATING Co.:U.S.N.Y.:
3 LEd 2d 368-391, 368-373 "FACTS", 373-391 . . .(37)

SABRI-V-UNITED STATES:
541 U.S. 600, 600-602 "INDEX", 602-610, con:608-610 . .(20)

SAMPLINER-V-MOTION PICTURE PATENTS Co.:
254 U.S. 233-240, 233-234 "FACTS", 234-240 . . .(19)

SCHWARE-V-BOARD OF BAR EXAMINER OF NEW MEXICO:
77 S.Ct. 752 . . . . . . . . . .(38)

SHAFER-V-UNITED STATES: C.A.CAL.:
179 F.2d 929, 930 . . . . . . . .(31)

SHENKER-V-BALTIMORE + O.R.Co.:(1963):
10 LEd 2d 707-717, 709-712 "SUMMARY", 717-717 . . .(25)

[7-J]

# TABLE OF FEDERAL CASES

PAGE-NUMBER

SILVER-V-SHELBACK : U.S.Pa. : 1 U.S. 165 -166 . . .(**) (33)

SLICER-V-BANK OF PITTSBURG :
57 U.S. 571-579, 571-576 "FACTS", 576-579 . . . .(32)

STATE OF ARIZONA, et.al-v- U.S.Dist. Ct. For Dist OF ARIZONA:
709 F.2d 521-523 . . . . . . . .(13)(32)(37)

STATE OF PENN-V-WHEELING + BELMONT BRIDGE Co.:
U.S.Pa. : 15 LEd 449-451 . . . . . . . .(18)

SWIFT + Co. -V- UNITED STATES: U.S. APP. DC. 1928 :
276 U.S. 311-332, 311-318 "FACTS", 318-332 . . . .(12)(24)

SWIFT-V-HAWKINS : Pa : 1 U.S. 17 . . . . . .(17)

THOMAS-V-ARN : 88 LEd 2d 1006-1011, 1006-1007 "INDEX" ...(15)

TOLAND-V-SPRAGUE : U.S. Pa. :
37 U.S. 300-338, 300-336 "FACTS-ARGT", 336-338 . . .(19)

UNITED STATES-V-BRADFORD :
3 Pet. 12-32, "FACTS" 12, 14, 12-32 . . . . .(17)(28)

UNITED STATES-V-BUTLER : 80 LEd 477 . . .(28)

[η-K]

TABLE   of   FEDERAL   CASES

PAGE-NUMBER

UNITES  STATES -V- CHEMICAL  FOUNDATION: U.S. DEL. 1926:
71 LEd 131-145, 131-138 "FACT-ARGT", 138-145  . . . . (15)(19)(24)

U.S. DEPT. OF  LABOR-V-TRIPLETT:
110 S.Ct. 1428, 1432-1435  . . . . . . . . (27)

UNITED  STATES -V- GOODWIN: U.S. Pa.:
3 LEd 284-286, 284 "FACTS", 284 -286 . . . . . (21)(24)

UNITED  STATES -V- JOHNSON: US, IND. 1943:
87 LEd 1413-1415 . . . . . . . . . (32)

UNITED  STATES -V- MORGAN:
313 U.S. 409-410 "FACTS", 414, 417, 422  . . . . (22)

UNITED  STATES -V- MOSS:
47 U.S. 31-40, 31-36 "FACTS", 36-40 . . . . . (32)

U.S. N.Y. 1955: 75 S.Ct. 591-595 . . . . . (28)

UNITED STATES -V- OLD  SETTLER: U.S. Ct. Cl.:
148 U.S. 427-481, 427-461 "FACTS", 461-481 . . . . (22)

UNITED  STATES -V- REGAN:
95 LEd 417-455, 425 "INDEX", ?? 1, 2, 6, 7-10, 11-14 . . (23)

[7-L]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

UNITED STATES-V-RUHELY : U.S. Dist. Col. 1953 :
345 U.S. 41-48, 41-42 "FACTS", 42-48 . . . . . . (14)

UNIVERSAL OIL PRODUCTS CO.-V- ROOT REFINING CO. :
- U.S. DEL. 1946 : 328 U.S. 575 -581 . . . . . (14)(18)(21)(35)

VENDO CO.-V- LERTRO CORP. : 54 LEd 921 - 928 ...(32)

WADE -V- LE ROY :
15 LEd 813-816, 813-815 "FACTS-ARGT", 815-816 . . .(29)

WATERS EX'RS-V-McCLELLAN : 4 U.S. 208 . . . .(17)

WESCO FOODS CO.-V- DEMASE :
100 F. SUPP. 386   AFF'D   194 F.2d 918 . . . . .(30)

WEST -V- SMITH : U.S. Dist. Col. :
49 U.S. 402 -414, 402 -409 "FACTS -ARGT", 409 -414 . . .(15)

WESTERN P.R. CORP.-V- WESTERN P.R. Co. : 1953 :
97 LEd 1004 - 1006 . . . . . . . . .(25)

WILLARD -V- WOOD : 34 LEd 210 . . . . . . . .(19)

WILLIAMS -V- UNITED STATES : Ct. Cl. :
77 LEd 1372 - 1385 . . . . . . . . . (14)

[7-M]

TABLE    OF    FEDERAL    CASES

PAGE-NUMBER

WILLY-V- COASTAL    CORP. :

117 LEd 2d 280 - 290, 280 - 285 "SUMMARY", 285 - 290 . . (12)


ZELLER'S   LESSEE-V- ECKERT : U.S. Pa :

45  U.S. 289 - 298, 289 - 294 "FACTS-ARGT", 294 - 298 . . . (19)

[7-N]

TABLE   OF   AUTHORITIES

PAGE-NUMBER

"FEDERAL   CONSTITUTION   COMBINATIONS"

U.S. FEDERAL  CONST. AMENDtS. 1, 5, 14.1.5  . . . . (20)(22)(25)(38)

U.S. FEDERAL  CONST. AMENDtS. 5, 14.1.5  . . . (12)(13)(16)(23)

U.S. FEDERAL  CONST. AMENDtS. 5, 6, 14.1.5  . . .(25)

U.S. FEDERAL  CONST. AMENDt. 14.1.5  . . .  . .(26)

"FEDERAL   CONSTITUTION   ARTICLES"

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 7, cl. 1 . .(38)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 8, cl. 1 . .(20)(36)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 8, Cl.3 . .(26)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 8, cl.18 . .(13)(20)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 9, cl.2 . .(27)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. I, § 9, Cl.7 . .(17)(20)(27)(36)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. 3, § 2 . . . .(34)

U.S. FEDERAL  CONST. AMENDtS. ARTICLE. III, § 2 Cl.2 . .(12)(13)

# TABLE OF AUTHORITIES

PAGE-NUMBER

## "JURISDICTIONS"

1 U.S.C.A. § 1 ., 1 U.S.C.S. § 1 . . . . . . .(34)

1 U.S.C.A. § 109 . . . . . . . . . . . .(38)

5 U.S.C.A. § 504(a)(1),(2),(3)(b)(1)(A) . . . . . .(27)

5 U.S.C.A. § 551(1)(2)(3)(6) . . . . . . . . .(27)

18 U.S.C.A. § 6 . . . . . . . . . . . .(22)

18 U.S.C.A. § 1517 . . . . . . . . . .(17)(27)

18 US.C.A. § 3006A(a),(2)(B),(3)(d) . . . . .(38)

18 U.S.C.A. § 3006A(a),(1)(E)(I),(2)(B),(3)(B)(b)(d)(1)(2),(4)(A). .(38)

18 US.C.A. § 3500(e)(1)(3) . . . . . . . .(22)

18 U.S.C.A. § 3621(b) . . . . . . . . .(32)

18 U.S.C.A. § 3624(c) . . . . . . . . .(32)

18 U.S.C.A. § 4247(g) . . . . . . . .(26)

28 U.S.C.A. § 46(c) . . . . . . . . .(25)(29)

TABLE    OF    AUTHORITIES

"JURISDICTIONS"

28 U.S.C.A. § 291(a) ., 28 U.S.C.S. § 291(a) . . . .(29)

28 U.S.C.A. foll. § 723c . . . . . . . .(18)(37)

28 U.S.C.A. § 1331(a) . . . . . . . .(13)(23)

28 U.S.C.A. § 1651(a) . . . . . . .(13)

28 U.S.C.A. § 1821(a)(1),(4)(d)(4),(f) . . . .(19)(24)(33)(33)

28 U.S.C.A. § 1915A(b)(1) . . . . . .(22)(31)

28 U.S.C.A. § 1915(d),(e)(1)(2)(A)(i)-(iii),(f)(1)(2)(A)-(c) . . .(27)

28 U.S.C.A. § 1915(e)(2)(B)(i) . . . . . .(22)(25)(31)

28 U.S.C.A. § 1915(e)(2)(B)(i),(ii) . . . .(22)

28 U.S.C.A. § 1920(6) . . . . . .(19)(23)(33)(33)

28 U.S.C.A. § 1923(a)(b)(c) . . . . .(19)(23)(33)(38)

28 U.S.C.A. § 2241(a) . . . . . .(15)(19)(32)(38)

TABLE     OF     AUTHORITIES

PAGE-NUMBER

"JURISDICTIONS"

28 U.S.C.A. § 2243·,   28 U.S.C.S. § 2243 . . . . . (27)(35)

28 U.S.C.A. § 2246 . . . . . . . . (27)

28 U.S.C.A. § 2253(c)(1)(A) . . . . . (35)

28 U.S.C.A. § 2254 . . . . . . . ·(27)(35)(36)

28 U.S.C.A. § 2412(a)(1),(b),(d)(1)(A) . . . . . . (15)(19)(23)(38)

28 U.S.C.A. § 2414 . . . . . . ·(15)(19)(38)

## TABLE OF AUTHORITIES

PAGE - NUMBER

"FEDERAL RULES OF CIVIL PROCEEDURES"

FRCP. RULE. 1 . . . . . . . . . . (12)(16)(32)

FRCP. RULE. 6(b),(c) . . . . . . . . (12)(32)

FRCP. RULE. 12(b)(6) . . . . . . . ,(22)

FRCP. RULE. 12(c) . . . . . . . . (37)

FRCP. RULE. 16(f) . . . . . . . (21)(23)(33)

FRCP. RULE. 26(f)(1)(2)(3)(4)(5) . . . . (22)(29)

FRCP. RULE. 34 . . . . . . . . . (22)(29)

FRCP. RULE. 37(b)(2)(B),(c),(D) . . . . ,(22)(29)

FRCP. RULE. 45(e) . . . . . . . (35)

FRCP. RULE. 50(a)(b) . . . . . . . ,(12)(22)

FRCP. RULE. 52(a),(b) . . . . . . (12)(21)(31)

FRCP. RULE. 54(d),(1)(2)(A),(c) . . . . (12)(16)(26)(35)

FRCP. RULE. 56 (b,c,d) . . . . . . (12)(26)(33)

TABLE    OF    AUTHORITIES

PAGE-NUMBER

"FEDERAL    RULES    OF    CIVIL    PROCEEDURES "

FRCP. RULE. 58 . . . . . . . . . (12)(16)

FRCP. RULE. 59(e) . . . . . . . (13)

FRCP. RULE. 60(b)(1) - 60(b)(5) . . . . (12)(16)(31)

FRCP. RULE. 61 . . . . . . . . (31)

FRCP. RULE. 62(d) . . . . . . . (23)

FRCP. RULE. 69 . . . . . . . . (12)(16)(18)

FRCP. RULE. 73(d) . . . . . . (23)

FRCP. RULE. 77(d) . . . . . . (18)(32)

FRCP. RULE. 81(a)(4) . . . . . . (12)(16)(24)(27)

FRCP. RULE. 81(b) . . . . . . (16)(35)

FRCP. RULE. 83 . . . . . . (36)

# TABLE OF AUTHORITIES

PAGE - NUMBER.

## "FEDERAL RULES OF EVIDENCE"

F.R. EVID. RULE. 301  .  .  .  .  .  .  . (31)

## "HABEAS CORPUS RULES"

RULE. 6  .  .  .  .  .  .  .  . - (26)

RULE. 7  .  .  .  .  .  .  .  . o(26)

RULE. 8  .  .  .  .  .  .  . , (26)

## "FEDERAL RULE OF APPELLATE PROCEDURES"

F.R. APP. PROC. RULES. 4(a)(1)(c)  .  .  .  . , (12)

F.R. APP. PROC. RULE. 10(a)(1)(2)(3), (b)(A)(i)-(iii) . . (29)

F.R. APP. PROC. RULE. 11(a),(b)(A)(B)(2),(c)(e)(3),(g) . , (29)

F.R. APP. PROC. RULE. 35(a)(b)(1)(A),(c)(e)  .  .  .  . (12)(30)

F.R. APP. PROC. RULE. 40(a)(1)(2)(3)  .  .  .  .  . (12)(30)

LAR 27.4  AND  I.O.P. 106  .  .  .  .  . (25)(27)

[11]

[T]HE, "MOTION" IS PURSUANT TO,

U.S. FEDERAL Const. AMENDt**S**. 5, 14.1, 5 ., . . . .

U.S. FEDERAL CONST. AMENDt**s**. ARTICLE. III, § 2 cl. 2.

DUE PROCESS, GARUNTEED DUE PROCESS, JUST COMPENSATION,

FRCP. RULE**S**. 6(b), 50(a)(b), 52(a), 56(c), 60(b)(1) - 60(b)(5)


F. R. APP. PROC. RULE **S**. 4(a)(1)(C)., 35(a)(b)(1)(A), (C)(e)., 40(a)(1)(2)(3).


✱✱✱✱✱✱✱ "REVIVAL OF JUDGMENT", "FEES AND COSTS",

FRCP. RULE**S**. 1, 54(d), 58, 60(a), 69, 81(b), 28 U.S.C.A.,

"CONTENTS OF JUDGMENT". , ✱✱✱✱✱✱✱ "HABEAS CORPUS

PETITION", "NON CRIMINAL", SUCCESSFUL, PRO SE PARTIES,

ENTITLED TO, "ATTORNEY FEES", "COUNSEL FEES", "COST"

BECAUSE OF LEGAL REPRESENTATIVE PROFORMANCE, POSTAGE,

MISCELLANEOUS COSTS".


✱✱✱✱✱✱✱ "JUDICIAL RELIEF AGAINST ADMINISTRATIVE

ACTION", SWIFT + CO. -V- UNITED STATES: U.S. APP. D.C. 1928: --

- 276 U.S. 311-332, 311-318 "FACTS", 318-332 ., . . . .

WILLY-V- COASTAL CORP.: 117 L Ed 2d 280-290, 280-285 "SUMMARY",

- 285-290 ., HARTFORD-EMPIRE CO.-V- SHAW: 163 F.2d 474.

"NON CRIMINAL", "HABEAS CORPUS", PROCEEDINGS FOR THE

SUCCESSFUL, (PETITIONER-APPELLANT), . . . . .

HEAD-V-PARKER: 464 F.2d 1108-1112 (1972) AT 1110-1113 ., . . .

KHOLYAVSKIY-V- SCHLECHT: (E.D. WIS. 2007): 479 F. SUPP. 2d 897-910, -

- 897-898 "FACTS", 898-909, 909-910, "HABEAS CORPUS DISMISSED AS

[12]

MOOT", ATTORNEY FEES ARE AWARDED. "MANDAMUS", . . . .
STATE OF ARIZONA, et.al.-V- U.S. DIST. Ct. FOR DIST. OF ARIZONA:-
- 709 F.2d 521-523 . DUE PROCESS, GARUNTEED DUE PROCESS,
JUST COMPENSATION, IN WHICH, "MANDATES", REINSTATEMENT
OF THE ABOVE-ENCLOSED ACTION PURSUANT TO,

U.S. FEDERAL CONST. AMEND+S . 5, 14.1,5 ALSO . . . .
. . . U.S. FEDERAL CONST. AMEND+S . ARTICLE. I, § 8 cl. 18,
"SWEEPING CLAUSE", . . . . . . .
U.S. FEDERAL CONST. AMEND+S . ARTICLE. III, § 2 cl. 2 . ,
28 U.S.C.A. §§ 1331(a), 1651(a) "FEDERAL QUESTION" , . . . . .
"ALL WRIT ACT" AND IN ACCORDANCE WITH,
FRCP. RULES . 6(b), 52(a)(b) OR 56(c), 59(e), 60(b)(1)-60(b)(5), 81.
AND F.R. APP. PROC. RULE. 4(a)(1)(c). ****** [A] DECISION
THAT FAILS TO CONSIDER, U.S. SUPREME COURT PRECEDENT,
"FOUNDATION PRECEDENTS", "THAT HAVE NOT BEEN OVERRULED"

DOES NOT CONTROL THE COURTS DETERMINATES,
FRCP. RULE, 52(a), 28 U.S.C.A., CIVIL, CRIMINAL OR NON-
-CRIMINAL HABEAS CORPUS MATTERS, AND CRIMINAL
HABEAS CORPUS, ("SUPREME COURT DECISIONS"),
PLANNED PARENTHOOD OF SOUTHEASTERN PENN-V-CASEY : -
- U.S. PENN. 1992 : 947 F.2d 682-727 CERT GRANT IN PART
117 LEd 2d 104 ON REMAND 822 F. SUPP. 227-238 (ED. Pa. 1993).,
BAXSTROM-V-HEROLD : 86 S.Ct. 760, 762, 763, CONCLUSION: 764-765.,

[13]

✱✱✱✱✱✱✱ "RE-OPEN CASE INSUFFICIENCY OF VERDICT OR FINDINGS", INWHICH "MANDATES", [A] "MOTION TO VACATE", FRCP. RULE. 6(b), 60(b)(1) - 60(b)(5), 28 U.S.C.A. [A] DECREE OF THE, U.S. DISTRICT COURT COMPOSED OF TWO JUDGES, DISTRICT JUDGE AND MAGISTRATE, MAGISTRATE PROCEEDINGS, FINDINGS, INWHICH WAS NEVER [A] HEARING. ✱✱✱✱✱✱ RE-OPEN CASE INSUFFICIENCY OF VERDICT OR FINDINGS IN REGARDS TO, COSTS ALSO FEES, DOCKET FEES, POSTAGE,

UNIVERSAL OIL PRODUCTS CO.-V-ROOT REFINING CO.: - - U.S. DEL. 1946: 328 U.S. 575 - 581 ., . . . . UNITED STATES -V- RUMELY: U.S. Dist. Col. 1953: 345 U.S. 41 -48, 41 - 42 "FACTS", 42 -48 ., PHILADELPHIA + T.R. CO.-V-STIMPSON : - - U.S. Pa: 39 U.S. 448 -463, 448 -457 "FACT-ARGT", 457 -463 ., AMERICAN BOSCH MAGNETO CORP. -V- UNITED STATES: Ct.Cl. : - - 6 F. SUPP. 455 -462 .

✱✱✱✱✱✱✱ "ACTION", "CONSTITUTIONAL LAW", COMPENSATION, ACTUAL JUDGMENT AWARDING "ATTORNEY FEES", TAXATION, COSTS, "ACTION - GENERALLY", BARIRO -V-UNITED STATES : - - 96 U.S. 430 -432, 430 - 431 "FACTS", 431 -432 ., . . . CROWN COAT FRONT CO. -V- UNITED STATES : 386 U.S. 503 - 522, "CONSTITUTIONAL LAW", O'DONOGHUE -V- UNITED STATES : Ct.Cl. : - - 77 L Ed 1356 -1372, 1356 -1372 ., WILLIAMS -V- UNITED STATES : - - - Ct. Cl. : 77 L Ed 1372 - 1385 ., AND . . . . . .

[14]

. . . DEWAR-V-BROOKS, D.C. NEV.: 16 F. SUPP. 636-644, 636, 638-642
"NON. CRIMINAL", HABEAS CORPUS "PROCEEDING" IS [A] SINGLE.
CAUSE OF ACTION, WHAT CONSTITUTES",
LAW-V-NATIONAL SCREEN SERVICE: 349 U.S. 322-330, 327-328,
CONCLUSION.: 330.


******* "MOTION TO VACATE OR SET ASIDE", IS IN
UNIFORM IN THE RE-OPENING OF [A] ACTION, "JURISDICTION",
UNITED STATES-V-CHEMICAL FOUNDATION: U.S. DEL. 1926: - -
- 71 LEd 131-145, 131-138 "FACT-ARGT", 138-145 , . . . .
28 U.S.C.A. §§ 2241, 2412(a)(1),(b),(d)(1)(A), 2414 "PREVAILING
PARTY"., MEAD-V-PARKER: 464 F.2d 1108-1112 (1992) AT 1110-1113.,
KHOLYAVSKIY-V-SCHLECHT; (E.D. WIS. 2007): 479 F. SUPP. 2d 897-910,
-897-898 "FACTS", 898-909, 909-910,.  \


"VACATING ORDER AND REINSTATEMENT", FURNISHED THE
COURT WITH STATEMENT OF POINTS"., . . . .
BROCKETT-V-BROCKETT: U.S. DIST. Col. 1844: 43 U.S. 238-241, ·
- 238-240 "FACTS", 240-241., THOMAS-V-ARN: - -
- - 88 LEd 2d 1006-1011, 1006-1007 "INDEX". ., CONSENT OF [A]
MAGISTRATE JUDGE MATTER., "EXAMINER IN CHIEF To REVIEW
EXPRESS MANDATE LAW", KIRK-V-UNITED STATES: U.S. Ct. Cl. 1896: ·
- 163 U.S. 49-56, 49-53 "FACTS", 53-59, 54., WEST-V-SMITH: - -
- - U.S. DIST. Col.: 49 U.S. 402-414, 402-409 "FACTS-ARGT", 409-414.,
AND, BURKE-V-MORPHY: C.C.A. Vt: 109 F.2d 572-576, 572, 574.
"SUPREME COURT POWER To REINSTATE ANY CAUSE, . . .

[15]

... DISMISSED BY MISTAKE" AND TO REMAND FOR FURTHER PROCEEDING ACCORDING TO LAW". RELIEF FROM JUDGMENT OR ORDER" PURSUANT TO, FRCP. RULES. 6(b), 52(b), 59(e), 28 U.S.C.A. AND "REVIVAL OF JUDGMENT", "FEES AND COSTS", ... FRCP. RULES. 1, 54(d), 58, 60(a), 69, 81(b), 28 U.S.C.A.

\* \* \* \* \* \* \* "COURSE AND CONDUCT OF TRIAL OR PROCEEDINGS" ("IF ANY"), DUE PROCESS AND EQUAL PROTECTION OF LAW REVIEW IS WARRANTED IN THE, U.S. DISTRICT COURT, AND CIRCUIT COURT, (D. DEL) AND (3RD CIR.), PURSUANT TO, 5TH AND 14.1.5TH AMENDMENT, PARKS -V- TURNER, La.: 13 LEd 883-887, 884 ., ..... GRANADA TEL. INTERN. Ltd.-V- LORINDY PICT. INTERNO, INC. DC N.Y. -: 606 F. SUPP 68, 72 ., PHILADELPHIA & TR. Co. -V- STIMPSON : U.S.A. -: 10 LEd 535-543, 535-540 "FACTS", 540-543 . THERE IS CONFLICT BETWEEN , DISTRICT COURTS AND CIRCUIT COURTS IN REGARDS TO, "ATTORNEY FEES", "COUNSEL FEES", "COST", LEGAL REPRESENTATIVE PROFORMANCE , POSTAGE,

MISCELLANEOUS COSTS", MEAD -V- PARKER : 464 F.2d 1108 -1112 (1972) - AT 1110 -1113 ., KHOLYAVSKIY -V- SCHLECHT : (E.D. WIS. 2007) : - - - - 479 F. SUPP. 2d 897 -910, 897 -898 "FACTS", 898 -909, 909 -910 ., "MANDAMUS" : STATE OF ARIZONA, et. al. -V- U.S. DIST. Ct. FOR DIST. OF ARIZONA : - 709 F.2d 521 -523 , IN WHICH FEDERAL CONSTITUTION AUTHORITY AND STATUTORY AUTHORITY PREVAILS, ATTORNEY FEE'S.

[16]

\* \* \* \* \* \* \* "JUDGMENT AND EXECUTION", THERE MUST
BE PROOF OF THE EXECUTION OF JUDGMENT NO JUST
[A] OPINION ON THE FACTS, IF THE RULE PROCEEDINGS
ARE CORRECTLY LAID DOWN, NOT PARTIAL FINDINGS,
McFADDEN-V-PARKER: Pa. 1803: 4 U.S. 275-278., , ...
WATERS EX'RS-V-McCLELLAN: 4 U.S. 208, "EFFECT OF
DEFECTS OR IRREGULARITIES IN EXECUTION, LEVY OR
SALE"., BLACK-V-WISTAR: Pa. 1803: 4 U.S. 267-271.

EVEN [A] JUDGMENT IN FAVOR OF, RESPONDENTS FOR
ATTORNEY FEES, COST, SANCTIONS, DID [A] CURRENCY
TRANSACTION EXECUTION TAKE PLACE PURSUANT TO,
FRCP. RULES. 1, 54(d), 58, 60(a), 69, 81(b). 28 U.S.C.A.
ALSO, \* \* \* \* \* \* \* 18 U.S.C.A. § 1517 , UNITED STATES-V-BRADFORD
-: 3 Pet. 12-32, "FACTS" 12, 14, 12-32, ALSO IN ACCORDANCE
WITH, ARTICLE. I, SECTION 9, CLAUSE 7, "STATEMENT AND
ACCOUNT CLAUSE", EXAMINATION OF FINANCIAL
INSTITUTION OF THE COMMONWEALTH OF DELAWARE
TREASURY AND THE , U.S. TREASURY DEPARTMENT OF
WASHINGTON DC., BANK OF COLUMBIA-V-OKELY: - -
- 17 U.S. 235-246, 235-240 "FACTS", 240-246.

\* \* \* \* \* \* \* "EQUITABLE RELIEF IN ACTION AT LAW"
MUST BE PROVIDED, "NATURE OF ACTION", "FORMS OF ACTIONS",
"PLEADING", SWIFT-V-HAWKINS: Pa.: 1 U.S. 17 ., THERE
IS ALSO THE MATTER OF WHAT LAW GOVERNS", ...

[17]

GARRETT-V-MOORE-McCORMACK Co.: U.S. Pa. 1943: - -
- 317 U.S. 239-249, 239-240 "FACTS", 243-245, 249 . EVEN
IN [A] HABEAS CORPUS PETITION THE EQUITY RULE
APPLIES, "EQUITY" RULE.69 , 28 U.S.C.A. foll. § 723,
JOHN SIMMONS Co.-V-GRIER BROS. Co.: U.S. Pa.: - -
- 66 LEd 475-480, 475-476 "FACTS-ARGt", 475-480 REVERSING
GRIER BROS Co.-V-BALDWIN: C.C.A.3. 1920: 265 F. 481-488.,
MATTER OF [A] "SO-CALLED BILL OF REVIEW", REMANDED
TO LOWER COURT FOR FURTHER PROCEEDINGS" IN
CONFORMITY TO THIS OPINION.

"EQUITY",
STATE OF PENN-V-WHEELING + BELMONT BRIDGE Co.: U.S. Pa: - -
- 15 LEd 449-451 , THE MOTION FOR "BILL OF REVIEW"
AND ALSO FOR RETAXTATION ,OF "JUDGMENT AWARDING
ATTORNEY FEES", COSTS, TAXATION , BEING DENIED
CANNOT WITH STAND , FRCP. RULE.77(d) AND EQUITY
RULE.69 , 28 U.S.C.A. foll. § 723c , . . . , .

UNIVERSAL OIL PRODUCTS Co.-V-ROOT REFINING Co.: - -
- U.S. DEL. 1946: 328 U.S. 575-581 ., . . . . . .
LEVIT-V-FILMWAYS, INC.: D.DEL.1985: 620 F.SUPP.421-428, 427-428
"NATURE AND FORMS OF ACTIONS, "PLEADINGS" HAS BEEN
ESTABLISHED, GARLAND-V-DAVIS: U.S DIST.Col.1846: - -
- 45 U.S. 131-155, 131-143 "FACTS", 143-155, AND LAND-V-DOLLAR:
-U.S.DIST.Col.1947: 91 LEd 1209-1218, 1209-1213 "FACTS-ARGt", 1213-1218, Col.1218

[18]

... "BAILMENTS AND PLEDGES", "OVERULING",
WILLARD-V-WOOD: 34 LEd 210 "EQUITABLE RELIEF IN
ACTION AT LAW" AND ....
UNITED STATES-V-CHEMICAL FOUNDATION: U.S. DEL. 1926; --
- 71 LEd 131-145, 131-138 "FACT-ARGt", 138-145, "JURISDICTION",
28 U.S.C.A. § 1821(a)(1), (4)(d)(4),(f) ....
.... 28 U.S.C.A. §§ 1920(6), 1923(a)(b)(c) ...,
28 US.C.A. §§ 2241, 2412(a)(1),(b),(d)(1)(A), 2414 "PREVAILING PARTY"
IN HABEAS CORPUS DISMISSED AS MOOT.


****** "PLENARY CONSIDERATION, WRIT OF ERROR, BILL OF
EXCEPTION" SHALL BE ORDERED UPON REVIEW BY THEE,
U.S. SUPREME COURT OF AMERICA, IN ACCORDANCE WITH [A]
GRANT OF, CERTIORARI, INJUNCTION-MANDAMUS, AND PROHIBITION",
TOLAND-V-SPRAGUE: U.S. Pa: 37 US. 300-338, 300-336 "FACTS-ARGt", -
- 336-338., BAYARD-V-LOMBARD: U.S. Pa: 50 U.S. 530-552, --
- 530-548 "FACTS-ARGt", 548-552., ZELLER'S LESSEE-V-ECKERT: -
- U.S. Pa: 45 U.S. 289-298, 289-294 "FACTS-ARGt", 294-298.


"BILL OF EXCEPTION", FORM, REQUISITES, AND SUFFICENCY"
LEES-V-UNITED STATES: U.S.Pa: 150 U.S. 476-483, 476-477 "FACTS",
-477-483., TOLAND-V-SPRAGUE: U.S.Pa: 37 U.S. 300-338, 300-336-
"FACTS-ARGt", 336-338., SAMPLINER-V-MOTION PICTURE PATENTS Co:
- 254 U.S. 233-240, 233-234 "FACTS", 234-240 .....

[19]

. . . , "ATTORNEY FEES" IS MANDATED IN "NON CRIMINAL",
"HABEAS CORPUS" PURSUANT TO, . . . . , .
U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 ., "PUBLIC MONEYS",
"SPENDING CLAUSE", U.S. FEDERAL CONST. ART. I, § 8, CI. 1.,
KING - V - UNITED STATES : 99 U.S. 229 - 234 ., . . . . . . .
U.S. FEDERAL CONST. ART. I, § 9, CI. 7, "APROPRIATIONS
CLAUSE" . . . . . . .

. 110 L Ed 2d 773 - 784, 774 "INDEX", CONCLUSION : 783 - 784
"INDEX"
1) ACCOUNTING POWER OF CONGRESS, § 9
2) ACT OF CONGRESS, § 3
3) CONTRACTORS, § 6
4) JUDGMENT AGAINST UNITED STATES, GENERALLY § 4
5) MANDAMUS, §§ 5, 6
6) PLENARY POWER OF CONGRESS AS TO REPORTING ⊕ ACCOUNTING, § 9
7) REFUND, TAX, § 8
8) SECRECY OF GOVERNMENTAL OPERATIONS, § 9
9) STATEMENT AND ACCOUNT OF RECEIPTS ⊕ EXPENDITURES, § 9

ALSO, SABRI - V - UNITED STATES : 541 U.S. 600, 600 - 602 "INDEX", 602 - 610,
CONCLUSION : 608 - 610 ., U.S. FEDERAL CONST. ART. I, § 8, CI. 1., . . .
U.S. FEDERAL CONST. ART. I, § 8, CI. 18. ., 28 U.S.C.A. §§ 2241, 2412 (a)(1)
- (b), (d)(1)(A), 2414. MEAD - V - PARKER : 464 F.2d 1108 - 1112 (1972) AT 1110 -
- 1113. AND KHOLYAVSKIY - V - SCHLECHT : (E.D. WIS. 2007) : - -
- 499 F. SUPP. 2d 897 - 910, 897 - 898 "FACTS", 898 - 909, 909 - 910.

[20]

* * * * * * [A] FULL HEARING PROCEEDING AND PRETRIAL PROCEEDINGS", FRCP. RULE. 16(f), WAS NOT ENFORCED IN THEE, "NON CRIMINAL" "HABEAS CORPUS PETITION", IN REGARDS TO, "PRISON ADMINISTRATION", "TRANSFER OF PRISONERS", DISMISSED AS MOOT, HABEAS CORPUS PETITION LOVETT -V- CARROLL (D. DEL. JUNE 27, 2002); 2002 WL 1461730, AT *2 THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, FIRST CLAIMED THEY HAD NO JURISDICTION TO TRANSFER THE PRISONER WHO WAS IN ANOTHER STATE CUSTODY, BUT WAS

THEE, PROPERTY OF DELAWARE, FEDERAL PROPERTY UPON THE TERMINATION OF (HIS/MY) STATE PRISON SENTENCE. PETITIONER WAS GRANTED THE DESIGNATION. ("RESPONDENTS-APPELLEES") MOTION FOR SUMMARY AFFIRMANCE + DEFERRAL OF BRIEFING PRO SE "PETITIONER-APPELLANT" ALSO FILED BRIEFING IN BOTH, US DISTRICT COURT AND U.S. COURT OF APPEALS, FOR THE THIRD CIRCUIT, ALSO COSTS AND FEES, FRCP. RULE. 52(a),

UNIVERSAL OIL PRODUCTS CO. -V- ROOT REFINING CO.: US. DEL 1946 - : 328 U.S. 575 - 581 ., FUENTES -V- SHEVIN: U.S. Pa., 1972: - - 32 LEd 2d 556 - 580, 556 - 564 "FACTS - SYLLABUS", 564 - 580 ., UNITED STATES -V- GOODWIN: U.S. Pa.: 3 LEd 284 - 286, 284 "FACTS", - 284 - 286, QUESTION OF "PROCEDURAL DUE PROCESS" FOR ATTORNEY FEE'S, CLARK -V- CALIFORNIA: 78 LEd 2d 780 - 899, - - 783 - 786 "INDEX" §§ 10, 5, 35. ALSO, HOFFMAN - La ROCHE, INC. -V- KLEINDIENS +: CA. 3. 1973: - -

[21]

- 478 F.2d 1-28, 22-24 AND UNITED STATES -V- MORGAN : - - - - 313 U.S. 409 -410 "FACTS", 414, 417, 422, "APPEAL" IS MANDATED FOR NOT HAVING [A] FULL HEARING, NOT BEING PROCESSED OR APPEARANCE SET ASIDE THE DECREE, APPEARANCE OF RESPONDENTS-APPELLEES, TO PROCEED ACCORDING TO LAW, FRCP. RULES. 50(a)(b), 52(a), 60(b)(1)-60(b)(5)

****** "STENO GRAPHIC REPORT OF THE ORAL OPINION" MUST BE AVAILABLE TO PROVE THAT [A] FULL HEARING TOOK PLACE IN THE PROCEEDINGS, HABEAS CORPUS, AND ATTORNEY FEES, DISMISSED FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, 28 U.S.C. § 1915A(b)(1), AND 28 U.S.C. § 1915(e)(2)(B)(i) [A] ERRONEOUS FINDINGS, ERRONEOUS OPINION, ARE REVEALED, FAW -U- ROBERDEAU'S EX'R: U.S. DIST. Col.: 7 U.S. 174 -178, 174 -178., CONN-V- PENN: U.S. Pa.: 18 U.S. 424 -427., ...... DOUGLAS-V- REYNOLDS, BYRNE + CO. : U.S. MISS : 32 U.S. 113-129, - - 113-117 "FACTS -ARG+", 117 -129., . . . .

..... UNITED STATES-V-OLD SETTLER : U.S. Ct.Cl: - - - 148 U.S. 427-481, 427 -461 "FACTS", 461 -481., .... HARVEY -V- UNITED STATES: 105 U.S. 671-691., AND .... .. IN re AUGHENBAUGH: CC.A.Pa.: 125 F.2d 887, 890. EVIDENCE IN GENERAL", EXHIBITS, INSTRUMENTS OF PETITION, BRIEF, AND BILLS OF PARTICULARS :, "DISCOVERY", FRCP. RULES. 26(f)(1)(2)(3)(4)(5), 34, 37(b)(2)(B),(c),(d)., US. FEDERAL Const. AMEND+S. 1,5, 14.1,5., ...... 18 U.S.C. § 6, 3500(e)(1)(3), INWHICH SUPERCEEDS, FRCP. RULE. 12(b)(6)., 28 U.S.C. § 1915(e)(2)(B)(i),(ii) .....

[22]

"STENOGRAPHIC COSTS", PURSUANT TO, "PARTICULAR ITEMS",
28 U.S.C.A. §§ 1920(6), 2412(a)(1),(b),(d)(1)(A) ., . . . . . .
FRCP. RULE. 16, 54 . 28 U.S.C.A. ., GOTZ-V-UNIVERSAL PRODUCTS Co:
- D.C. DEL. 1943: 3 F.R.D. 153, FRCP. RULE. 34, 28 US.C.A.-.,
HICKMAN-V-TAYLOR : C.C.A. Pa-1946: 329 U.S. 495-514, 495-497 "FACTS",
-497-515., UNITED STATES-V-REGAN: - - -
- - 95 Led 417-455, 425 "INDEX", §§ 1,2,6,7-10,11-14.,


28 U.S.C.A. §§ 1920, 1923., FRCP. RULE. 54(d)  ALSO,
"APPELLATE COSTS", FRCP. RULE. 1 et seq., 62(d), 73(d)., 28 USCA,
ALSO   28 U.S.C.A. § 1920, SUP. Ct. RULE. 36, 28 U.S.C.A.
NASH-V-RAUN: 67 F. SUPP 212-218, 214-215 PRINTING OF BRIEFS,
APPENDIX AND ANSWER TO PETITION FOR WRIT OR WRIT
OF CERTIORARI IS PROPERLY TAXABLE AS COST IN
FAVOR OF PREVAILING PARTY, MEAD-V-PARKER : - -
- 464 F.2d 1108-1112 (1972) AT 1110 -1113   AND . . . . . . .
KHOLYAVSKIY-V-SCHLECT : (E.D. WIS. 2007): 479 F.SUPP. 2d 897-910, -
-897-898 "FACTS", 898-909, 909-910, "HABEAS CORPUS DISMISSED
AS MOOT".


* * * * * * * "FAIR PLAY" ARE ONE OF THE ESSENCE OF DUE
PROCESS, U.S. FEDERAL Const. AMEND+S. 5, 14-1,5 .,
U.S.C.A. Const. AMEND S. 5, 14.1,5, BALANCING INTERESTS
ALSO, REASONABLENESS OR ARBITRARINESS RATIONAL BASIS
AND RELATION TO OBJECT PROCEDURAL DUE PROCESS
"IN GENERAL IS MANDATED" IN ACCORDANCE WITH,
[G]ENERAL [P]ROVISIONS, PURSUANT TO, 28 US.C.A. § 1331(a)


[A] FULL HEARING MATTER PURSUANT TO DENIAL OF
CONSTITUTIONAL OR STATUTORY RIGHT, WAS THERE ANY.
[23]

ARBITRARY AND CONTRARY TO LAW AS TO BE ACTS OF
SPOILATION IN THE, U.S. DISTRICT COURT, DISTRICT OF
DELAWARE, AND U.S. COURT OF APPEALS, FOR THE THIRD
CIRCUIT, PURSUANT TO, U.S. FEDERAL CONST. AMENDTS. 5, 14.1,5,
QUESTION OF BIAS OF JUDGES IN ALL PROCEEDINGS.
******* [T]HE BILL OF RIGHTS IS APPLICABLE TO
INVESTIGATIONS AS TO, ALL FORMS OF GOVERNMENT ACTIONS".

******* "ERROR IN PROCEEDINGS", ERRORS AND IRREGULARITIES"
RELIEF", WHICH ENHANCES CAUSE FOR RELIEF, RE-OPEN OF
(PETITIONER'S-APPELLANT'S) ACTION FOR, ATTORNEY FEE'S, COSTS,
FEES, UNITED STATES-V-CHEMICAL FOUNDATION: U.S. DEL. 1926: --
- 71 LEd 131-145, 131-138 "FACT ARGT", 138-145 . . . . . . . .******
28 U.S.C.S. §§ 1821(a)(1), 1920(6), 1923(a)(b)(c) ., . . . . .
. : 28 U.S.C.S. §§ 2412(a)(1),(b), (d)(1)(A), 2414 AND . ..
FRCP. RULE.81(a)(4) "GENERAL PROVISION", "SPECIAL WRITS".,

SWIFT. + Co.-V-UNITED STATES: U.S. APP. DC. 1928: --
- 276 U.S. 311-332, 311-317 "FACTS-ARGT", 317-332 . , . . . .
PHILLIPS-V-NEGLEY: U.S. DIST. Col.: 117 U.S. 665-679, 665-671 "FACTS-
-ARGT", 671-679 ., UNITED STATES-V-GOODWIN: U.S. Pa: --
- 3 LEd 284-286, 284 "FACTS", 284-286 ., MEAD-V-PARKER: --
-- 464 F.2d 1108-1112 (1972) AT 1110-1113 AND , . . . .
KHOLYAVSKIY-V-SCHLECHT: (ED. WIS. 2007): 479 F.SUPP. 2d 897-910, -
- 897-898 "FACTS", 898-909, 909-910 .

******* "UNFAIR HEARING" OR "INJUSTICE" AS WELL AS
LEGAL PROCEEDINGS DUE PROCESS, "MANDATES JUSTICE AND
EQUITY", ENDICOTT-JOHNSON CORPORATION-V-ENCYLOPEDIA PRESS: --
- 266 U.S. 285, 285 "INDEX", 288-290 AND "COURT PROCEEDINGS",

,.. PENNOVER-V·NEFF: 95 U.S. 714- 748, 714- 719 "FACTS", 719 - 736

ALSO "UNJUST ENRICHMENT" BY THE THREE CIRCUIT
JUDGES WAS NEVER ATAINED PURSUANT TO,
28 U.S.C. § 46(c), WITHIN THE CIRCUIT COURT REVIEW
SUBMITTED TO [A] PANEL, 28 U.S.C. § 1915(e)(2)(B),
WESTERN P.R. CORP.-V-WESTERN P.R. Co.: (1953): - - -
- 97 LEd 1004 -1006 AND SHENKER-V- BALTIMORE + O.R.Co.: (1963):
-- 10 LEd 2d 707 -717, 709 -712 "SUMMARY", 717-717.

28 U.S.C. § 1915(e)(2) WAS NOT PROPERLY BEFORE THE
U·S· COURT OF APPEALS, FOR THE THIRD CIRCUIT, PURSUANT
TO, U.S. FEDERAL Const. AMENDTS. 5, 6, 14.1,5, AN ACCUSED
THE RIGHT TO PROVE THEIR, INNOCINCE TO HAVE
PRESENT WHEN THE GOVENMENT CONDUCTS POST
INDICTIONS, AND GARUNTEED DUE PROCESS, *******

"FEDERAL CONSTITUTION", [A] FULL HEARING MATTER, PURSUANT
TO DENIAL OF CONSTITIONAL OR STATUTORY RIGHT, WAS
THERE ANY ARBITRARY AND CONTRARY TO LAW AS TO
BE ACTS OF SPOILIATION IN THE DISTRICT AND CIRCUIT
CAURTS, U.S. FEDERAL Const. AMENDTS. 1, 5, 14.1,5, , . . . . . . .
28 U.S.C. § 1915(e)(2)(B) "SUBMITTED FOR POSSIBLE
DISMISSAL" OR SUMMARY ACTION UNDER THIRD CIRCUIT
LAR 27.4 AND I.O.P. 106, APPELLEES' MOTION FOR
SUMMARY AFFIRMANCE AND REQUEST FOR DEFERRAL OF
BRIEFING SCHEDULE, . . . . *******

"ATTORNEY FEES", "COUNSEL FEES", COSTS, BECAUSE OF LEGAL
REPRESENTATIVE PROFORMANCE, POSTAGE, MISCELLANEOUS COSTS".

[25]

..... FARETTA-V- CALIFORNIA : 95 S.Ct. 2525, 2541 #13,14 (1975),
IN REGARDS TO," HABEAS CORPUS RULES", (DISCOVERY)-RULE.6,
(EXPANSION OF RECORD) - RULE.7, ("EVIDENTIARY HEARINGS")-RULE.8
"NON CRIMINAL HABEAS CORPUS", EQUAL PROTECTION CLAUSE,
EQUAL PROTECTION MANDATES FEE'S, BAXSTROM-V-HEROLD : - -
- 86 S.Ct. 760, 762, 763 CONCLUSION : 764-765, EVEN, "NON-
-STATUTORY COSTS" ARE WARRANTED, FARMER-V-ARABIAN AM.OIL.Co:
- N.Y. (1964): 85 S.Ct. 411, 413 -419 .


GRANT OF BENEFITS", AND ANY EXEMPTION STATUTES",
"COSTS OR FEES" ARE IN THE ARTICLES OF THE FEDERAL
CONSTITUTION, PURSUANT TO, U.S. FED. Const. AMENDTS. 14.1,5 .,
U.S. FED. Const. ART. 1, §8 cl.3., "COMMERCE CLAUSE,
EQUAL PROTECTION IN ATTORNEY FEES. * * * * * * *
(RESPONDENT-APPELLEE) MUST PAY "COSTS", IN PREPARATION
OF (PETITIONER-APPELLANTS) RESPONSES, FRCP. RULES. 54 (d)., 56(c).
28 U.S.C.A., BANKERS LIFE AND GAS.CO.-V-CRENSHAW : - -
- 108 S.Ct. 1645, 1649 -1654, IF NOT FOLLOWED SHALL BE
RECOGNIZED AS, "UNCONSTITUTIONAL PRACTICE" AS VIEWED
IN,


KOWALSKI-V-TESMER:(2004): 125 S.Ct. 564-570, FEDERAL
CONSTITUTION GUARANTEE OF EQUAL PROTECTION, ALSO IN,
NORDLINGER -V- HAHN : (1992): 112 S.Ct. 2336, 2331 - 2332. EVEN
PRO SE, FOR UNIMPAIRED, MENTALLY ILL IS ENTITLED. TO
"COSTS", 18 U.S.C.A. § 4247(g), LICENSING -ATTORNEY FREE SPEECH:
- 27 LEd 2d 953, 961- 968, 970 .


* * * * * * * "APPELLATE COSTS", COSTS, ATTORNEY FEES, RATES,
MUST BE AVAILABLE FOR PRO SE PETITIONERS, BECAUSE
[26]

OF THE,"LISCENS ATTORNEY, COUNSEL,"NOT WANTING TO
REPRESENT PETITIONERS IN HABEAS CORPUS PETITIONS,
U.S. DEPT. OF LABOR-V-TRIPLETT: 110 S.ct. 1428, 1432-1435 .,
28 U.S.C.A. §§ 1915(d),(e)(1)(2)(A)(i)-(iii),(f)(1)(2)(A)-(c)., 2243 ., ...
FRCP. RULE. 81(a)(2) , . . . . . .
MALLARD-V-U.S. DIST. COURT FOR SOUTHERN DISTRICT: --
- 109 S.ct. 1814, 1815-1823 , "APPELLATE , COSTS" ARE FOUND
IN , HARRIS-V-NELSON: (1969): 89 S.ct. 1082-1091 ., , . . . ..
U.S. FEDERAL CONST. AMENDTS. ARTICLE. 1, § 9, cl. 2., . . .. ., .
28 U.S.C.A. §§ 2243, 2246, 2254 ., FRCP. RULES. 81(a)(2), 54(b)(d), 54(c)
"ENTERTAINMENT BY RESPONDENTS"


HABEAS CORPUS PETITION,"NON CRIMINAL" PROCEEDINGS IN
REGARDS TO THE ADMINISTRATIVE PROCEDURE ACT AGAINST
THE (BOP), et al., PURSUANT TO THIRD CIRCUIT LOCAL RULE OF
APPELLATE PROCEDURE 27.4 AND THIRD CIRCUIT INTERAL
OPERATING PROCEDURE 10.6 APPELLEES, MOVE FOR SUMMARY
AFFIRMANCE OF THE FINAL ORDERS OF THE UNITED STATES
DISTRICT COURT, DISTRICT OF DELAWARE, DATED: 10/12/2005,
U.S. ATTORNEY'S , COLM F. CONNOLLY AND SETH M. BEAUSANG.-
-(DE I.D. NO,4071), 1007 N . ORANGE STREET, SUITE, 700,
P.O. Box 2046 , WILMINGTON , DE. 19899-2046 , . . . . .. .


******** . PURSUANT TO, 5 U.S.C.A. § 504(a)(1) ,(2),(3)(b)(1)(A) .,
5 U.S.C.A. § 551(1)(2)(3)(6) , (ADPA) ADMINISTRATIVE PROCEDURE ACT,
"FEES ,COSTS", ARE MANDATED FOR [A] PRO SE PETITIONER-APPELLANT,
"REVIVAL OF JUDGMENT" IS MANDATED AND WARRANTED, ALSO
PURSUANT TO, 18 U.S.C.A. § 1517 ,"CURRENCY TRANSACTION
EXECUTION AND "STATEMENT AND ACCOUNT CLAUSE",
ARTICLE. I, SECTION 9 , CLAUSE 7 , EXAMINATION OF FINANCIAL
[27]

... INSTITUTION , MONEY DISBURSMENT TO, APPELLEES-RESPONDENTS,
PURSUANT TO, FRCP.RULES.**1**, 54(d) , 58 , 60(a) , 69 , 81(b) , 28 U.S.C.A.
UNITED STATES-V-BRADFORD : 3 Pet. 12-32,"FACTS".12 ,14, 12-32 .,
"TREASURY MATTERS", BANK OF COLUMBIA-V-OKELY : - -
- 17 U.S. 235-246, 235-240 "FACTS" , 240-246 . *******
(BOP) BUREAU OF PRISONS IS AN AGENCY FOR REVIEW, AND
ATTORNEY FEE'S AND COSTS, PIERCE-V-UNDERWOOD, U.S. CAL.1988:
- 108 S.Ct. 2541, 2547-2562 ., U.S. N.Y. 1955: 75 S.Ct. 591-595.


PRO SE PETITIONER'S ARE ENTITLED TO , FEE'S , THE
SUPREMACY OF FEDERAL CONSTITUTION AND PROVISIONS
MANDATES SUCH FEES, COOK-V-MOFFIT + CURTIS : 12 Ld 159 .,
UNITED STATES-V-BUTLER : 80 LEd 477 ., . . . . . .
CARTER-V-CARTER COAL Co.: 80 LEd 1160 MOTION gR. sub.
NOM , HELVERING-V-CARTER :(U.S. 1936): 17 AFTR 1344 -,. . . . . . , .
NEW YORK-V-FCC : 100 LEd 2d 48 , VALID-FEDERAL LAWS ARE
PART OF SUPREME LAW OF LAND.


****** ** * [T]HE REVIEW COULD HAVE NOT BEEN PROPERLY
BEFORE CIRCUIT JUDGES WITH [A] DISMISSED JUDGMENT
AGAINST (PETITIONER-APPELLANT) ,
MONSANTO Co.-V-SPRAY-RITE SERVICE CORP. : - - -
- 79 LEd 2d 775-788, 775-780 "SUMMARY, SYLLABUS", 780-788 PANEL
OF COURT OF APPEALS APPLIED AN INCORRECT STANDARD
TO THEE ENCLOSED MATTER OF PRO SE PETITIONERS ,
ATTORNEY FEES, COSTS IN [A] NON CRIMINAL HABEAS
CORPUS PETITION DISMISSED AS MOOT.


[28]

\*\*\*\*\*\* CERTIFICATE OF IMPORTANCE, WHETHER [A] CERTIFICATE OF IMPORTANCE MUST BE FILED BY THE ATTORNEY GENERAL OF THE UNITED STATES, "COURT PROCESS" IN THE ENCLOSED MATTER, "GENERALLY," WHERE UPON THE CASE SHALL BE GIVEN PRECEDENCE AND SHALL BE HEARD BY NOT LESS THAN THREE CIRCUIT JUDGES PURSUANT TO, U.S. FEDERAL CONST. AMENDTS. 5, 14.1.5 .

"TRANSCRIPT OF EVIDENCE", ACTION, NON CRIMINAL HABEAS CORPUS - "EVIDENCE" MUST BE REVIEWED IN ITS ENTIRETY, CHURCH-V-HUBBART : 6 U.S. 187 -239 "FACTS", 232 -239 ., . . . , WADE -V- LE    ROY : 15 LEd 813 -816, 813 -815 "FACTS -ARGT.", 815 -816 ., GREGG BY CRAIG -V- SAYRES LESSEE : U.S Pa . - - - 33 U.S. 244 - 255, 244 -245 "FACTS", 245 -255 ., . . . ., CONN -V- PENN : U.S. Pa. : 18 U.S. 424 - 427 ,

FRAUD MAY BE ESTABLISHED BY CIRCUMSTANTIAL EVIDENCE, IN " WEIGHT   AND   SUFFICENCY ", . . . . . . UNIVERSAL OIL PRODUCTS Co. -V- ROOT REFINING Co. : U.S. DEL. 1946 :- - 328 U.S. 575 - 581 ., HARTFORD -EMPIRE Co. -V- HAZEL -ATLAS GLASS + -Co. : CCA. Pa. 1942 : 125 F.2d 976, FRCP. RULES. 6(C)., 60(b)., HAZEL -ATLAS Co. -V- HARTFORD -EMPIRE Co. : U.S. Pa. 1944 : - - - 322 U.S. 238 - 251, 238 -239 "FACTS", 239 -251 REVERSING - 137 F.2d 764 , \*\*\*\*\*\* PURSUANT TO, 28 U.S.C.A. §§ 46(b)., 291(a) ., . . . . . . . FRCP. RULES. 16(f), 26 et. seq.., 34 , 37 AND F.R. APP. PROC. RULES. 10(a)(1)(2)(3), (b)(A)(i) -(iii) ., ALSO . . . . .. 11(a),(b)(A)(B)(2), (c)(e)(3), (g).

\*\*\*\*\*\*\* "GENERAL VERDICT", "VERDICT AND FINDINGS", OF
HABEAS CORPUS PETITION, NON CRIMINAL, CIVIL ACTION No. 1:05-cv-215,
No. 05-3887, ALL JUDGMENTS MUST COME TO BE HEARD
ON THE "TRANSCRIPTS" OF THE RECORD FROM THE CIRCUIT
COURT, F.R. APP. PROC. RULES. 35(a),(b)(1)(A),(c)(e)., 40(a)(1)(2)(3).,
[A] REVIEW BY HIGHER COURT IN REGARDS TO,
"JUDGMENT OF DISMISSAL" IS [A] QUESTION FOR LOWER
FEDERAL COURTS IN REGARDS TO, RE-OPEN, REINSTATEMENT
PROCEEDINGS ACCORDING TO LAW"...., PROVIDING FOR WRIT
OF ERROR, CIVIL, CRIMINAL, HABEAS CORPUS PETITION, NON-CRIMINAL

COMMISSIONER OF INTERNAL REVENUE-V-BEDFORD: --
- 89 LEd 1611-1618, 1615-1616, "COURT OPINION DOES NOT
BECOME A JUDGMENT"., GARLAND-V-DAVIS: U.S. Dist. Col. 1846: -
- 45 U.S. 131-155, 131-143 "FACTS", 143-155. "FORM AND SUFFICIENCY"
"AMENDMENT OR CORRECTION", CONSTRUCTION AND OPERATION",
MATTERS THAT MUST BE ANSWERED, WESCO FOODS Co.-V-DEMASE:-
- 100 F. SUPP. 386 AFF'D 194 F.2d 918 ., CATE-V-GOOD BROS:CA.P.Koo:
-: 181 F.2d 146-150 ., GARLAND -V-DAVIS: U.S. DIST. Col, 1846: - -
- - 45 U.S. 131-155, 131-143 "FACTS", 143-155

"NOTWITHSTANDING VERDICT",
AETNA INS. Co.-V-KENNDY TO USE OF BOGASH : U.S. Pa.: --
- 301 U.S. 389-396, 389-390 "FACTS", 390-396, 393-394, 395, 396
PRIOR JUDGMENT COULD HAVE NOT BEEN HEARD ON THE
"TRANSCRIPTS" OF THE RECORD FROM THE CIRCUIT COURT.

[30]

* * * * * * * "FRAUD OR ACCIDENT", PURSUANT TO, FRCP. RULE. 60 (b)(1) – 60 (b)(5), WHEATHER THE JUDICIAL PROCEEDINGS CAN BE IDENTIFIED AS, "FRAUD OR ACCIDENT" IN JUDICIAL PROCEEDINGS ARE REVEALED, UNIVERSAL OIL PRODUCTS Co. – V – ROOT REFINING Co. : US. DEL. 1946 : – 90 LEd 1447 – 1453, 1447 – 1448 "FACTS", 1448 – 1453 ., . . . . . . . . . HAZEL – ATLAS GLASS Co. – V – HARTFORD – EMPIRE Co. : U.S. Pa. 1944 : – – 88 LEd 1250 – 1269, 1250 – 1252 "FACTS – ARGt", 1252 – 1269 ., . . . PHILLIPS – V – NEGLEY : U.S. Dist. Col. : 29 LEd 1013 –1017, 1013 "FACTS", – 1013 – 1017 ., IN re BOWEN : CCA. Pa. 1945 : 151 F2d 690 – 694 .

"FRAUDULENTLY OR KNOWINGLY", VERY IMPORTANT QUESTION, SHAFER – V – UNITED STATES : CA CAL. : 179 F.2d 929, 930

"FRAUD AND DISHONESTY", ACTION FOR, "DECIT OR FRAUD", PURSUANT TO, F.R. EVID. RULE. 301 , FEDERAL COURT BEING ASKED TO ISSUE WRIT OF CERTIORARI TO REVIEW [A] RULING BY AN EXECUTIVE OFFICER OF THE UNITED STATES GOVERNMENT, [L]oss OF LEGAL REMEDY" ARE [A] MAJOR CONCERN WHEN INJUSTICE HAVE BEEN EMPLOYED BY COURT PROCEEDING, 28 U.S.C.A. § 1915 A (b)(1)  AND 28 U.S.C.A. § 1915 (e) (2) (B) (i).

* * * * * * * "ADDITIONAL FINDINGS", PURSUANT TO, FRCP. RULE. 52 (a)(b), 61 THE MATTER OF VERDICT AND FINDINGS MUST BE REVIEWED MOTION TO DISMISS [A] WRIT OF ERROR MUST BE DENIED, AND [A] BILL OF EXCEPTION FILED, KAHN – V – CENTRAL SMELTING Co. : U.S. UTAH : – 102 U.S. 641 – 649, 641 "FACTS", 642 – 647 ., PUILMAN – STANDARD – SWMT : – 72 LEd 2d 890 – 893, 893 # – 895, 898 (c) – 899, CONCLUSION : 901 – 902

[31]

. . . . VENDO  CO. -V- LERTRO  CORP. : 54 LEd 921-928 .,
PRO  SE "ATTORNEY'S  FEE, COUNSEL FEE", PURSUANT TO,
FRCP. RULES. 1, 52(a), 54(d), 60(b)., MEAD-V-PARKER: - -
- 464 F.2d 1108-1112 (1972) AT 1110 -1113 ., . . . . . . .,
.. KHOLYAVSKIY-V-SCHLECHT:(E.D. WIS. 2007): 479 F. Supp. 2d 899-910,
- 897-898 "FACTS", 898 -909, 909-910., - - ., . .
MARSCHNER-V-DEPARTMENT OF STATE, etc.: 470 F.Supp. 196 -201 .,. . . .
NADLER-V-I.N.S.: 737 F.Supp. 658 -662 (O.D.C. 1984).,.,,.
"MANDAMUS",: STATE OF ARIZONA, ET. AL. -V- U.S. DIST. Ct. FoR. DIST. oF ARIZONA:
- 709 F.2d 521-523  IN ACCORDANCE  WITH, 28 U.S.C.A. § 2241(a),
18 U.S.C.A. §§ 3621(6), 3624(c).


****** "DEFECTS  AND  OBJECTIONS", THE  ABSENCE  OF
[A] BILL OF EXCEPTIONS, QUESTIONS  OF  ADMISSIBILITY
OF  EVIDENCE  ARE  EXCLUDED  AND  THE  REVIEW  IS
CONFINED  TO  WHAT  APPEARS  UPON  THE  FACE OF THE
"PLEADINGS  AND  THE  FINDINGS", UNITED  STATES-V-MOSS: - -
- 47 U.S. 31 -40, 31 -36 "FACTS", 36 -40 ., HILL-V-HAWES: - -
- - 132 F.2d 569, 76 U.S. APP. DC. 308, REVERSED  -. . .
320 U.S. 520-524, 520 "FACTS", 520 -524 . IN  ACCORDANCE
WITH, FRCP. RULES. 6(b), 77(d)


"DEFECTS, ERRORS  OR  IRREGULARITIES", ARE  "COSTS  AND
FEES  ON  APPEAL", UNITED  STATES-V-JOHNSON : U.S. IND. 1943: -
- 87 LEd 1413-1415


CONTINUED,.. "PLEADINGS  AND  THE  FINDINGS" MATTERS  ARE
PRESSED  STEEL  CAR  CO. -V- STEEL  CAR  FORGE Co.,CCA.Pa:
-149 F. 182, 79 CCA. 130., "TIME  FOR  APPLICATION", . . . .
SUCER-V-BANK  OF  PITTSBURG: 57 U.S. 571 -579, 571 -576 "FACTS", 576-579

[32]

"WRIT OF ERROR CORAM NOBIS", OPENING OR VACATING,
NATURE AND SCOPE OF REMEDY", SILVER-V-SHELBACK: U.S. Ga:-
- 1 U.S. 165 -166 .

\* \* \* \* \* \* \* "JUDGMENT, IN GENERAL + BILL OF REVIEW",
AS TO THE JUDGMENT OF THE, U.S. DISTRICT COURT, FOR
THE DISTRICT OF DELAWARE, AND U.S. COURT OF APPEALS,
FOR THE THIRD CIRCUIT, AND THE PRESUMPTION THAT
DECREE WAS ON MERIT MAY BE OVERCOME BY, "THE
RECORD" IN ACCORDANCE WITH "VERDICT AND JUDMENT",

COMMISSIONER OF INTERNAL REVENUE-V-BEDFORD: - -
- 89 L Ed 1611 -1618, 1615 -1616 " COURT OPINION DOES NOT
BECOME [A] JUDGMENT"., UNITED STATES-V-CHEMICAL FOUNDATION:
- U.S. DEL. 1926 : 71 L Ed 131-145, 131 -138 "FACT-ARGT", 138 -145 ....
28 U.S.C.A. § 1821(a)(1) , (4) (d)(4),(f)., . . . . . .
. . . 28 U.S.C.A. §§ 1920(6)., 1923(a)(b)(c) . . . . . . .
28 U.S.C.A. §§ 2241(a)., 2412 (a)(1),(b), (d)(1)(A) , 2414 "PREVAILING
PARTY", IN HABEAS CORPUS DISMISSED AS MOOT , . . . . .
FRCP. RULE. 81(a)(4) "GENERAL PROVISION", "SPECIAL WRITS"

REESIDE -V-WALKER : 13 L Ed 693-701, 693 - 699 "FACT-ARGT.", 699 -701 .,
HAZEL-ATLAS GLASS Co. -V-HARTFORD - EMPIRE Co. : - -
- 322 U.S. 238 -251 , 238 -239 "FACTS" , 239 -251 . / . . . . .
MICHEL -V-MEIER : D.C. Pa. 1949 : 8 F.R.D. 464-479 , CONCLUSION: 479
FRCP. RULE. 56 (b, d) ,

"BILL OF REVIEW", HARTFORD -EMPIRE CO. -V-HAZEL-ATLAS GLASS: -
- 125 F.2d 976 , FRCP. RULES. 6(c), 60(b)., HAZEL-ATLAS GLASS
CO.- V- HARTFORD EMPIRE Co. : 322 U.S. 238-251, 238-239 "FACTS", 239-251

[33]

\*\*\*\*\*\* "CONSOLIDATION AND MERGER", QUESTION ARISES IN REGARDS TO, "CASH BOOT", PAYMENT TO TAX PAY IN CORPORATE MERGER, "PROOF", COMMISSIONER-V- MUNTER: - - - 331 U.S. 210-211 "INDEX", 211-217, CONCLUSION: 217. ALSO "GOVERNMENT BONDS", MILLER ET.AL., EXECUTORS-V-MILWAUKEE: - - 272 U.S. 713-718., JENKINS-V-McKEITHEN: 23 LEd 2d 404-423 404-412 "FACTS", 412-423

\*\*\*\*\*\*\* "CIRCUIT DECISIONS" WITHIN MEANING OF CONSOLIDATION OR MERGER ALSO DIVEDENS CAN BE FOUND IN, LOWRANCE-V-MACKER: 966 F.2d 1153-1158, DECISSION PURSUANT TO THE ENCLOSED MEMORANDUM OF LAW, (PETITIONER-APPELLANT) IS -ENTITLED TO RELIEF FROM JUDGMENT, "REINSTATEMENT" AND MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, CIVIL ACTION No. 1:05-CV-215., No. 05-3887.

\*\*\*\*\*\* [P]URSUANT TO, "APPLICATION OF LAW", WHICH PREVAILS, [G]ENERAL [P]ROVISIONS, MANDATES FEES, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.15 ., . . . . . . . . . . U.S. FEDERAL CONST. ART. 3, §2., 1 U.S.C. § 1 ., 1 U.S.C.A. § 1 ., 1 U.S.C.S. § 1 ., 28 U.S.C.A. § 1331(a).

[34]

******* "THE CLOSING ARGUMENT",
[A] "RELIEF FROM JUDGMENT OR ORDER" IS MANDATED
WITHIN THE ENCLOSED MEMORANDUM OF LAW AND CLOSING
ARGUMENT OF, (PETITIONER-APPELLANT), "REVIVAL OF JUDGMENT",
"FEES AND COSTS", FRCP. RULES. 1, 54(d), 58, 60(a), 69, 81(b),
28 U.S.C.A. "CONTENTS OF JUDGMENT".

******* "HABEAS CORPUS PETITION", "NON CRIMINAL",
SUCCESSFUL PRO SE PARTIES, ENTITLED TO, "ATTORNEY
FEES", "COUNSEL FEES", "COST", "BECAUSE OF LEGAL
REPRESENTATIVE PROFORMANCE", "POSTAGE", "MISCELLANEOUS
COSTS". ******* U.S. FEDERAL CONST. AMENDTS. 1, 5, 14·1,5·,
28 U.S.C.A. § 1821(a)(1),(4)(d)(4),(f)·, . . . . . - - ·
. . . 28 U.S.C.A. § 1920(6) "TAXATION OF COSTS"·,"STENOGRAPHIC
COSTS"·,   28 U.S.C.A. § 1923(a)(b)(c) DOCKET FEES, AND
COSTS OF BRIEFS. ALSO   28 U.S.C.A. §§ 2241-2243, 2253(c)-
-(1)(A), 2254. HABEAS CORPUS PETITION.

[R]EVIEW IS MANDATED, FRCP. RULES. 45(e), 54(d)(1)(2)(A),(c)
28 U.S.C.A IN REGARDS TO, "PERSONS LIABLE, REFERENCE,
HEARING AND DETERMINATION",
UNIVERSAL OIL PRODUCTS CO.-V- ROOT REFINING CO.: U.S.DEL.1946
-: 328 U.S. 575-581·, NEWTON-V-CONSOLIDATED GAS CO. OF N.Y.:-
- U.S. N.Y. 1924: 68 LEd 909-912, 909 "FACTS", 909-912 AND
GOTZ-V-UNIVERSAL PRODUCTS CO. D.C. DEL. 1943: 3 FRD. 153-156,-
- 153-154 "FACTS", 154-156 IN ACCORDANCE WITH,
28 U.S.C.A. § 1920·, FRCP. RULES. 16, 54. 28 U.S.C.A.

[35]

"PREVAILING PARTY", DECISSION WAS ERRONEOUS, FRCP. 54(d)
FISHGOLD-V-SULLIVAN DRY DOCK + REPAIR CORP: US. NY, 1946: -
-90 Led 1230-1243, 1230-1236 "FACTS-ARGT", 1236-1243, ALSO
FRCP. RULE. 83, 28 U.S.C.A., IN re A. MAGGIOLI Co.: - -
- 3 F.R.D. 83-86, 83 "FACTS", 83-86.

[T]HEE, "MODE AND SUFFICIENCY" OF THE HABEAS CORPUS
PETITION, NON CRIMINAL, REESIDE-V-WALKER: U.S. DIST. Col. 1850: -
- 13 LEd 693-701, 693-699 "FACTS-ARGT", 699-701 PRYER FOR
RELIEF, PRAYER FOR GENERAL RELIEF IS WARRANTED,
FRCP. RULE. 54(c), 28 U.S.C.A., McGOWAN-V-PARISH: U.S. DIST. Col.: -
- 59 LEd 955-965, 955-959 "FACTS-ARGT", 959-965.

******* AMOUNT, RATE AND ITEMS IN GENERAL " EVEN
WITH MINIMUM JUDGMENT, "HABEAS CORPUS", FRCP. RULES. 16, -
- 54(d), 28 U.S.C.A., 28 U.S.C.A. §§ 1920, 1923, . . . .
NASH-V-RAUN : D.C. Pa. : 67 F. Supp. 212-218, 214-215,
GOTZ-V-UNIVERSAL PRODUCTS Co. : D.C. DEL. 1943: - -
- 3 FRD 153-156, 153-154 "FACTS", 154-156. "ATTORNEY FEES",
"MISCELLANEOUS COSTS, POSTAGE" IS DUE TO (PETITIONER-
-APPELLANT), UNITED STATES-V-CHEMICAL FOUNDATION: US. DEL, 1926:
- 71 LEd 131-145, 131-138 "FACT-ARGT", 138-145, . . . . . . .

. . . U.S. FEDERAL CONST. AMEND+S. 1, 5, 14.1,5 , "PUBLIC MONEYS",
"SPENDING CLAUSE", U.S. FEDERAL CONST. ART. I, §8, cl. 1,
"APROPRIATIONS CLAUSE", U.S. FEDERAL CONST. ART. I, §9, cl. 7,
28 U.S.C.A. §§ 2241-2243, 2253, , . . . . . . .
. . . 28 U.S.C.A. §§ 2254, 2412(a)(1),(b), (d)(1)(A), 2414
FEDERAL CONSTITUTION AND STATUTORY AUTHORITIES,
"PREVAILING PARTY", DE GROOT-V-U.S.: 18 LEd 700-704, 702-704

[36]

[J]UDGMENT ON THE PLEADINGS, CLEAR RIGHT TO JUDGMENT "
PURSUANT TO, FRCP. RULE. 12(c)., 28 U.S.C.A. foll. § 723c.
ROMERO -V- INTERNATIONAL OPERATING Co. : U.S. N.Y. : - -
- 3 Led 2d 368 -391, 368 -373 "FACTS", 373 -391

******* "ATTORNEY FEE'S, COUNSEL FEES, "COST",
LEGAL REPRESENTATIVE" FOR PRO SE PETITIONER IS,
AND HAS BEEN ESTABLISHED IN FOUNDATION PRECEDENTS
CASE LAWS WHICH HAVE NOT BEEN OVERRULED, "FEDERAL
CONSTITUTION", BIRO -V- ARIZONA : 27 Led 2d 953 -970, 953 -954 "INDEX",
BRIGGS -V- WALKER : 171 U.S. 466 -474, CONCLUSION : 472 -474 .,
HUBBARD -V- TOD : 174 U.S. 474 -494, 474 "FACTS", Conclusion : 493 -494

******* "FAIRNESS DOCTRINE", PURSUANT TO EQUAL
PROTECTION OF LAW OF THE FOURTEENTH AMENDMENT,
ARBITRARY AND DISCRIMINITORY APPLICATION, "VAGUE STATUTE"
BAXSTROM -V- HEROLD : 86 S.Ct. 760 -762, 763, CONCLUSION : 764 -65
FOUNDATION PRECEDENTS", UNLESS OVERRULED, MUST PREVAIL
OVER [A] MORE RECENT DECISSION ., ASHTON -V- KENTUCKY : -
- 16 Led 2d 1231 -1245, 1231 "INDEX", 1232 -1242 AND
CRAIG -V- BUREN : 50 Led 2d 902 -912, 903 INDEX §§ 3 -8, 36

"CONFLICT WITH OTHER DISTRICTS AND CIRCUITS", IN REGARDS
TO "FEE'S AND COSTS", MEAD -V- PARKER : 464 F.2d 1108 -1112 (1992) -
- AT 1110 -1113 ., MARSCHNER -V- DEPT. OF STATE, etc.: 470 F.Supp 196 -
- 201 ., NADLER -V- I.N.S. : 737 F. Supp. 658 -662 (D.O.C. 1989),
KHOLYAVSKIY -V- SCHLECHT : (E.D. Wis. 2007) : 479 F. Supp. 2d 897 -910, -
- 897 -898 "FACTS", 898 -909, 909 -910 ; HABEAS CORPUS DISMISSED
AS MOOT . "MANDAMUS" : STATE OF ARIZONA, et al -V- U.S. - DIST. Ct. FOR DIST. -
- OF ARIZONA : 709 F.2d 521 -523, . . - .  . .

[37]

****** IT HAS BEEN FUNDAMENTAL AXIOM OF
AMERICA LAW, ROOTED IN THE UNITED STATES
HISTORY THE REQUIREMENTS OF CONSTITUTIONAL
PREVAIL OVER [A] JURISDICTION, STATUTE, UNITED STATES
FEDERAL CONSTITUTION OF CONGRESS, PREVAIL OVER
[A] JURISDICTION, STATUTE PROVISIONS OF CONGRESS
IN EVENT OF CONFLICT. PRO SE FEES ARE MANDATED
IN ACCORDANCE WITH, "SPEECH","EQUAL PROTECTION",
"EQUAL PROTECTION CLAUSE PROVISIONS", DUE PROCESS,
GARUNTEED DUE PROCESS PROVISIONS., AMENDTS. 1,5, 14,15,

CONSTITUTION AND STATUTORY PROVISIONS, BILLS AND
RESOLUTIONS REVENUE BILLS, U.S. FED. CONST. ART. 1, § 7, Cl. 1.,
1 U.S.C.A. § 109 ., 28 U.S.C.A. §§ 1821(a)(1),(4)(d)(4),(f) ., ...
... 28 U.S.C.A. §§ 1920(6)., 1923(a)(b)(c)., .....
28 U.S.C.A. §§ 2241., 2412(a)(1),(6),(d)(1)(A)., 2414.

"EQUAL PROTECTION", "EQUAL PROTECTION CLAUSE PROVISIONS",
APPLIES TO HABEAS CORPUS PROCEEDINGS, CRIMINAL MATTER
PURSUANT TO, 18 U.S.C. § 3006A(a),(1)(E)(I),(2)(B),(3)(B)(b)(d)(1)(2), -
- (4)(A). PRO SE PETITIONER IN ENTITLED TO, ATTORNEY FEES,
PURSUANT TO, 18 U.S.C. § 3006A(a),(2)(B),(3)(d) "PAYMENT
HOURLY RATE", "MAXIMUM AMOUNTS", "DEFENDER ORGANIZATION",
"LEGAL RESEARCH, ANALYSIS, BRIEF WRITTINGS, ENGINEERING
REPORTS, AND PREPARATION OF "PETITIONERS-APPELLANTS" CASE.

•
SCHWARE-V-BOARD OF BAR EXAMINER OF NEW MEXICO: --
- 77 S.Ct. 752 ., LOVELL-V-CITY OF GRIFFIN., SUPRA, 303 U.S. at 450,
-58 S.Ct. AT 668 + CASES CITED-669.

[38]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
DECLARE UNDER THE PAIRS AND PENALTIES OF
PERJURY THAT THE FOREGOING MATTER ENCLOSED
IS TRUE AND CORRECT TO THE BEST OF MY
ABILITY AND RECOLLECTION ON. THIS,
4TH MONTH, 27TH DAY, 2008TH YEAR.

CC/FILE
DATED: 4/27/2008
J.T.P-G (FED. ADOPT.) J.R.D.JR.

RESPECTFULLY SUBMITTED,
John T. Pickering-George (FED. ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[39]

<u>CERTIFICATE   OF   SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY, JR., <u>PRO SE</u> (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 " DIO " (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. <u>DC.No.05-215</u> ., No. <u>05-3887</u> ., No. <u>06-1737</u> . REINSTATEMENT, <u>ALSO</u> RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "<u>ATTORNEY FEES</u>", <u>COSTS</u>

"<u>DIO</u>" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, U.S. COURTHOUSE, LOCKBOX 18, 844 KING STREET, WILMINGTON, DELAWARE 19801. COURT CLERK, PETER T. DALLEO <u>AND</u> "<u>JUDGES CHAMBERS</u>", ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON <u>PAGES: 2-4</u>, OF THE ENCLOSED PETITION. [T]HE, <u>PRO SE</u> PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY   SUBMITTED,

*John T. Pickering-George (FED ADOPT.) John R. Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY JR.

cc/FILE

DATED: 5/5/2008

J.T.P-G (FED ADOPT.) J.R.D, JR.

<u>PRO SE</u>

2726  DECATUR  AVE. APT. #3

BRONX   NY  10458

[40]

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. DC.No. 05-215 •, No. 05-3887 •, No. 06-1737, REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON, DC. 20530, ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED / BY HAND / BY REGULAR MAIL.

· RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FEO ADOPT.) John R. Daley Jr.*

JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

CC/FILE

DATE: 5/5/2008

J.T. P-G (FEO ADOPT.) J.R.D, JR.

[41]

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/3/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS To, CIVIL ACTION No. DC.No.05-215., No.05-3887, No.06-1737. REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION To VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION To DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) To THE, OFFICE OF INSPECTOR GENERAL, U.S. DEPARTMENT OF JUSTICE, INVESTIGATIONS DIVISION, ROOM: 4706, 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC. 20530, ALSO To BE TRANSMITTED To ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEO ADOPT.) John R. Daley, Jr.

JOHN T. PICKERING-GEORGE (FEO ADOPT.) John R. DALEY, JR.

cc:FILE

DATED: 5/3/2008

J.T.P-G (FEO ADOPT.) J.R.D,JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX N.Y. 10458

[42]

<u>CERTIFICATE OF SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY, JR., <u>PRO SE</u> (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/3/2008 " DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. <u>D.C. No. 05-215</u>, No. <u>05-3887</u>, No. <u>06-1737</u>, REINSTATEMENT, <u>ALSO</u> RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "<u>ATTORNEY FEES</u>", <u>COSTS</u>

"<u>DID</u>" (MAIL/SERVE) TO THE, U.S. ATTORNEY'S OFFICE, JUDICIARY CENTER BUILDING, 555 FOURTH STREET, N.W. WASHINGTON D.C. 20530. <u>ALSO</u> TO BE TRANSMITTED TO ALL OTHER ADMINISTRATION<u>S</u> LISTED ON <u>PAGES 1-4</u>, OF THE ENCLOSED PETITION. [T]HE, <u>PRO SE</u> PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FED ADOPT.) John R. Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY, JR.

<u>PRO SE</u>

2726 DECATUR AVE. APT. #3

BRONX N.Y. 10458

CC/FILE

DATED: 5/3/2008

J.T.P-G (FED ADOPT.) J.R.D, JR.

CERTIFICATE  OF  SERVICE

I, JOHN T. PICKERING-GEORGE (FED ADOPT.) JOHN R. DALEY, JR.,
PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON
THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE)
THE ENCLOSED MATTER IN REGARDS TO,
CIVIL ACTION No. DC. No. 05-215 ., No. 05-3887 ., No. 06-1737 ,
REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO
VACATE THE PREVIOUS JUDGMENT AND RESTORE THE
ACTION TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, U.S. ATTORNEY, COLM F. CONNOLLY,
AND  SETH M. BEAUSANG (DE. I.D. No. 4071),
1007 N. ORANGE STREET, SUITE. 700, P.O. BOX 2046,
WILMINGTON, DE. 19899 - 2046, ALSO TO BE TRANSMITTED
TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4,
OF THE ENCLOSED PETITION. [T]HE, PRO. SE PARTY
RECORD FOR EACH PARTY WAS MAILED (BY HAND/BY
REGULAR MAIL.

                              RESPECTFULLY  SUBMITTED,
                              John T. Pickering-George (FED ADOPT.) John R Daley, Jr.
                              JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
CC/FILE
DATED: 5/5/2008                PRO SE
J.T.P-G (FED ADOPT.) J.R.D, JR.  2726 DECATUR AVE. APT. #3
                              BRONX N.Y. 10458

[44]

CERTIFICATE    OF    SERVICE

I, JOHN T. PICKERING-GEORGE (FEO. ADOPT.) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION NO. DC. No. 05-215 ., No. 05-3887 ., No. 06-1737 , REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, " ATTORNEY FEES ", COSTS

"DID" (MAIL/SERVE) TO THE, GENERAL COUNSEL : ROBERT HOYT, DEPARTMENT OF THE TREASURY, 1500 PENNSYLVANIA AVE., SUITE . 3000 , N.W., WASHINGTON DC. 20220, ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES : 1-4 , OF THE ENCLOSED PETITION. [T]HE , PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY    SUBMITTED,

John T. Pickering-George (FEO. ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FEO. ADOPT.) JOHN R. DALEY, JR.

cc/FILE
DATE : 5/5/2008
J.T.P.G (FEO. ADOPT.) J.R.D, JR.

PRO SE
2726 DECATUR AVE. APT. #3
BRONX  N.Y.  10458

[45]

CERTIFICATE     OF     SERVICE

I, JOHN T. PICKERING-GEORGE (ADOPT.) JOHN R. DALEY, JR.,
PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON
THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE)
THE ENCLOSED MATTER IN REGARDS TO,
CIVIL ACTION No. DC.No.05-215., No. 05-3887., No. 06-1737,
REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO
VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION
TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, OFFICE OF THE COMPTROLLER OF
CURRENCY, 250 E. St. S.W., WASHINGTON, DC. 20219, ALSO
TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS
LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION.
[T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS
MAILED /BY HAND /BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (ADOPT.) JOHN R. DALEY JR

cc/FILE

DATED: 5/5/2008       PRO SE

J.T.P-G (ADOPT.) J.R.D, JR.     2726 DECATUR AVE. APT. #3
                                BRONX  N.Y.  10458

[46]

<u>CERTIFICATE</u>   <u>OF</u>   <u>SERVICE</u>

I, JOHN T. PICKERING-GEORGE(FEO. ADOPT.) JOHN R. DALEY, JR.,
<u>PRO</u> <u>SE</u> (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON
THEE, (MONTH/DATE/YEAR) OF, 5/6/2008 "<u>DID</u>" (MAIL/SERVE)
THE ENCLOSED MATTER IN REGARDS TO,
CIVIL ACTION NO.<u>DC.NO.05-215</u>., NO.<u>05-3887</u>., NO.<u>06-1737</u>,
REINSTATEMENT, <u>ALSO</u> RELIEF FROM JUDGMENT, MOTION TO
VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION
TO DOCKET, "<u>ATTORNEY</u> <u>FEES</u>", <u>COSTS</u>

"<u>DID</u>" (MAIL/SERVE) TO THE, OFFICE OF THE EXECUTIVE DIRECTOR
CHARLES H. SCHNEIDER, ROOM:426 AND DEPUTY EXECUTIVE
DIRECTOR, SONNA L. STAPONE, ROOM:418, 600 PENNSYLVANIA
AVENUE, N.W. WASHINGTON, DC. 20580, ALSO TO BE
TRANSMITTED TO ALL OTHER ADMINISTRATION<u>S</u> LISTED ON
<u>PAGES: 1-4</u>, OF THE ENCLOSED PETITION. [T]HE, <u>PRO</u> <u>SE</u>
PARTY RECORD FOR EACH PARTY WAS MAILED/BY
HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FEO. ADOPT.) John R. Daley, Jr.*
JOHN T. PICKERING-GEORGE(FEO. ADOPT.) JOHN R. DALEY, JR.
<u>PRO</u> <u>SE</u>

CC/FILE
DATED: 5/6/2008
J.T. P-G(FEO. ADOPT.) J.R.D, JR.

2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[47]

CERTIFICATE   OF   SERVICE

I, JOHN T. PICKERING-GEORGE (FEO. ADOPT.) JOHN R. DALEY, JR.,
PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON
THEE, (MONTH/DATE/YEAR) OF, 5/3/2008 "DIO" (MAIL/SERVE)
THE ENCLOSED MATTER IN REGARDS TO,
CIVIL ACTION No. DC.No.05-215., No. 05-3887., No. 06-1737,
REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO
VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION
TO DOCKET, "ATTORNEY FEES", COSTS

"DIO" (MAIL/SERVE) TO THE, FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE, J. EDGAR HOOVER BUILDING,
935 PENNSYLVANIA AVENUE, ROOM: 7176, "PROFESSIONAL
RESPONSIBILITY ADVISORY OFFICE", WASHINGTON, DC. 20535-
0001, ALSO TO BE TRANSMITTED TO ALL OTHER
ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE
ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR
EACH PARTY WAS MAILED /BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,
John T. Pickering-George (FEO. ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FEO. ADOPT.) JOHN R. DALEY, JR.

cc/FILE
DATED: 5/3/2008
J.T.P.G (FEO. ADOPT.) J.R.D.JR.

PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[48]

<u>CERTIFICATE</u>   <u>OF</u>   <u>SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR., <u>PRO SE</u> (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/3/2008 "<u>DID</u>" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. <u>DC.No.05-215</u>, No.<u>05-3887</u>, No.<u>06-1737</u>, REINSTATEMENT, <u>ALSO</u> RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "<u>ATTORNEY FEES</u>", <u>COSTS</u>

"<u>DID</u>" (MAIL/SERVE) TO THE, OFFICE OF GOVERNMENT ETHICS, 1201 NEW YORK AVE., SUITE .500, N.W. WASHINGTON, D.C. 20005-3917, <u>ALSO</u> TO BE TRANSMITTED TO ALL OTHER ADMINISTRATION<u>S</u> LISTED ON <u>PAGES:1-4</u>, OF THE ENCLOSED PETITION. [T]HE , <u>PRO SE</u> PARTY RECORD FOR EACH PARTY WAS MAILED /BY HAND /BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,
John T. Pickering-George (FEO ADOPT.) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR.
<u>PRO SE</u>
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

CC/FILE
DATED: 5/3/2008
J.T.P-G (FEO ADOPT.) J-R.D, JR.

[49]

CERTIFICATE    OF    SERVICE

I, JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/3/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. DC. No. 05-215., No. 05-3887., No. 06-1737, REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, COPORATE FRAUD TASK FORCE, 950 PENNSYLVANIA AVENUE, ROOM: 2107, N.W., WASHINGTON, DC. 20530 ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

_John T. Pickering-George (FED. ADOPT.) John R. Daley, Jr._

CC/FILE

DATED: 5/3/2008

J.T.P.G-(FED. ADOPT.) J.R.P, JR.

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX N.Y. 10458

[50]

CERTIFICATE   OF   SERVICE

I, JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE) THEE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. DC.No.05-215., No.05-3887., No.06-1737, REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, DEPARTMENT OF JUSTICE, ANTITRUST DIVISION, ASSISTANT ATTORNEY GENERAL: THOMAS O. BARNETT, "CIVIL DIVISION" AND "CIVIL RIGHTS DIVISION" ("SECURE ENFORCEMENT OF FEDERAL CIVIL RIGHTS"), 950 PENNSYLVANIA AVE. ROOMS: 3141 AND 3623, N.W. WASHINGTON, DC. 20530 ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEO ADOPT.) John R. Daley Jr.
JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR.

CC/FILE
DATED: 5/5/2008
J.T.P-G (FEO. ADOPT.) J.R.D, JR.

PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[51]