## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEO ADOPT) JOHN R. DALEY, JR., PRO SE (PETITIONER-APPELLANT) HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 5/5/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, CIVIL ACTION No. DC.No.05-215., No.05-3887., No.06-1737, REINSTATEMENT, ALSO RELIEF FROM JUDGMENT, MOTION TO VACATE THE PREVIOUS JUDGMENT AND RESTORE THE ACTION TO DOCKET, "ATTORNEY FEES", COSTS

"DID" (MAIL/SERVE) TO THE, U.S. COURT OF FEDERAL CLAIMS, 717 MADISON PLACE, N.W. WASHINGTON DC. 20005 ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 1-4, OF THE ENCLOSED PETITION. [T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FEO ADOPT) John R. Daley, Jr.*
JOHN T. PICKERING-GEORGE (FEO ADOPT) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

cc/FILE
DATED: 5/5/2008
J.T.P-G (FEO ADOPT) J.R.D, JR.

[52]



LEGAL MAIL

To: COURTS CLERK, PETER T. DALLEO
AND JUDGES CHAMBERS

To: THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
U.S. COURTHOUSE
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX NEW YORK 10458

[NUMBER OF PAGES: 81]

[MAILED OUT ON: 5/5/2008]



LEGAL MAIL

From: John T. Pickering-George
(Federally Adopted) John R. Daley, Jr.
2926 Decatur Ave. - Apt. #3
Bronx, N.Y. 10458

[Number of Pages: 8]

[Mailed out on: 5/3/2008]

To: United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530



LEGAL MAIL

To: UNITED STATES ATTORNEY
COLM F. CONNOLLY AND
SETH M. BEAUSANG (DE. I.D. NO. 4071)
1007 N. ORANGE STREET, SUITE 700
P.O. BOX 2046
WILMINGTON, DE. 19899-2046

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 81]

[MAILED OUT ON: 5/5/2008]



LEGAL MAIL

TO: GENERAL COUNSEL : ROBERT HOYT

TO: DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE., SUITE-3000
N.W., WASHINGTON DC. 20220

FROM: JOHN T. PICKERING-GEORGE
(FORMERLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX, NY. 10458

[NUMBER OF PAGES: 81]
[MAILED OUT ON: 5/5/2008]



LEGAL MAIL

From: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2926 DECATUR AVE. APT. #3
BRONX, NY. 10458

[NUMBER OF PAGES: 81]
[MAILED OUT ON: 5/5/2008]

To: OFFICE OF THE COMPTROLLER OF CURRENCY
250 E. St. S.W.
WASHINGTON, DC. 20219

LEGAL MAIL




From: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN A. BALEY, JR.
2926 DECATUR AVE. APT. #3
BRONX, N.Y. - 10458

[ NUMBER OF PAGES: 81 ]

MAILED OUT ON: 5/6/2008

TO: OFFICE OF THE EXECUTIVE DIRECTOR
CHARLES H. SCHNEIDER, ROOM: 426 AND
DEPUTY EXECUTIVE DIRECTOR
SONNA L. STAPONE, ROOM: 418
600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC. 20580

LEGAL MAIL



From: JOHN T. PICKERING-GEORGE
(FORMERLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX     N.Y.   10458

[ SUMMARY OF PAGES: 8 ]

[ MAILED OUT ON: 5/3/2008 ]

To: FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING.
935 PENNSYLVANIA AVENUE
ROOM: 7176   ADVISORY OFFICE
"PROFESSIONAL RESPONSIBILITY"
WASHINGTON, DC.  20535-0001

# LEGAL MAIL





From: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2926 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[ NUMBER OF PAGES: 81 ]

[ MAILED OUT ON: 5/3/2008 ]

To: OFFICE OF GOVERNMENT ETHICS
1201 NEW YORK AVE. N.W.
SUITE-500,
WASHINGTON, DC. 20005-3917

LEGAL MAIL



FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 81 ]

[MAILED OUT ON: 5/3/2008]

TO: COPORATE FRAUD TASK FORCE
950 PENNSYLVANIA AVENUE,
ROOM: 2107, N.W
WASHINGTON, D.C. 20530

# LEGAL MAIL



From: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 81]

[MAILED OUT ON: 5/5/2008]

To: DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
ASSISTANT ATTORNEY GENERAL: THOMAS O. BARNETT

"CIVIL DIVISION" AND "CIVIL RIGHTS DIVISION"
"SECURE ENFORCEMENT OF FEDERAL CIVIL RIGHTS"
950 PENNSYLVANIA AVE.
ROOMS: 3141 AND 3623, N.W.
WASHINGTON, DC. 20530

# LEGAL MAIL



From: John T. Pickering-George
(Formally Adopted) John R. Daley, Jr.
2926 Decatur Ave. Apt. #3
Bronx N.Y. 10458

[Number of Pages: 81]

[Mailed out on: 5/5/2008]

To: U.S. Court of Federal Claims.
717 Madison Place.
N.W. Washington DC. 20005

LEGAL MAIL



From: John T. Pickering-George
(Federally Adopted) John R. Bailey, Jr.
2726 Decatur Ave. Apt. #3
Bronx, N.Y. 10458

[Number of Pages: 81]

[Mailed out on: 5/5/2005]

To: Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

LEGAL MAIL



TO: OFFICE OF THE INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
INVESTIGATIONS DIVISION, ROOM: 4706
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC. 20530

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 81]

[MAILED OUT ON: 5/3/2008]



FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX   NEW YORK    10458

[NUMBER OF PAGES: 81]

[MAILED OUT ON: 5/5/2008]



TO: COURTS CLERK, PETER T. DALLEO
    AND   JUDGES   CHAMBERS

TO: THE, U.S. DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE
    U.S. COURTHOUSE
    LOCKBOX 18
    844 KING STREET
    WILMINGTON, DELAWARE   19801



