IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. DALEY, JR. | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 1:05-cv-00215-JJF |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| Respondent. | : | |

**MEMORANDUM IN OPPOSITION TO
PETITIONER'S MOTION TO REOPEN CASE**

1.  On May 7, 2008, Petitioner filed a pro se document he titled "Reinstatement of Civil Action No. D.C. No. 05-215, No. 05-3887, No. 06-1737," which has been docketed as a "Motion to Reopen Case." (See Doc. No. 26.)

2.  This case began as a habeas corpus action which was dismissed without prejudice by this Court on July 13, 2005. (Doc. No. 3.) The Court dismissed Petitioner's habeas petition for lack of jurisdiction because at the time Petitioner filed this action he was not in custody in the State of Delaware and was not serving a sentence imposed by this Court. (Id. at 2.)

3.  Petitioner appealed (Doc. No. 5), and the Court of Appeals for the Third Circuit summarily affirmed this Court's decision. See Daley v. Federal Bureau of Prisons, No. 05-3887, 157 Fed. App'x 520, 521 (3d Cir. Dec. 9, 2005). Petitioner filed a motion for rehearing en banc with the Third Circuit which was denied. (Ex. A at 3.) Petitioner does not appear to have appealed the Third Circuit's decision. (Id.)

4.  On January 19, 2006, Petitioner filed a "Motion for Attorney Fees" (Doc. No. 17), which was denied by this Court on January 31, 2006, (Doc. No. 19). Petitioner filed a notice of

appeal of that order (Doc. No. 22), and the Third Circuit affirmed this Court's order. See <u>Daley v. Federal Bureau of Prisons</u>, No. 06-1737, 192 Fed. App'x 106, 109 (3d Cir. Aug. 25, 2006). Petitioner sought a writ of certiorari which was denied on January 8, 2007. (Ex. B at 2.)

5. The Motion before the Court – i.e., Petitioner's "Motion to Reopen Case" – is an 82-page document containing rambling, nonsensical legal citations that do not provide the Court any reason to rexamine its decisions in this matter. For this reason alone, Petitioner's Motion should be denied.

6. Moreover, Petitioner's Motion appears to seek review of two decisions by this Court which have been affirmed by the Third Circuit. For one of those decisions the Supreme Court denied Petitioner's writ of certiorari. Under the circumstances, this Court lacks jurisdiction to vacate or review the decisions of the Third Circuit.

7. For all of these reasons, the Government respectfully requests that Petitioner's Motion to Reopen Case (Doc. No. 26), be denied. A proposed Order is attached.

DATED:     August 12, 2008.

    Respectfully Submitted,

    COLM F. CONNOLLY
    United States Attorney

By: /s/   Seth M. Beausang
    Seth M. Beausang (De. I.D. No. 4071)
    Assistant United States Attorneys
    The Nemours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. DALEY, JR. | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 1:05-cv-00215-JJF |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Petitioner's Motion to Reopen Case (Doc. No. 26), and all papers filed in support thereof and opposition thereto, it is ORDERED that Petitioner's Motion is DENIED.

IT IS SO ORDERED

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on August 12, 2008, I caused the foregoing MEMORANDUM IN OPPOSITION TO PETITIONER'S MOTION TO REOPEN CASE to be sent via United States First Class Mail to the following address listed on the docket:

    John R. Daley, Jr.
    a/k/a John T. Picquin-George
    18 Hinsdale Lane
    Willingboro, NJ 08046

and the following return address on Petitioner's correspondence:

    John T. Pickering-George
    a/k/a John R. Daley, Jr.
    2726 Decatur Ave. Apt. #3
    Bronx, NY 10458

                                  /s/ Seth M. Beausang
                                  Seth M. Beausang
                                  Assistant United States Attorney