# EXHIBIT A

| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | |

## General Docket
### Third Circuit Court of Appeals

| | |
|---|---|
| **Court of Appeals Docket #:** 05-3887 | **Docketed:** 09/09/2005 |
| **Nature of Suit:** 2530 Habeas Corpus | **Termed:** 12/09/2005 |
| Daley v. Fed Bur Prisons | |
| **Appeal From:** U.S. District Court for the District of Delaware | |

**Case Type Information:**
1) civil
2) United States as party
3) USC 2241-prisoner

**Originating Court Information:**
  **District:** 0311-1 : 05-cv-00215
  **District Judge:** Joseph J Farnan, Junior, U.S. District Judge
  **Date Filed:** 03/28/2005
  **Date Order/Judgment:**           **Date NOA Filed:**
  07/14/2005                          08/22/2005

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| JOHN R. DALEY, JR. A/K/A JOHN T. PICQUIN-GEORGE<br>　　　Plaintiff - Appellant | John R. Daley, Jr. a/k/a John T. Picquin-George<br>[NTC Pro Se]<br>Apartment #3<br>2726 Decatur Avenue<br>Bronx, NY 10458-0000 |
| v. | |
| FED BUR PRISONS<br>　　　Defendant - Appellee | Seth M. Beausang, Esq.<br>Direct: 302-573-6277<br>Email: seth.beausang@usdoj.gov<br>Fax: 302-573-6220<br>[COR NTC Federal government]<br>Office of United States Attorney<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-0000 |

JOHN R. DALEY,

|          | Appellant |
|----------|-----------|
|          | v.        |
|          | FEDERAL BUREAU OF PRISONS |

| | |
|---|---|
| 09/09/2005 | CIVIL CASE DOCKETED. Notice filed by John R. Daley. |
| 09/09/2005 | RECORD available on District Court CM/ECF. |
| 09/14/2005 | APPEARANCE from Attorney Seth M Beausang on behalf of Appellee Fed Bur Prisons, filed. |
| 09/19/2005 | Affidavit by Appellant to proceed in forma pauperis, filed. |
| 09/19/2005 | PRISONER ACCOUNT STATEMENT, filed. |
| 09/19/2005 | IN FORMA PAUPERIS PRISONER AUTHORIZATION, filed. |
| 09/19/2005 | Copy of Memorandum and Order 9/16/05, Hon. Farnan, motion for reconsideration filed by Petitioner John R. Daley is denied. Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. Section 2253 (c)(2), and therefore, the Court concludes that a certificate of appealability is not warranted. See United States v. Eyer, 113 F. 3d 470 (3d Cir. 1997); Third Cir. Local Appellate Rule 22.2 (2000), filed. (See order and memorandum for complete text) |
| 09/19/2005 | RECORD available on District Court CM/ECF updated on 9/19/05. |
| 09/21/2005 | PRO SE BRIEF/APPENDIX on behalf of Appellant John R. Daley, Copies: 4, Pages: 4, Delivered by mail, received. Certificate of service date 9/7/05. |
| 09/27/2005 | RECORD available on District Court CM/ECF updated on 9/27/05. |
| 10/07/2005 | ORDER (Clerk) granting motion to proceed in forma pauperis by Appellant John R. Daley, filed. FPS-004 |
| 10/07/2005 | Certified copy of order to Lower Court. |
| 10/07/2005 | RECORD available on District Court CM/ECF updated on 10/7/05. |
| 10/14/2005 | MOTION by Appellee for summary affirmance and to hold briefing in abeyance. filed. Answer due 10/25/05. Certificate of Service dated 10/12/05. |
| 10/18/2005 | RECORD available on District Court CM/ECF updated on 10/18/05. |
| 10/21/2005 | RESPONSE filed by Appellant John R. Daley to motion for summary affirmance. Certificate of Service dated 10/17/05. |
| 11/15/2005 | Pro se brief received for Court's information. Case will be submitted for possible dismissal and/or summary action. Opposing party's time for filing a brief has not yet begun to run. Brief will be filed only if Courts directs. |

| Date | Entry |
|---|---|
| 11/18/2005 | RECORD available on District Court CM/ECF updated on 11/18/05. |
| 11/22/2005 | Copy of District Court 11/1/05 by Hon. Farnan, denying Plaintiff's Motion entitled "Reconsideration Motion" or "The Granting Of, [A] Certificate of Appealability" (D.I. 13), filed. See Order for complete text. |
| 11/23/2005 | Submitted on motion for summary affirmance and response. CPS-62 Coram: Barry, Smith and Nygaard, Circuit Judges. |
| 12/09/2005 | NOT PRECEDENTIAL PER CURIAM OPINION (Barry, Smith and Nygaard, Circuit Judges), filed. CPS-62 Total Pages: 3 Motion for summary affirmance is granted. |
| 12/09/2005 | JUDGMENT, affirmed, filed. |
| 12/20/2005 | PETITION by Pro Se Appellant for rehearing en banc, filed. Certificate of service dated 12/18/05. |
| 01/06/2006 | ORDER (Scirica, Chief Judge, Sloviter, Alito, Roth, McKee, Rendell, Barry, Authoring Judge, Ambro, Fuentes, Smith, Fisher, Van Antwerpen and *Nygaard, Circuit Judges) denying petition for en banc rehearing by Appellant John R. Daley, filed. CPS-62 *Hon. Nygaard, Senior Judge for the Third Circuit Court of Appeals limited to panel vote only. |
| 01/17/2006 | MANDATE ISSUED, filed. |
| 01/20/2006 | MOTION by Pro Se Appellant for attorney fees and command/order of money disbursment to petitioner, filed. Answer due 2/6/06. Certificate of Service dated 1/12/06. |
| 02/08/2006 | ORDER (Barry, Authoring Judge, Smith and Nygaard, Circuit Judges) denying motion by Appellant John R. Daley Jr. for attorney fees and command/order of money disbursement to petitioner, filed. CPS-62 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/11/2008 17:47:26 | | | |
| PACER Login: | du5452 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 05-3887 |
| Billable Pages: | 1 | Cost: | 0.08 |