# EXHIBIT B

| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | F |

# General Docket
## Third Circuit Court of Appeals

| | |
|---|---|
| **Court of Appeals Docket #:** 06-1737<br>**Nature of Suit:** 2530 Habeas Corpus<br>Daley v. Fed Bur Prisons<br>**Appeal From:** U.S. District Court for the District of Delaware | **Docketed:** 03/03/2006<br>**Termed:** 08/25/2006 |

**Case Type Information:**
 1) civil
 2) United States as party
 3) USC 2241-prisoner

**Originating Court Information:**
 **District:** 0311-1 : 05-cv-00215
 **District Judge:** Joseph J Farnan, Junior, U.S. District Judge
 **Date Filed:** 03/28/2005
 **Date Order/Judgment:** 02/01/2006
 **Date NOA Filed:** 02/24/2006

**Prior Cases:**
 None

**Current Cases:**
 None

| | |
|---|---|
| JOHN R. DALEY, JR. A/K/A JOHN T. PICQUIN-GEORGE<br>    Plaintiff - Appellant | John R. Daley, Jr. a/k/a John T. Picquin-George<br>[NTC Pro Se]<br>Apartment #3<br>2726 Decatur Avenue<br>Bronx, NY 10458-0000 |
| v. | |
| FED BUR PRISONS<br>    Defendant - Appellee | Seth M. Beausang, Esq.<br>Direct: 302-573-6277<br>Email: seth.beausang@usdoj.gov<br>Fax: 302-573-6220<br>[COR NTC Federal government]<br>Office of United States Attorney<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-0000 |

JOHN R. DALEY, JR.

v.

FEDERAL BUREAU OF PRISONS

John T. Picquin-George a/k/a John R. Daley, Jr.,

Appellant

| | |
|---|---|
| 03/03/2006 | CIVIL CASE DOCKETED. Notice filed by John R. Daley. |
| 03/03/2006 | RECORD available on District Court CM/ECF. |
| 03/08/2006 | LEGAL DIVISION LETTER SENT advising that this appeal has been listed for possible summary action by a panel of the Court. |
| 03/10/2006 | MOTION by Appellant for leave to proceed in forma pauperis, filed. |
| 03/13/2006 | ORDER (Clerk) granting Appellant's motion to proceed in forma pauperis. The appeal will be submitted to a panel for determination under 28 U.S.C. section 1915 (e)(2), filed. FPS-212 |
| 03/13/2006 | Certified copy of order to Lower Court. |
| 03/20/2006 | RESPONSE to Legal Division letter advising case will be listed for possible summary action on behalf of Appellant John R. Daley, Jr., filed. Certificate of Service dated 3/14/06. [Legal Division will make service to appropriate opposing counsel]. |
| 03/27/2006 | APPEARANCE from Attorney Seth M. Beausang on behalf of Appellee Fed Bur Prisons, filed. |
| 07/14/2006 | LEGAL DIVISION LETTER SENT advising case will be submitted to a panel of this Court for a decision on the issuance of certificate of appealability. |
| 08/10/2006 | Submitted for poss summary action, motion for certificate of appealability, for possible dismissal pursuant to 1915(e)(B) and Response. Coram: Sloviter, McKee and Fisher, Circuit Judges. |
| 08/25/2006 | NOT PRECEDENTIAL PER CURIAM OPINION (Sloviter, McKee and Fisher, Circuit Judges), filed. APS-301. Total Pages: 7. |
| 08/25/2006 | JUDGMENT, affirmed. All in accordance with the opinion of this Court, filed. |
| 10/16/2006 | MANDATE ISSUED, filed. |
| 11/27/2006 | Supreme Court of U.S. notice filed advising petition for writ of certiorari filed by Appellant John R. Daley. Filed in the Supreme Court on 11/21/06 at Supreme Ct. case number: 06-7845. |
| 01/16/2007 | U.S. Supreme Court order dated 1/8/07, at S.C. number: 06-7845, denying petition for writ of certiorari by Appellant John R. Daley, Jr., filed. |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/11/2008 17:51:59 | | | |
| PACER Login: | du5452 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 06-1737 |
| Billable Pages: | 1 | Cost: | 0.08 |