To: THE U.S. DISTRICT COURT                                    DATE: 8/18/2008
    FOR THE DISTRICT OF DELAWARE
    U.S. COURTHOUSE
    LOCK BOX 18
    844 KING STREET
    WILMINGTON, DELAWARE 19801



To: COURTS CLERK, PETER T. DELLEO
    AND JUDGES CHAMBERS

RE: "OBJECTION", BY PRO SE PETIONER, TO UNITED STATES ATTORNEY,
    MEMORANDUM IN OPPOSITION TO PETITIONER'S MOTION TO
    REOPEN CASE, DENIED CERTIORARI AND "MOOT HABEAS CORPUS"
    CIVIL ACTION No. DC No. 05-215., No. 05-3887., No. 06-1737.
    MEMORANDUM DATED: AUGUST 12, 2008.


    JOHN R. DALEY, JR.
         (PETITIONER)

    V.                                   CIVIL ACTION No. 1:05-CV-00215-JJF

    FEDERAL BUREAU OF PRISONS
              (RESPONDENT)


    JOHN T. PICQUIN-GEORGE  a/k/a  JOHN R. DALEY, JR.
              (APPELLANT)



    ******* "TRANSMITT TO" ALL U.S. DEPARTMENT OF JUSTICE
    DIVISIONS ENCLOSED, (Pgs: 2-4)., 18 U.S.C. §§ 241, 242, 1503, 1512.,
    18 U.S.C. §§ 401, 3553, 3584(a)(b)., U.S.S.G. §§ 2J1.1., 2J1.2., 2X2.1.
    U.S. V - BARR: 295 F. SUPP. 884-892, 889-890 "FACTS", 890-892.

                              [NUMBER OF PAGES: 9 ]
                              [NUMBER OF PAGES EXHIBITS: 28]

[1]

TRANSMITT TO: ATTORNEY GENERAL
                U.S. DEPARTMENT OF JUSTICE
                950 PENNSYLVANIA AVENUE, N.W.
                WASHINGTON, D.C. 20530

TRANSMITT To: OFFICE OF THE INSPECTOR GENERAL
                U.S. DEPARTMENT OF JUSTICE
                INVESTIGATIONS DIVISION, ROOM: 4706
                950 PENNSYLVANIA AVENUE, N.W.
                WASHINGTON, D.C. 20530

TRANSMITT To: UNITED STATES ATTORNEY'S OFFICE
                JUDICIARY CENTER BUILDING
                555 FOURTH STREET, N.W.
                WASHINGTON DC. 20530

    TRANSMITT To: UNITED STATES ATTORNEY
                COLM F. CONNOLLY   AND
                SETH M. BEAUSANG (DE I.D. No. 4071)
                1007 N. ORANGE STREET, SUITE. 700
                P.O. Box 2046
                WILMINGTON, DE. 19899-2046

TRANSMITT To: DEPARTMENT OF THE TREASURY
                1500 PENNSYLVANIA AVE., SUITE. 3000
                N.W., WASHINGTON DC. 20220

    To: GENERAL COUNSEL: ROBERT HOYT

TRANSMITT To: OFFICE OF THE COMPTROLLER OF CURRENCY
                250 E. St. S.W.
                WASHINGTON, DC. 20219

TRANSMITT TO: OFFICE OF THE EXECUTIVE DIRECTOR
CHARLES H. SCHNEIDER, ROOM: 426
DUPUTY EXECUTIVE DIRECTOR
SONNA L. STAPONE, ROOM: 418
600 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, DC. 20580

TRANSMITT TO: FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING,
935 PENNSYLVANIA AVENUE,
ROOM: 7176, "PROFESSIONAL RESPONSIBILTY ADVISORY OFFICE"
WASHINGTON, DC. 20535 - 0001

TRANSMITT TO: OFFICE OF GOVERNMENT ETHICS
1201 NEW YORK AVE.
SUITE. 500, N.W
WASHINGTON, DC. 20005 - 3917

TRANSMITT TO: CORPORATE FRAUD TASK FORCE
950 PENNSYLVANIA AVENUE,
ROOM: 2107, N.W.
WASHINGTON, DC. 20530

TRANSMITT TO: U.S. COURT OF FEDERAL CLAIMS
717 MADISON PLACE,
N.W., WASHINGTON DC. 20005

TRANSMITT TO: DEPARTMENT   OF   JUSTICE
                ANTITRUST   DIVISION
                ASSISTANT   ATTORNEY   GENERAL: THOMAS   O. BARNETT

    "CIVIL   DIVISION"
    950   PENNSYLVANIA   AVE.
    ROOM : 3141 , N.W.
    WASHINGTON , DC. 20530

    "CIVIL   RIGHTS   DIVISION"
    950   PENNSYLVANIA   AVE.        ) "SECURE   ENFORCEMENT   OF
    ROOM :3623 , N.W.                )  FEDERAL   CIVIL   RIGHTS"
    WASHINGTON , DC. 20530           )

FROM: JOHN T. PICKERING -GEORGE
    (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
    PRO SE
    2726   DECATUR   AVE. APT. #3
    BRONX   NY. 10458


    [N]OW   HERE   COMES, PRO SE
    (PETITIONER-APPELLANT) "WITH   MOTION", TO   THEE, U.S. DISTRICT COURT,
    DISTRICT   OF   DELAWARE , U.S. COURTHOUSE, LOCKBOX 18,
    844   KING   STREET, WILMINGTON , DELAWARE .19801., IN   REGARDS
    TO   THEE,

    MEMORANDUM   IN   OPPOSITION, "OBJECTION" BY   PRO SE PETITIONER
    TO, U.S. ATTORNEY , MEMORANDUM   IN   OPPOSITION   TO
    PETITIONER'S   MOTION   TO   REOPEN   CASE,
    CIVIL   ACTION   No. DC. No.05-215., No.05-3887 ., No.06-1737
    MEMORANDUM   DATED AUGUST   12, 2008.

[4]

\*\*\*\*\*\*\* [E]NCLOSED ARE EXHIBITS, PROVIDING SAID COURT WITH THE GENERAL RULE of PLEADING PURSUANT To, FRCP. RULE. 8 et. seq., IN REGARDS To THE PETITIONERS- PETITION, "REINSTATEMENT OF CIVIL ACTION, DOCKETED AS A, "MOTION To REOPEN CASE". [G]ENERAL [P]LEADING CONSISTED of, TABLE of CONTENTS, TABLE of FEDERAL CASES, TABLE of AUTHORITIES WHICH INCLUED FEDERAL CONSTITUTION COMBINATIONS, FEDERAL CONSTITUTION ARTICLES, TABLE of AUTHORITIES "JURISDICTIONS", ALSo FEDERAL RULES OF CIVIL PROCEDURES, FEDERAL RULES OF EVIDENCE, HABEAS CORPUS RULES, AND FEDERAL RULES of APPELLATE PROCEDURES.

\*\*\*\*\*\*\* [P]AGES: 6-7N "CONTENTS" AND "CASE LAWS". PAGES: 8-11 TABLE of AUTHORITIES. SEE ' EXHIBIT : A .

\*\*\*\*\*\*\* UNITED STATES SUPREME COURT DENIED OF CERTIORARI IMPORTS No EXPRESSION OF OPINION UPoN THE "MERITS OF LOWER COURTS DECISIONS" To BE REVIEWED, UNITED STATES -V- ALIRE: 6 WALL 593-577, 573-575 "FACTS", 575-577 ., ATLANTIC COAST LINER R. Co. -V- PoWE : 75 Led 1142-1143, 1142 "FACTS", 1142-1143 CONCLUSION : 1143 ., UNITED STATES -V- CARVER : U.S. N.Y 1923 : 67 Led 361-364, 361-363 "FACTS", 363-364 , CONCLUSION : 364 ., BERGER -V- UNITED STATES : - - 79 Led 1314-1322, 1314-1317 "FACTS", 1317-1322 , 1317-1320 , "EVIDENCE PROoF OF TRIAL MATTERS " AND , LockWOOD -V- McGOWAN : W.D. N.Y. 1936 : - - 13 F. SUPP. 966-967, 966 "FACTS", 966-967 AFF'D CC-A. : 86 F.2d 1005 .

\*\*\*\*\*\*\* "JURISDICTIONAL ACTIONS PROVISIONLY FILED ", MUST BE REVIEWED IN EVEN [A] Pro SE PETITIONER'S PETITION BY LOWER FEDERAL COURTS , DUE PROCESS, GARUNTEED DUE PROCESS , CoRT-V-ASH : U.S. Pa. 1975 : 422 U.S. 66, 74-85 , 78-85 ., FRCP. RULE. 8 et. seq. GENERAL PLEADING PETITIONERS SUBMITTED AND MEMORANDUM OF LAW. " MooT HABEAS CORPUS PETITION ", "ATTORNEY FEES , COUNSEL FEES , CoST, PoSTAGE, MISCELLANEOUS CoSTS", LEGAL REPRESENTATIVE PRoFORMANCE .

[5]

******* [A]NOTHER   MATTER OF [A]  DENIED CERTIORARI
IN  PETITIONERS-PETITION  TO  THE , U.S. SUPREME  COURT, WAS
THE  COMPLETE  RECORD  SENT UP TO THE SUPREME COURT?
"INADEQUATE  RECORD", THE  SUPREME  COURT WILL  NOT
DECIDE  CONSTITUTIONAL  ISSUES  INVOLVED, WITH AN
INADEQUATE  RECORD  FROM  LOWER  COURTS,
RESCUE  ARMY-V-MUNICIPAL  COURT: 331 U.S 549-550, "INDEX", 575-585.
THE  ERRORS  OR  OMISSIONS  SHOULD  BE  SUGGESTED  IN THE
COURT, AND [A] CERTIORARI  MOVES  TO  BRING  UP  A  CORRECT
RECORD; ELMORE-V-GRYMES: 26 U.S. 469-475., STEARNS-V-UNITED STATES:-
-71 U.S. 1 .

SUPREME  COURT WILL NOT REVIEW [A] PETITION WITHOUT THE
"CERTIFIED  RECORD" FROM THE LOWER COURTS AND ADMISSION
OF  EVIDENCE, COMBS-V-HODGE: 21 HOW 397-408, 397-403 "FACTS-ARGTS", 404-408
UNITED  STATES-V-PHELPS: 8 LED 1094 -1095 .
* DIMINUTION  OF THE RECORD" IS IN QUESTION "PROCESS", FAILURE
TO  MAKE  TRANSCRIPT  OR  RETURN  BY  THE  LOWER COURTS,
DENIED  CERTIORARI  WILL  BE  ENFORCED, CHAPPELL-V-UNITED STATES:-
-160 U.S. 499-513, 511-514., STEWART-V-INGLES AND OTHER: 22 U.S. 526
AND  BACON-V-HART: 66 U.S 38-39

******* JURISDICTION WAS ESTABLISHED UPON THE FIRST
HABEAS  CORPUS  PETITION  TO  THE, U.S DISTRICT COURT, DISTRICT
OF  DELAWARE, DATED: 3/19/2005, SEE: EXHIBITS, "NOTICE UPON
RELEASE  OF  PRISONERS", [A] COMPLETE  REVIEW OF PETITIONERS
PETITION  AND  EXHIBITS  PROVIDES  FOR THEE, "REINSTATEMENT"
OF  CIVIL  ACTION No. DC-US-215, No.05-3887., No.06-1737,
WHICH  HAS  BEEN  DOCKETED  AS  A "MOTION TO REOPEN CASE".

[6]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING MATTER ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY ABILITY AND RECOLLECTION ON THIS, 8TH MONTH, 18TH DAY, 2008TH YEAR,

CC/FILE
DATED : 8/19/2008
J.T.P-G (FED. ADOPT.) J.R.D.JR.

RESPECTFULLY SUBMITTED,
John Pickering-George (FED. ADOPT.) John R. Daley Jr.
JOHN PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[7]

CERTIFICATE    OF    SERVICE

I, JOHN T. PICKERING-GEORGE (FGO. ADOPT.) JOHN R. DALEY, JR.,
PRO SE PETITIONER HEREBY CERTIFY THAT ON THE E,
(MONTH/DATE/YEAR) OF, 8/18/2008 "DID" (MAIL/SERVE) THE ENCLOSED
MATTER IN REGARDS TO,
CIVIL ACTION No. D.C. No. 05-215, No. 05-3887, No. 06-1737,
"OBJECTION", BY PRO SE PETITIONER, TO UNITED STATES ATTORNEY,
MEMORANDUM IN OPPOSITION TO PETITIONER'S MOTION TO REOPEN
CASE!

"DID" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, DISTRICT OF
DELAWARE, U.S. COURTHOUSE, LOCKBOX 18, 844 KING STREET,
WILMINGTON, DELAWARE 19801. COURT CLERK, PETER T. DALLEO
AND "JUDGES CHAMBERS", ALSO TO BE TRANSMITTED TO ALL
OTHER ADMINISTRATIONS LISTED ON PAGES: 2-4 OF THE
ENCLOSED PETITION. "PROCESS", * * * * * * *
U.S.-V-BARR: 295 F. SUPP. 887-892, 889-890 "FACTS", 890-892.
[T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY
REGULAR MAIL.

CC/FILE
DATED: 8/18/2008
J.T.P-G (FGO. ADOPT.) J.R.D, JR.

RESPECTFULLY SUBMITTED,
John Pickering-George (FGO. ADOPT.) John R. Daley, Jr.
JOHN PICKERING-GEORGE (FGO. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2926 DECATUR AVE. APT. #3
BRONX N.Y. 10458

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

ER OF PAGES: 37?

[MAILED OUT ON: 8/20/2008]

TO: COURTS CLERK, PETER - DELLEO
THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
U.S. COURTHOUSE
LOCK BOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801

LEGAL MAIL

EXHIBIT: A

TABLE  OF  CONTENTS

PAGE-NUMBERS

I. INTRODUCTION . . . . . . . . . . . . _ (5)

II. FACTS . . . . . . . . . . . . . . . (6)

III. TABLE  OF  FEDERAL  CASES  . . . . . . . (7- 7N)

IV. TABLE  OF  AUTHORITIES . . . . . . . . . (8- 11)

A. THE  MEMORANDUM  OF  LAWS  AND  RULES . . . (12 - 39)

1. JUDICIAL  RELIEF  AGAINST  ADMINISTRATIVE  ACTION . (12 - 13)

2. RE-OPEN, CASE  INSUFFICIENCY  OF  VERDICT OR  FINDINGS. (14 - 14)

3. ACTION, CONSTITUTIONAL  LAW . . . . . . . . . (14 - 15)

4. MOTION  To  VACATE . . . . . . . . . . . . (15 - 16)

5. COURSE  AND  CONDUCT  OF  TRIAL  OR "PROCEEDINGS" . (16 - 16)

6. JUDGMENT  AND  EXECUTION . . . . . . . . . . (17 - 17)

7. EQUITABLE  RELIEF  IN  ACTION  AT  LAW . . . . (17 - 19)

8. PLENARY  CONSIDERATION, WRIT  OF  ERROR, BELL OF EXCEPTION (19 - 20)

9. [A] FULL  HEARING  PROCEEDING . . . . . . . . . (21 - 22)

10. STENO  GRAPHIC  REPORT  OF  THE  ORAL  OPINION . (22 - 24)

11. ERROR  IN  PROCEEDINGS . . . . . . . . . (24 - 24)

12. UNFAIR  HEARING . . . . . . . . . . . . (24 - 29)

13. CERTIFICATE  OF  IMPORTANCE . . . . . . (29 - 30)

14. GENERAL  VERDICT, VERDICT  AND  FINDINGS . . . (30 - 30)

15. FRAUD  OR  ACCIDENT . . . . . . . . . (31 - 31)

16. ADDITIONAL  FINDINGS . . . . . . . . (31 - 32)

17. DEFECTS  AND  OBJECTIONS . . . . . . . (32 - 33)

18. JUDGMENT, IN  GENERAL + BILL OF REVIEW . . (33 - 33)

19. CONSOLIDATION  AND  MERGER . . . . . . (34 - 34)


B. THE  CLOSING  ARGUMENT . . . . . . . . (35 - 39)

TABLE   OF  FEDERAL    CASES

PAGE - NUMBER

AETNA   INS. Co. - V - KENNDY  To  USE  OF  BOGASH: US &:
301 U.S. 389-396, 389-390 "FACTS", 390-396, 393-394, 395, 396 . . (30)

AMERICAN   BOSCH  MAGNETO   CORP. - V- UNITED  STATES: Ct. Cl:
6 F. SUPP. 455-462 . .    .    .    .    .    .    .    .    .    . (14)

APPROPRIATIONS   CLAUSE:
110 L Ed 2d 773-784, 774 "INDEX", CONCLUSION: 783-784  . . (20)

ASHTON - V - KENTUCKY :
16 L Ed 2d 1231-1245, 1231 "INDEX", 1232-1242 . . . . (37)

BANK  OF  COLUMBIA - V - OKELY :
17 U.S. 235-246, 235-240 "FACTS", 240-246 . . .    . (17)(28)

BANKERS   LIFE  AND  GAS  CO. - V - CRENSHAW :
108  S.Ct  1645, 1649-1654 . .    .    .    .    .    .    .    . (26)(28)

BARIRD - V - UNITED  STATES :
96 U.S. 430-432, 430-431 "FACTS", 431-432 . . . . (14)

BAXSTROM - V - HEROLD :
86 S.Ct 760, 762, 763  , CONCLUSION: 764-765 . . . . (26)(37)

BAYARD - V - LOMBARD : U.S. Pa. :
50  U.S. 530-552, 530-548 "FACTS - ARGT", 548-552 . . . . (19)

# TABLE OF FEDERAL CASES

PAGE-NUMBER

BIRD-V-ARIZONA: 27 LEd 2d 953-970, 953-954 "INDEX" .. (37)

BLACK-V-WISTAR: Pa.1803: 4 U.S. 267-271 . . . . . . (17)

BRIGGS-V-WALKER:
171 U.S. 466-474, CONCLUSION: 472-474 . . . . (37)

BROCKETT-V-BROCKETT: U.S. Dist. Col. 1844:
43 U.S. 238-241, 238-240 "FACTS", 240-241 . . . . . (15)

BURKE-V-MORPHY: C.C.A.V+:
109 F.2d 572-576, 572,574 . . . . . . . . (15)

CARTER-V-CARTER COAL Co.: 80 LEd 1160 . . . (28)

CATE-V-GOOD BROS: C.A.Pa 1950: 181 F.2d 146-150 . . . (30)

CHURCH-V-HUBBART: 6 U.S. 187-239 "FACTS", 232-239 . . (29)

CLARK-V-CALIFORNIA:
78 LEd 2d 780-899, 783-786 "INDEX" §§ 5,10,35 . . (21)

COMMISSIONER-V-MUNTER:
331 U.S. 210-211 "INDEX", 211-217, CONCLUSION: 217 . . (34)

COMMISSIONER OF INTERNAL REVENUE-V-BEDFORD:
89 LEd 1611-1618, 1615-1616 . . . . . . . (30)(33)

[7-B]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

CONN-V-PENN: U.S. Pa: 18 U.S. 424-427  .  .  .  .  .  .(22)(29)

COOK-V-MOFFIT + CURTIS : 12 LEd 159  .  ,  .  ,(28)

CRAIG-V-BUREN:
50 LEd 2d 902-912, 903 INDEX ¶¶ 3-8, 36  .  .  ,(37)

CROWN COAT FRONT CO.-V-UNITED STATES:
386 U.S. 503-522  .  .  .  .  .  .  .  .  . (14)

DE GROOT-V-UNITED STATES:
18 LEd 700-704, 702-704  .  .  .  .  .  .  . (36)

DEWAR-V-BROOKS, D.C. NEV.:
16 F. SUPP. 636-644, 636, 638-642  .  .  .  . (15)

DOUGLAS-V-REYNOLDS, BYRNE + CO. : U.S. MISS:
32 U.S. 113-129, 113-117 "FACTS-ARGT", 117-129  .  .  . (22)

ENDICOTT-JOHNSON CORPORATION-V-ENCYLOPEDIA PRESS:
266 U.S. 285, 285 "INDEX", 288-290  .  .  .  .  . (24)

FARETTA-V-CALIFORNIA : 95 SCt. 2525, 2541 #13, 14(1975)...(26)

FARMER-V-ARABIAN AM. OIL. CO.: N.Y.(1964):
85 S.Ct. 411, 413-419  .  .  .  .  .  .  .  . (26)

[7-C]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

FAW-V-ROBERDEAU'S   EX'R: U.S. DIST. Col. :
7 U.S. 174-178, 174-178  .  .   .  .   .   .   . (22)

FISHGOLD-V-SULLIVAN   DRYDOCK + REPAIR   CORP. ; U.S. N.Y. 1946 :
90 L Ed 1230-1243, 1230-1236 "FACTS-ARGT", 1236-1243 .. (36)

FUENTES-V-SHEVIN: U.S. Pa. 1972 :
32 L Ed 2d 556-580, 556-564 "FACTS-SYLLABUS", 564-580 .. (21)

GARLAND-V-DAVIS: U.S. DIST. Col. 1846:
45 U.S. 131-155, 131-143 "FACTS", 143-155  .  .  .  . . (18)(30)

GARRETT-V-MOORE-MC CORMACK   Co. ; U.S. Pa. 1943:
317 U.S. 239-249, 239-240 "FACTS", 243-245, 249  .. (18)

GOTZ-V-UNIVERSAL   PRODUCTS   Co. : D.C. DEL. 1943:
3 F.R.D. 153-156, 153-154 "FACTS", 154-156  .  .  .  . (23)(35)

GRANADA   Tel. INTERN., Ltd.-V-LORINDY   PICT. INTERNO. INC:
- D.C. N.Y. : 606 F. SUPP. 68, 72  .  .  .  .  .  .  . (16)

GREGG   BY CRAIG-V-SAYRES   LESSEE: U.S. Pa. :
33 U.S. 244-255, 244-245 "FACTS", 245-255  .. . (29)

GRIER   BROS   Co.-V-BALDWIN: C.C.A. 3. 1920:
265 F. 481-488  .  .  .  .  .  .  .  ,  . (18)

[7-D]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

HARRIS -V- NELSON : (1969) :  89  S.Ct. 1082 - 1091  .  .  . (27)

HARTFORD - EMPIRE  Co. -V- HAZEL-ATLAS  GLASS  Co. :
C.C.A. Pa. 1942 :  125 F.2d 976  .  .  .  .  .  .  . (29)

HARTFORD - EMPIRE  Co. -V- SHAW :  163 F.2d 474  .  .  . (12)

HARVEY -V- UNITED  STATES :  105  U.S. 671 - 691  .  .  . (22)

HAZEL-ATLAS  Co. -V- HARTFORD - EMPIRE  Co. : U.S. Pa. 1944 :
322 U.S. 238 - 251, 238 - 239 "FACTS", 239 - 251
REVERSING  137 F.2d 764  .  .  .  .  .  .  . (31)(33)

HELVERING -V- CARTER : (U.S. 1936) : 17 AFTR  1344  . (28)

HICKMAN -V- TAYLOR : C.C.A. Pa. 1946 :
329 U.S. 495 - 514, 495 - 497 "FACTS", 497 - 515  .  .  .  . (23)

HILL -V- HAWES :  132  F.2d 569 , 76 U.S. APP. DC. 308
REVERSED, 320  U.S. 520 - 524, 520 "FACTS", 520 - 524 . . . (32)

HOFFMAN - La  ROCHE , INC. -V- KLEINDIENST : C.A. 3. 1973 :
478 F.2d 1 - 28 , 22 - 24  .  .  .  .  .  .  . (21)

HUBBARD -V- TOD :
174 U.S. 474 - 494, 474 "FACTS", CONCLUSION : 493 - 494 . . . (37)

[7-E]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

IN re AUGHENBAUGH: C.C.A. Pa: 125 F.2d 887, 890 . . . (22)

IN re A. MAGGIOLI Co.:
3 F.R.D. 83-86, 83 "FACTS", 83-86 . . . . . . . . . (36)

IN re BOWEN: C.C.A. Pa. 1945: 151 F.2d 690-694 . . . (31)

JENKINS-V-MCKEITHEN:
23 L.Ed 2d 404-423, 404-412 "FACTS", 412-423 . . . (34)

JOHN SIMMONS CO.-V-GRIER BROS. CO.: U.S. Pa:
66 L.Ed 475-480, 475-476 "FACTS-ARGT", 475-480 . . . (18)

KAHN-V-CENTRAL SMELTING CO.: U.S. UTAH:
102 U.S. 641-647, 641 "FACTS", 642-647 . . . . . (31)

KING - V - UNITED STATES: 99 U.S. 229-234 . . . . (20)

KIRK-V-UNITED STATES: U.S. Ct. Ct. 1896:
163 U.S. 49-56, 49-53 "FACTS", 53-59, 54 . . . . (15)

KHOLYAVSKIY-V-SCHLECHT: (E.D. WIS. 2007):
479 F. Supp. 2d 897-910, 897-898 "FACTS", 898-909, 909-910 .(12)(15)(37)

KOWALSKI-V-TESMER: (2004):
125 S.Ct. 564-570 . . . . . . . . . (26)

[7-F]

TABLE   OF   FEDERAL   CASES

PAGE-NUMBER

LAND-V-DOLLAR: U.S.DIST. Col. 1947:
91 LEd 1209-1218, 1209-1213 "FACTS-ARGT", 1213-1218, Con:1218,.(18)

LAW-V-NATIONAL SCREEN SERVICE:
349 U.S. 322-330, 327-328, CONCLUSION: 330   .  .  .  .(15)

LEES-V-UNITED STATES: U.S.Pg.:
150 U.S. 476-483, 476-477 "FACTS", 477-483 . . . . . (19)

LEVIT-V-FILMWAYS, INC, D.DEL.1985:
620 F.Supp. 421-428, 427-428  .  .  .  .  .  .  . (18)

LICENSING-ATTORNEY FREE SPEECH:
27 LEd 2d 953, 961-968, 970 . . . . . . . (26)

LOVELL-V-CITY OF GRIFFIN, SUPRA. 303 U.S. at 450,
58 S.Ct. AT 668 + CASES CITED 669 . . . . . ,(38)

LOVETT-V-CARROLL (D.DEL.JUNE.27,2002):
2002 WL 1461730, AT *2 . . . . . . . . ..(21)

LOWRANCE-V-MACKER: 966 F.2d 1153-1158 .. . .(34)

MALLARD-V-U.S.DIST.COURT FOR SOUTHERN DISTRICT:
109 S.Ct. 1814-1823 . . .. . . . . . (27)

[7-G]

TABLE   OF  FEDERAL   CASES

PAGE-NUMBER

MARSCHNER-V- DEPARTMENT  OF  STATE, etc.:
470 F SUPP. 196-201  .  .  .  .  .  .  .  . (32)(37)

McFADDEN-V- PARKER: Pa. 1803: 4 U.S. 275 -278  .  .  . (17)

McGOWAN-V- PARISH: U.S. Dist. Col.:
59 LEd. 955-965, 955-959 "FACTS-ARGT", 959-965  .  . (36)

MEAD-V-PARKER: 464 F2d 1108-1112 (1972) AT 1110-1113 ..(12)(15)(37)

MICHEL-V- MEIER: D.C.Pa. 1949:
8 F.R.D. 464-477, CONCLUSION: 477  ,  .  .  .  .  . (33)

MILLER  ET.AL., EXECUTORS -V- MILWAUKEE:
272 U.S. 713 -718  .  .  .  ,  .  .  .  . (34)

MONSANTO  CO. -V- SPRAY-RITE  SERVICE   CORP. :
79 LEd 2d 775-788, 775-780 "SUMMARY, SYLL", 780-788..(28)

NADLER-V- I.N.S.: (D.D.C. 1984): 737 F. SUPP. 658 -662  . .(32)(37)

NASH-V- RAUN: 67 F. SUPP. 212-218, 214-215  .  .  .  . (23)(36)

NEWTON-V- CONSOLIDATED  GAS  Co. OF  N.Y.: U.S. N.Y. 1924:
68  LEd 909-912, 909 "FACTS", 909-912  .  .  ,  .  .(35)

[7-H]

TABLE OF FEDERAL CASES

PAGE-NUMBER

NEW YORK-V-FCC : 100 LEd 2d 48 . . . . . (28)

NORDLINGER-V-HAHN : (1992):
112 S.Ct. 2336, 2331-2332 . . . . . . . (26)

O'DONOGHUE-V-UNITED STATES : Ct.Cl.:
77 LEd 1356-1372, 1356-1372 . . . . . (14)

PARKS-V-TURNER, La : 13 LEd 883-887, 884 . . (16)

PENNOYER-V-NEFF :
95 U.S. 714-748, 714-719 "FACTS", 719-736 . . . . (25)

PHILADELPHIA + T.R.Co. -V- STIMPSON : U.S.Pa. :
39 U.S. 448-463, 448-457 "FACT-ARGT", 457-463 . . (14)(16)

PHILLIPS-V-NEGLEY : U.S. Dist. Col. :
117 U.S. 665-679, 665-671 "FACTS ARGT", 671-679 . . (24)(31)

PIERCE-V-UNDERWOOD : U.S.CAL.1988 :
108 S.Ct. 2541, 2547-2562 . . . . . . (28)

PLANNED PARENTHOOD OF SOUTHEASTERN PENN-V-CASEY :
-U.S. PENN.1992 : 947 F.2d 682-727 CERT GRANT IN
PART 117 LEd 2d 104 ON REMAND . .
822 F.SUPP. 227-238 (E.D.Pa.1993) . . . . . (13)

[7-I]

TABLE  OF  FEDERAL  CASES

PAGE-NUMBER

PRESSED  STEEL  CAR  Co.-V-STEEL  CAR  FORGE  Co.:
CCA-Pa.: 149 F.182, 99 CCA.130  .  .  .  .  .(32)

PULLMAN-STANDARD-SWINT:
72 LEd 2d 890-893, 893# -895, 898(c) -899, CON: 901-902 (31)

REESIDE-V-WALKER:
13 LEd 693-901, 693-699 "FACT-ARGT", 699-901 . . .(33)(36)

ROMERO-V-INTERNATIONAL  OPERATING  Co.: U.S.NY.:
3 LEd 2d 368-391, 368-373 "FACTS", 373-391 . .  .(37)

SABRI-V-UNITED STATES:
541 U.S. 600, 600-602 "INDEX", 602-610, CON: 608-610 . .(20)

SAMPLINER-V-MOTION PICTURE PATENTS Co.:
254 U.S. 233-240, 233-234 "FACTS", 234-240 . . .(19)

SCHWARE-V-BOARD OF BAR EXAMINER OF NEW MEXICO:
77 S.Ct. 752  .  .  .  ,  .  .  .  .  .  .(38)

SHAFER-V-UNITED STATES: C.A.CAL.:
179 F.2d 929, 930 . . .  .  .  .  .  .(31)

SHENKER-V-BALTIMORE + O.R-Co.: (1963):
10 LEd 2d 707-717, 709-712 "SUMMARY", 717-717 . . .(25)

[7-J]

TABLE   OF  FEDERAL   CASES

PAGE-NUMBER

SILVER-V-SHELBACK : U.S.Pa. : <u>1  U.S. 165 -166</u>  , , .(••)(33)

SLICER-V-BANK OF  PITTSBURG :
<u>57 U.S. 571-579</u>, <u>571-576</u>"FACTS", <u>576-579</u> . . . .(32)

STATE  OF  ARIZONA, et.al-V- U.S. DIST. Ct. FoR  DIST OF ARIZONA :
<u>709 F.2d 521-523</u>  , . , , . , ,, .(13)(32)(37)

STATE  OF  PENN-V-WHEELING + BELMONT BRIDGE Co.:
U.S. Pa. : <u>15 LEd 449-451</u>  . . . . . . . ,(18)

SWIFT + Co. -V- UNITED  STATES: U.S. APP. DC. 1928 :
<u>276  U.S. 311-332</u>, <u>311-318</u>"FACTS", <u>318-332</u> . . .  .(12),(24)

SWIFT-V-HAWKINS : Pa : <u>1 U.S. 17</u> . . . . . .(17)

THOMAS-V-ARN : <u>88 LEd 2d 1006-1011</u>, <u>1006-1007</u>"INDEX" ...(15)

TOLAND-V-SPRAGUE : U.S. Pa. :
<u>37 U.S. 300-338</u>, <u>300-336</u>"FACTS-ARGT", <u>336-338</u> . . .(19)

UNITED  STATES-V-BRADFORD :
<u>3 Pet. 12-32</u>,"FACTS" 12,14, <u>12-32</u> . . . . . ..(17)(28)

UNITED  STATES-V- BUTLER : <u>80 LEd 477</u> . . .(28)

TABLE  OF  FEDERAL  CASES

PAGE-NUMBER

UNITES STATES -V- CHEMICAL FOUNDATION : U.S. DEL. 1926 :
71 LEd 131-145, 131-138 "FACT-ARGT", 138-145 . . . . (15)(19)(24)

U.S. DEPT. OF LABOR-V-TRIPLETT :
110 S.Ct. 1428, 1432-1435 . . . . . . . . (27)

UNITED STATES -V- GOODWIN : U.S. Pa. :
3 LEd 284-286, 284 "FACTS", 284-286 . . . . . (21)(24)

UNITED STATES -V- JOHNSON : US, IND. 1943 :
87 LEd 1413-1415 . . . . . . . . . (32)

UNITED STATES -V- MORGAN :
313 U.S. 409-410 "FACTS", 414, 417, 422 . . . . . (22)

UNITED STATES -V- MOSS :
47 U.S. 31-40, 31-36 "FACTS", 36-40 . . . . . (32)

U.S. N.Y. 1955 : 75 S.Ct. 591-595 . . . . . (28)

UNITED STATES -V- OLD SETTLER : U.S. Ct. Cl. :
148 U.S. 427-481, 427-461 "FACTS", 461-481 . . . . (22)

UNITED STATES -V- REGAN :
95 LEd 417-455, 425 "INDEX", 3? 1,2,6,7-10,11-14 . . (23)

TABLE _ OF _ FEDERAL _ CASES

PAGE-NUMBER

UNITED STATES-V-RUMELY : U.S. Dist. Col. 1953:
345 U.S. 41-48, 41-42 "FACTS", 42-48 . . . . . .(14)

UNIVERSAL OIL PRODUCTS CO,-V-ROOT REFINING CO.:
- U.S. DEL. 1946: 328 U.S. 575-581 . . . . . .(14)(18)(21)(35)

VENDO CO.-V-LERTRO CORP. : 54 LEd 921-928 ...(32)

WADE -V- LE ROY :
15 LEd 813-816, 813-815 "FACTS-ARGT", 815-816 . . .(29)

WATERS EX'RS-V-McCIELIAN : 4 U.S 208 . . . .(17)

WESCO FOODS CO. -V- DEMASE:
100 F. SUPP. 386 AFF'D 194 F.2d 918 . . . . . .(30)

WEST -V- SMITH : U.S. Dist. Col. :
49 U.S. 402-414, 402-409 "FACTS-ARGT", 409-414 . . .(15)

WESTERN P.R. CORP. -V- WESTERN P.R. Co. : 1953:
97 LEd 1004-1006 . . . . . . . . .(25)

WILLARD-V-WOOD : 34 LEd 210 . . . . . . .(19)

WILLIAMS-V-UNITED STATES : Ct. Cl. :
77 LEd 1372-1385 . . . . . . . . .(14)

[η-M]

TABLE    OF    FEDERAL    CASES

PAGE-NUMBER

WILLY-V- COASTAL    CORP. :
117 LEd 2d 280-290, 280-285 "SUMMARY", 285-290 ..(12)

ZELLER'S    LESSEE-V-ECKERT: U.S. Pa :
45 U.S. 289 -298, 289 -294 "FACTS-ARGT", 294-298 ...(19)

[7-N]

TABLE   OF   AUTHORITIES

PAGE-NUMBER

"FEDERAL     CONSTITUTION     COMBINATIONS"

U.S. FEDERAL  Const. AMEND+ S . 1, 5, 14.1, S  . .  . .(20)(22)(25)(38)

U.S. FEDERAL  Const. AMEND+ S. 5, 14.1, S  . .  . (12)(13)(16)(23)

U.S. FEDERAL  Const. AMEND+ S, 5,6, 14.1,5 .  . .(25)

U.S. FEDERAL  Const. AMEND+. 14.1,5 . .  . . .(26)

"FEDERAL   CONSTITUTION   ARTICLES"

U.S. FEDERAL  Const. AMEND+S. ARTICLE- I, § 7, cl. 1 . .(38)

U.S. FEDERAL  Const. AMEND+S. ARTICLE. I, § 8, cl. 1 . .(20)(36)

U.S. FEDERAL  Const. AMEND+S. ARTICLE. I, § 8, Cl.3 . .(26)

U.S. FEDERAL  Const. AMEND+S. ARTICLE- I, §8, cl.18 . .(13)(20)

U.S. FEDERAL  Const. AMEND+S. ARTICLE.I, §9, cl.2 . .(27)

U.S. FEDERAL  Const. AMEND+S. ARTICLE. I, §9, cl.7 . .(17)(20)(27)(36)

U.S. FEDERAL  Const. AMEND+S. ARTICLE. 3, §2 . . . .(34)

U.S. FEDERAL  Const. AMEND+S. ARTICLE. III, §2 cl.2 . .(12)(13)

[8]

TABLE   OF   AUTHORITIES

PAGE-NUMBER

"JURISDICTIONS"

1 U.S.C.A. § 1 ., 1 U.S.C.S. § 1 . . . . . . .(34)

1 U.S.C.A. § 109 . . . . . . . . . . . .(38)

5 U.S.C.A. § 504(a)(1),(2),(3)(b)(1)(A) . . . . .(27)

5 U.S.C.A. § 551(1)(2)(3)(6) . . . . . . . . .(27)

18 U.S.C.A. § 6 . . . . . . . . . . . .(22)

18 U.S.C.A. § 1517 . . . . . . . . . .(17)(27)

18 US.C.A. § 3006A(a),(2)(B),(3)(d) . . . . .(38)

18 U.S.C.A. § 3006A(a),(1)(E)(I),(2)(B),(3)(B)(b)(d)(1)(2),(4)(A) . .(38)

18 U.S.C.A. § 3500(e)(1)(3) . . . . . . . .(22)

18 U.S.C.A. § 3621(b) . . . . . . . . . .(32)

18 U.S.C.A. § 3624(c) . . . . . . . . .(32)

18 U.S.C.A. § 4247(g) . . . . . . . .(26)

28 U.S.C.A. § 46(c) . . . . . . . . .(25)(29)

TABLE   OF   AUTHORITIES

PAGE-NUMBER

"JURISDICTIONS"

28 U.S.C.A. § 291(a) ., 28 U.S.C.S. § 291(a) . . . .(29)

28 U.S.C.A. foll . § 723c  .   .   .   .   .   .   .(18)(37)

28 U.S.C.A. § 1331(a)  .   .   .   .   .   .   .(13)(23)

28 U-S-C.A. § 1651(a)      .   .   .   .   .   .(13)

28 U.S.C.A. § 1821(a)(1),(4)(d)(4),(f)   .   .   .(19)(24)(33)(38)

28 U.S.C.A. § 1915A(b)(1)  .   .   .   .   .(22)(31)

28 U.S.C.A. § 1915(d),(e)(1)(2)(A)(i)-(iii),(f)(1)(2)(A)-(c) . . .(27)

28 U.S.C.A. § 1915(e)(2)(B)(i)  .   .   .   .   .,(22)(25)(31)

28 U.S.C.A. § 1915(e)(2)(B)(i),(ii)   .   .   .   .(22)

28 U.S.C.A. § 1920(6)  .   .   .   .   .   ,(19)(23)(33)(38)

28 U.S.C.A. § 1923(a)(b)(c)   .   .   .   .  ,(19)(23)(33)(38)

28 U.S.C.A. § 2241(a) .   .   .   .   .  .(15)(19)(32)(38)

TABLE    OF    AUTHORITIES

PAGE-NUMBER

"JURISDICTIONS"

28 U.S.C.A. § 2243·,   28 U.S.C.S. § 2243 . . . . . (27)(35)

28 U.S.C.A. § 2246 . . . . . . . . . (27)

28 U.S.C.A. § 2253(c)(1)(A) . . . . . (35)

28 U.S.C.A. § 2254 . . . . . . . .(27)(35)(36)

28 U.S.C.A. § 2412(a)(1),(b),(d)(1)(A) . . . . . (15)(19)(23)(38)

28 U.S.C.A. § 2414 . . . . . . . .(15)(19)(38)

[9-C]

# TABLE OF AUTHORITIES

PAGE-NUMBER

## "FEDERAL RULES OF CIVIL PROCEEDURES"

FRCP. RULE. 1 . . . . . . . . .(12)(16)(32)

FRCP. RULE. 6(b),(c) . . . . . . . .(12)(32)

FRCP. RULE. 12(b)(6) . . . . . .(22)

FRCP. RULE. 12(c) . . . . . . .(37)

FRCP. RULE. 16(f) . . . . . . .(21)(23)(33)

FRCP. RULE. 26(f)(1)(2)(3)(4)(5) . . . .(22)(29)

FRCP. RULE. 34 . . . . . . . .(22)(29)

FRCP. RULE. 37(b)(2)(B),(C),(D) . . . .(22)(29)

FRCP. RULE. 45(e) . . . . . . .(35)

FRCP. RULE. 50(a)(b) . . . . . .(12)(22)

FRCP. RULE. 52(a),(b) . . . . . .(12)(21)(31)

FRCP. RULE. 54(d),(1)(2)(A),(c) . . . .(12)(16)(26)(35)

FRCP. RULE. 56(b,c,d) . . . . . .(12)(26)(33)

[10]

TABLE    OF    AUTHORITIES

PAGE-NUMBER

"FEDERAL    RULES    OF    CIVIL    PROCEEDURES"

FRCP. RULE. 58 . . . . . . . . , (12)(16)

FRCP. RULE. 59(e) . . . . . , (13)

FRCP. RULE. 60(b)(1) - 60(b)(5) . . . , (12)(16)(31)

FRCP. RULE. 61 . . . . . . . ,(31)

FRCP. RULE. 62(d) . . . . . . .(23)

FRCP. RULE. 69 . . . . . . . , (12)(16)(18)

FRCP. RULE. 73(d) . . . . . ,(23)

FRCP. RULE. 77(d) . . . . . . ,(18)(32)

FRCP. RULE. 81(a)(4) . . . . . . ,(12)(16)(24)(27)

FRCP. RULE. 81(b) . . . . . . , (16)(35)

FRCP. RULE. 83 . . . . . , (36)

# TABLE OF AUTHORITIES

PAGE-NUMBER

## "FEDERAL RULES OF EVIDENCE"

F.R. EVID. RULE. 301 . . . . . . . (31)

## "HABEAS CORPUS RULES"

RULE. 6 . . . . . . . . . (26)

RULE. 7 . . . . . . . . . (26)

RULE. 8 . . . . . . . . . (26)

## "FEDERAL RULE OF APPELLATE PROCEDURES"

F.R. APP. PROC. RULES. 4(a)(1)(c) . . . . . (12)

F.R. APP. PROC. RULE. 10(a)(1)(2)(3),(b)(A)(i)-(iii) . . (29)

F.R. APP. PROC. RULE. 11(a),(b)(A)(B)(2),(c)(e)(3),(g) . . (29)

F.R. APP. PROC. RULE. 35(a)(b)(1)(A),(c)(e) . . . . (12)(30)

F.R. APP. PROC. RULE. 40(a)(1)(2)(3) . . . . . (12)(30)

LAR 27.4 AND I.O.P. 106 . . . . . (25)(27)

[11]

EXHIBIT: B

Court    Case    Calendar    Opinions    Orders/Judgments    Billing    XML    TXT    Logout    F
Home    Search                                                                 History

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 05-3887 | **Docketed:** 09/09/2005 |
| **Nature of Suit:** 2530 Habeas Corpus | **Termed:** 12/09/2005 |
| Daley v. Fed Bur Prisons | |
| **Appeal From:** U.S. District Court for the District of Delaware | |

**Case Type Information:**
  1) civil
  2) United States as party
  3) USC 2241-prisoner

**Originating Court Information:**
  **District:** 0311-1 : 05-cv-00215
  **District Judge:** Joseph J Farnan, Junior, U.S. District Judge
  **Date Filed:** 03/28/2005
  **Date Order/Judgment:**                    **Date NOA Filed:**
  07/14/2005                                   08/22/2005

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| JOHN R. DALEY, JR. A/K/A JOHN T.<br>PICQUIN-GEORGE<br>    Plaintiff - Appellant | John R. Daley, Jr. a/k/a John T. Picquin-George<br>[NTC Pro Se]<br>Apartment #3<br>2726 Decatur Avenue<br>Bronx, NY 10458-0000 |
| v. | |
| FED BUR PRISONS<br>    Defendant - Appellee | Seth M. Beausang, Esq.<br>Direct: 302-573-6277<br>Email: seth.beausang@usdoj.gov<br>Fax: 302-573-6220<br>[COR NTC Federal government]<br>Office of United States Attorney<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-0000 |

JOHN R. DALEY,

Appellant

v.

FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| 09/09/2005 | CIVIL CASE DOCKETED. Notice filed by John R. Daley. |
| 09/09/2005 | RECORD available on District Court CM/ECF. |
| 09/14/2005 | APPEARANCE from Attorney Seth M Beausang on behalf of Appellee Fed Bur Prisons, filed. |
| 09/19/2005 | Affidavit by Appellant to proceed in forma pauperis, filed. |
| 09/19/2005 | PRISONER ACCOUNT STATEMENT, filed. |
| 09/19/2005 | IN FORMA PAUPERIS PRISONER AUTHORIZATION, filed. |
| 09/19/2005 | Copy of Memorandum and Order 9/16/05, Hon. Farnan, motion for reconsideration filed by Petitioner John R. Daley is denied. Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. Section 2253 (c)(2), and therefore, the Court concludes that a certificate of appealability is not warranted. See United States v. Eyer, 113 F. 3d 470 (3d Cir. 1997); Third Cir. Local Appellate Rule 22.2 (2000), filed. (See order and memorandum for complete text) |
| 09/19/2005 | RECORD available on District Court CM/ECF updated on 9/19/05. |
| 09/21/2005 | PRO SE BRIEF/APPENDIX on behalf of Appellant John R. Daley, Copies: 4, Pages: 4, Delivered by mail, received. Certificate of service date 9/7/05. |
| 09/27/2005 | RECORD available on District Court CM/ECF updated on 9/27/05. |
| 10/07/2005 | ORDER (Clerk) granting motion to proceed in forma pauperis by Appellant John R. Daley, filed. FPS-004 |
| 10/07/2005 | Certified copy of order to Lower Court. |
| 10/07/2005 | RECORD available on District Court CM/ECF updated on 10/7/05. |
| 10/14/2005 | MOTION by Appellee for summary affirmance and to hold briefing in abeyance. filed. Answer due 10/25/05. Certificate of Service dated 10/12/05. |
| 10/18/2005 | RECORD available on District Court CM/ECF updated on 10/18/05. |
| 10/21/2005 | RESPONSE filed by Appellant John R. Daley to motion for summary affirmance. Certificate of Service dated 10/17/05. |
| 11/15/2005 | Pro se brief received for Court's information. Case will be submitted for possible dismissal and/or summary action. Opposing party's time for filing a brief has not yet begun to run. Brief will be filed only if Courts directs. |

| | |
|---|---|
| 11/18/2005 | RECORD available on District Court CM/ECF updated on 11/18/05. |
| 11/22/2005 | Copy of District Court 11/1/05 by Hon. Farnan, denying Plaintiff's Motion entitled "Reconsideration Motion" or "The Granting Of, [A] Certificate of Appealability" (D.I. 13), filed. See Order for complete text. |
| 11/23/2005 | Submitted on motion for summary affirmance and response. CPS-62 Coram: Barry, Smith and Nygaard, Circuit Judges. |
| 12/09/2005 | NOT PRECEDENTIAL PER CURIAM OPINION (Barry, Smith and Nygaard, Circuit Judges), filed. CPS-62 Total Pages: 3 Motion for summary affirmance is granted. |
| 12/09/2005 | JUDGMENT, affirmed, filed. |
| 12/20/2005 | PETITION by Pro Se Appellant for rehearing en banc, filed. Certificate of service dated 12/18/05. |
| 01/06/2006 | ORDER (Scirica, Chief Judge, Sloviter, Alito, Roth, McKee, Rendell, Barry, Authoring Judge, Ambro, Fuentes, Smith, Fisher, Van Antwerpen and *Nygaard, Circuit Judges) denying petition for en banc rehearing by Appellant John R. Daley, filed. CPS-62 *Hon. Nygaard, Senior Judge for the Third Circuit Court of Appeals limited to panel vote only. |
| 01/17/2006 | MANDATE ISSUED, filed. |
| 01/20/2006 | MOTION by Pro Se Appellant for attorney fees and command/order of money disbursment to petitioner, filed. Answer due 2/6/06. Certificate of Service dated 1/12/06. |
| 02/08/2006 | ORDER (Barry, Authoring Judge, Smith and Nygaard, Circuit Judges) denying motion by Appellant John R. Daley Jr. for attorney fees and command/order of money disbursement to petitioner, filed. CPS-62 |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/11/2008 17:47:26 | | |
| **PACER Login:** du5452 | **Client Code:** | |
| **Description:** Docket Report (filtered) | **Search Criteria:** | 05-3887 |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

EXHIBIT: C

| Court<br>Home | Case<br>Search | Calendar | Opinions | Orders/Judgments | Billing<br>History | XML | TXT | Logout | H |

## General Docket
## Third Circuit Court of Appeals

**Court of Appeals Docket #:** 06-1737
**Nature of Suit:** 2530 Habeas Corpus
Daley v. Fed Bur Prisons
**Appeal From:** U.S. District Court for the District of Delaware

**Docketed:** 03/03/2006
**Termed:** 08/25/2006

**Case Type Information:**
   1) civil
   2) United States as party
   3) USC 2241-prisoner

**Originating Court Information:**
   **District:** 0311-1 : 05-cv-00215
   **District Judge:** Joseph J Farnan, Junior, U.S. District Judge
   **Date Filed:** 03/28/2005
   **Date Order/Judgment:**                            **Date NOA Filed:**
   02/01/2006                                          02/24/2006

**Prior Cases:**
   None

**Current Cases:**
   None

| | |
|---|---|
| JOHN R. DALEY, JR. A/K/A JOHN T.<br>PICQUIN-GEORGE<br>  Plaintiff - Appellant<br><br>v.<br><br>FED BUR PRISONS<br>  Defendant - Appellee | John R. Daley, Jr. a/k/a John T. Picquin-George<br>[NTC Pro Se]<br>Apartment #3<br>2726 Decatur Avenue<br>Bronx, NY 10458-0000<br><br><br>Seth M. Beausang, Esq.<br>Direct: 302-573-6277<br>Email: seth.beausang@usdoj.gov<br>Fax: 302-573-6220<br>[COR NTC Federal government]<br>Office of United States Attorney<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-0000 |

JOHN R. DALEY, JR.

v.

FEDERAL BUREAU OF PRISONS

John T. Picquin-George a/k/a John R. Daley, Jr.,

Appellant

| | |
|---|---|
| 03/03/2006 | CIVIL CASE DOCKETED. Notice filed by John R. Daley. |
| 03/03/2006 | RECORD available on District Court CM/ECF. |
| 03/08/2006 | LEGAL DIVISION LETTER SENT advising that this appeal has been listed for possible summary action by a panel of the Court. |
| 03/10/2006 | MOTION by Appellant for leave to proceed in forma pauperis, filed. |
| 03/13/2006 | ORDER (Clerk) granting Appellant's motion to proceed in forma pauperis. The appeal will be submitted to a panel for determination under 28 U.S.C. section 1915 (e)(2), filed. FPS-212 |
| 03/13/2006 | Certified copy of order to Lower Court. |
| 03/20/2006 | RESPONSE to Legal Division letter advising case will be listed for possible summary action on behalf of Appellant John R. Daley, Jr., filed. Certificate of Service dated 3/14/06. [Legal Division will make service to appropriate opposing counsel]. |
| 03/27/2006 | APPEARANCE from Attorney Seth M. Beausang on behalf of Appellee Fed Bur Prisons, filed. |
| 07/14/2006 | LEGAL DIVISION LETTER SENT advising case will be submitted to a panel of this Court for a decision on the issuance of certificate of appealability. |
| 08/10/2006 | Submitted for poss summary action, motion for certificate of appealability, for possible dismissal pursuant to 1915(e)(B) and Response. Coram: Sloviter, McKee and Fisher, Circuit Judges. |
| 08/25/2006 | NOT PRECEDENTIAL PER CURIAM OPINION (Sloviter, McKee and Fisher, Circuit Judges), filed. APS-301. Total Pages: 7. |
| 08/25/2006 | JUDGMENT, affirmed. All in accordance with the opinion of this Court, filed. |
| 10/16/2006 | MANDATE ISSUED, filed. |
| 11/27/2006 | Supreme Court of U.S. notice filed advising petition for writ of certiorari filed by Appellant John R. Daley. Filed in the Supreme Court on 11/21/06 at Supreme Ct. case number: 06-7845. |
| 01/16/2007 | U.S. Supreme Court order dated 1/8/07, at S.C. number: 06-7845, denying petition for writ of certiorari by Appellant John R. Daley, Jr., filed. |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2008 17:51:59 | | | |
| **PACER Login:** | du5452 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 06-1737 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



From: John T A Hoo Ir cc poc
(FEDERAL

2926  DECATUR  AVE·  APT. # 3
BRONX   N.Y.  10458

NUMBER  OF   PAGES: 37

MAILED   OUT  ON: 8/26/2008



To COURTS  CLERK, PETER  T. DELLEO

TO  THE, U.S.  DISTRICT   COURT,
       FOR  THE  DISTRICT  OF  DELAWARE
       U.S  COURTHOUSE
       LOCK BOX  18
       844  KING  STREET
       WILMINGTON, DELAWARE  19801