To: THE U.S. DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE
    U.S. COURTHOUSE
    LOCK BOX 18
    844 KING STREET
    WILMINGTON, DELAWARE 19801

DATE: 8/20/2008



FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: COURTS CLERK, PETER T. DELLEO
    AND JUDGES CHAMBERS

\*\*\*\*\*\*\* "TRANSMITT TO" ALL U.S. DEPARTMENT OF JUSTICE DIVISIONS ENCLOSED, (Pgs: 2- )., 18 U.S.C. §§ 241, 242, 1503, 1512., 18 U.S.C. §§ 401, 3553, 3584(a)(b)., U.S.S.G. §§ 2J1.1, 2J1.2., 2X2.1. UNITED STATES-V-BARR: 295 F. SUPP. 889-892, 889-890 "FACTS", 890-892.

RE: "MOTION TO AMEND", CASE LAWS OF CIVIL ACTION NO. DC.NO.05-215., NO.05-3887., NO.06-1737. IN REGARDS TO "OBJECTION", DATED: 8/18/2008, BY PRO SE PETITIONER TO, U.S. ATTORNEY, MEMORANDUM IN OPPOSITION TO PETITIONER MOTION TO REOPEN CASE, "DENIED CERTIORARI" AND "MOOT HABEAS CORPUS" MEMORANDUM DATED: AUGUST 12, 2008.

JOHN R. DALEY, JR.
    (PETITIONER)

V.

FEDERAL BUREAU OF PRISONS
    (RESPONDENT)

JOHN T. PICQUIN-GEORGE a/k/a JOHN R. DALEY, JR.
    (APPELLANT)

[NUMBER OF PAGES: 8]

[1]

TRANSMITT TO: ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC. 20530

TRANSMITT TO: OFFICE OF THE INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
INVESTIGATIONS DIVISION, ROOM: 4706
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC. 20530

TRANSMITT TO: UNITED STATES ATTORNEY'S OFFICE
JUDICIARY CENTER BUILDING
555 FOURTH STREET, N.W.
WASHINGTON DC. 20530

TRANSMITT TO: UNITED STATES ATTORNEY
COLM F. CONNOLLY AND
SETH M. BEAUSANG (DE. I.D. No. 4071)
1007 N. ORANGE STREET, SUITE .700
P.O. BOX 2046
WILMINGTON, DE. 19849-2046

TRANSMITT TO: U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE., SUITE. 3000
N.W., WASHINGTON DC. 20220

TO: GENERAL COUNSEL ROBERT HOYT

TRANSMITT TO: OFFICE OF THE COMPTROLLER OF CURRENCY
250 E. St. S.W.
WASHINGTON, DC. 20219

[2]

TRANSMITT TO: OFFICE OF THE EXECUTIVE DIRECTOR
CHARLES H. SCHNEIDER, ROOM: 426
DEPUTY EXECUTIVE DIRECTOR
SONNA L. STAPONE, ROOM: 418
600 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, DC. 20586

TRANSMITT TO: FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING,
935 PENNSYLVANIA AVENUE,
ROOM: 7176, "PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE"
WASHINGTON, DC. 20535-0001

TRANSMITT TO: OFFICE OF GOVERNMENT ETHICS
1201 NEW YORK AVE.
SUITE. 500, N.W.
WASHINGTON, DC. 20005-3917

TRANSMITT TO: COBORATE FRAUD TASK FORCE
950 PENNSYLVANIA AVENUE,
ROOM: 2107, N.W.
WASHINGTON, DC. 20530

TRANSMITT TO: U.S. COURT OF FEDERAL CLAIMS
717 MADISON PLACE
N.W., WASHINGTON DC. 20005

TRANSMITT TO: DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
ASSISTANT ATTORNEY GENERAL: THOMAS O. BARNETT

"CIVIL DIVISION"
950 PENNSYLVANIA AVE.
ROOM: 3141, N.W.
WASHINGTON, DC. 20530

"CIVIL RIGHTS DIVISION"
950 PENNSYLVANIA AVE.        } "SECURE ENFORCEMENT OF
ROOM: 3623, N.W.              FEDERAL CIVIL RIGHTS"
WASHINGTON, DC. 20530        }

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[N]OW HERE COMES, PRO SE (PETITIONER-APPELLANT) "WITH MOTION", TO THEE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, U.S. COURTHOUSE, LOCKBOX 18, 844 KING STREET, WILMINGTON, DELAWARE. 19801., IN REGARDS TO THEE,

"MOTION TO AMEND", CASE LAWS OF CIVIL ACTION No. DC. No. 05-215., No. 05-3887., No. 06-1737. IN REGARDS TO "OBJECTION", DATED: 8/18/08 BY PRO SE PETITIONER, TO U.S. ATTORNEY, MEMORANDUM IN OPPOSITION TO PETITIONER MOTION TO REOPEN CASE, "DENIED CERTIORARI" AND "MOOT HABEAS CORPUS", MEMORANDUM DATED: AUGUST 12, 2008 PURSUANT TO, FRCP. RULES. 8 et. seq., 15. GENERAL RULES OF PLEADING AND AMENDMENT PETITIONER PRAYS FOR THE GRANTING OF SAID MOTION.

[4]

# TABLE OF FEDERAL CASES

PAGE-NUMBER

ARMY-V-MUNICIPAL COURT: 331 U.S. 549-550 "INDEX", 575-585 . . . (6)

ATLANTIC COAST LINER R. Co.-V- POWE:
75 LEd 1142-1143, 1142 "FACTS", 1142-1143, CONCLUSION: 1143 . . . . (5)

BACON-V-HART: 66 U.S. 38-39 . . . . . . . (6)

BERGER-V-UNITED STATES:
79 LEd 1314-1322, 1314-1317 "FACTS", 1317-1322, 1317-1320 . . . (5)

CHAPPELL-V-UNITED STATES: 160 U.S. 499-513, 511-514 . . . (6)

COMBS-V-HODGE: 21 How 397-408, 397-403 "FACTS-ARGTS", 404-408 . . . (6)

CORT-V-ASH: U.S Pa. 1975: 422 U.S. 66, 74-85, 78-85 . . . . (5)

ELMORE-V-GRYMES: 26 U.S. 469-475 . . . . . . (6)

LOCKWOOD-V-MCGOWAN: W.D. N.Y. 1936:
13 F. SUPP. 966-967, 966 "FACTS", 966-967 AFF'D C.C.A.: 86 F.2d 1005 . . (5)

STEARNS-V-UNITED STATES: 71 U.S. 1 . . . . . (6)

STEWART-V-INGLES AND OTHER: 22 U.S. 526 . . . (6)

UNITED STATES-V-ALIRE: 6 WALL 593-577, 573-575 "FACTS", 575-577 . . . (5)

UNITED STATES-V-BARR: 295 F. SUPP. 881-842, 889-890 "FACTS", 890-842 . . (1)

UNITED STATES-V-CARVER: 67 LEd 361-364, 361-363 "FACTS", 363-364, 364 . . . (5)

UNITED STATES-V-PHELPS: 8 LEd 1094-1095 . . . . (6)

[5]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAHRS AND PENALTIES OF PERJURY THAT THE FOREGOING MATTER ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY ABILITY AND RECOLLECTION ON THIS, 8TH MONTH, 20TH DAY, 2008TH YEAR.

CC/FILE
DATED: 8/20/2008
J.T.P-G (FED. ADOPT.) J.R.D, JR.

RESPECTFULLY SUBMITTED,

John Pickering-George (P.O. ADOPT.) John R. Daley, Jr.
JOHN PICKERING-GEORGE (P.O. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[6]

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR., PRO SE PETITIONER HEREBY CERTIFY THAT ON THEE, (MONTH/DATE/YEAR) OF, 8/20/2008 "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO,
CIVIL ACTION No. D.C. No. 05-215., No. 05-3887., No. 06-1737.,
"MOTION TO AMEND", "OBJECTION", DATED: 8/18/2008, BY PRO SE PETITIONER

"DID" (MAIL/SERVE) TO THE, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, U.S. COURTHOUSE, LOCKBOX 18, 844 KING STREET, WILMINGTON, DELAWARE 19801. COURT CLERK, PETER T. DALLEO AND "JUDGES CHAMBERS", ALSO TO BE TRANSMITTED TO ALL OTHER ADMINISTRATIONS LISTED ON PAGES: 2-4 OF THE ENCLOSED PETITION. "PROCESS", * * * * * * *
U.S. V. BARR: 295 F. SUPP. 889-892, 889-890 "FACTS", 890-892.
[T]HE, PRO SE PARTY RECORD FOR EACH PARTY WAS MAILED/BY HAND/BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,
John Picking-George (FEO ADOPT.) John R. Daley, Jr.
JOHN PICKERING-GEORGE (FEO ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATURE AVE. APT. #3
BRONX N.Y. 10458

[7]

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2126 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 8]

[MAILED OUT ON: 8/21/2008]

# LEGAL MAIL



To: COURTS CLERK, PETER T. DELLEO
AND JUDGES CHAMBERS

To: THE, U.S. DISTRICT COURT,
FOR THE DISTRICT OF DELAWARE
U.S. COURTHOUSE
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801